IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Am. Fed'n of Tchs., et al.  *
**Plaintiff,**
                            *
v.                          *   Case No. 8:25-cv-00430-DLB
                            *
Bessent, et al.             *
**Defendant.**              *

## MOTION FOR ADMISSION PRO HAC VICE

I, David Rodwin, am a member in good standing of the bar of this Court. I am moving the admission of Laurence M. Schwartztol to appear pro hac vice in this case as counsel for Plaintiffs.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York (2007) | S.D.N.Y. (2008); Second Cir. (2009); |
| Massachusetts (2015) | E.D.N.Y. (2010); U.S. Supreme Court (2013); |
|  | D.D.C. (2017) |
|  | Fourth Cir. (2019) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

__/s/ David Rodwin__
Signature

__David Rodwin, 18615__
Printed name and bar number

__Murphy Anderson PLLC__
Office name

__1401 K St. NW, Ste. 300, Washington, DC 20005__
Address

__202-223-2620__
Telephone number

__202-296-9600__
Fax Number

__drodwin@murphypllc.com__
Email Address

PROPOSED ADMITTEE

_[signature]_
Signature

**Laurence M. Schwartztol**
Printed name

Democracy and Rule of Law Clinic, Harvard Law School
Office name

1525 Massachusetts Avenue, Cambridge MA 02138
Address

**617-998-1877**
Telephone number

617-496-5156
Fax Number

lschwartztol@law.harvard.edu
Email Address