UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| American Federation of Teachers, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00430-DKC <br><br><br> Date: <br> Time: <br> Place: <br> Judge:   Hon. Deborah Boardman |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs American Federation of Teachers, International Association of Machinists and Aerospace Workers, National Active and Retired Federal Employees Association, National Federation of Federal Employees, International Federation of Professional & Technical Engineers, Donald Martinez, Jason Cain, Clifford Grambo, Thomas Fant, Christopher Purdy, and Kristofer Goldsmith (collectively, "Plaintiffs") hereby move for a temporary restraining order, to remain in effect until such time as the Court can further consider the merits of Plaintiffs' claims. Plaintiffs respectfully request that the Court enjoin Defendants Scott Bessent, the United States Department of the Treasury, Charles Ezell, the United States Office of Personnel Management, Denise L. Carter, and the United States Department of Education from providing access to their respective systems of records and the records contained within (including by disclosing the substance of such records) to persons affiliated with the Department of Government Efficiency ("DOGE"), and further request that the Court order Defendants to retrieve and destroy any such information that has already been obtained by DOGE representatives and is not housed within a system of records itself, including any copies that were made of such information and any documents created by DOGE representatives from such information.

As set forth in further detail in the accompanying memorandum, Defendants have unlawfully provided access to their respective systems of records and to Plaintiffs' personally identifiable information contained within to DOGE representatives, in violation of the Privacy Act of 1974. Defendants' actions should be enjoined under the Administrative Procedure Act because they are unlawful, arbitrary and capricious, and in excess of their statutory authority. Plaintiffs will suffer imminent and irreparable injury absent immediate injunctive relief.

DATED:  February 12, 2025

          By:    */s/ Xiaonan April Hu*
          (signed by filer with permission)

Xiaonan April Hu (*pro hac* pending)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 220-1123
April.Hu@mto.com

John L. Schwab (*pro hac* pending)
MUNGER, TOLLES & OLSON LLP
350 S Grand Ave 50th Floor
Los Angeles, California 90071
(213) 683-9260
John.Schwab@mto.com

Carson Scott (*pro hac* pending)
Roman Leal (*pro hac* pending)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
(415) 512-4000
Carson.Scott@mto.com
Roman.Leal@mto.com


   */s/ Mark Hanna*

Mark Hanna (Fed. Bar No. 16031)
David J. Rodwin (Fed. Bar No. 18615)
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
T: (202) 223-2620 | F: (202) 296-9600
mhanna@murphypllc.com
drodwin@murphypllc.com

Daniel McNeil (*pro hac* pending)
General Counsel
American Federation of Teachers, AFL-CIO
555 New Jersey Ave. NW
Washington, DC 20001
T: (202) 393-6305 | F: (202) 393-6385
dmcneil@aft.org

Kristy Parker (*pro hac* pending)
Jane Bentrott (*pro hac* pending)
Shalini Goel Agarwal (*pro hac* pending)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
202-843-3092
kristy.parker@protectdemocracy.org
jane.bentrott@protectdemocracy.org
shalini.agarwal@protectdemocracy.org

Benjamin L. Berwick (*pro hac* forthcoming)
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Jessica A. Marsden (*pro hac* pending)
PROTECT DEMOCRACY PROJECT
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Laurence M. Schwartztol (*pro hac* pending)
DEMOCRACY AND RULE OF LAW CLINIC
Harvard Law School
1525 Massachusetts Avenue
Cambridge, MA 02138
(617) 998-1877
lschwartztol@law.harvard.edu

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2024, copies of the Motion for Temporary Restraining Order, Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order, and Proposed Order were filed via CM/ECF, emailed to Department of Justice attorneys involved in other litigation, and sent via overnight delivery to the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

Erek Barron
United States Attorney for the District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201

Scott Bessent
Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220

Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220

Charles Ezell
Acting Director of the Office of Personnel Management
1900 E St. NW
Washington, D.C. 20415

U.S. Office of Personnel Management
1900 E St. NW
Washington, D.C. 20415

Denise Carter
Acting Secretary of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Dated: February 12, 2025

*/s/ Xiaonan April Hu*
(signed by filer with permission)

Xiaonan April Hu