**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| American Federation of Teachers, *et al.*, | Case No. 8:25-cv-00430-DKC |
| *Plaintiffs*, | |
| vs. | Date:<br>Time: |
| SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*, | Place:<br>Judge:   Hon. Deborah Boardman |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

1    Having reviewed the Complaint, briefing, and declarations submitted by the Parties, and
2 having found that the factors set forth in *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22
3 (2008) are satisfied, it is hereby
4    **ORDERED** that Plaintiffs' Motion for Temporary Restraining Order is **GRANTED**.
5    It is further **ORDERED** that Defendants Secretary Scott Bessent, the United States
6 Department of the Treasury, Acting Director Charles Ezell, the United States Office of Personnel
7 Management, Acting Secretary Denise L. Carter, and the United States Department of Education
8 are **ENJOINED** from providing Department of Government Efficiency ("DOGE")
9 representatives, including Special Government Employees, with access to any Treasury
10 Department, Office of Personnel Management, or Department of Education systems of records
11 containing personally identifiable information and/or confidential information.
12    It is further **ORDERED** that Defendants are to retrieve and destroy any personally
13 identifiable information or confidential information retrieved from Defendants' systems of
14 records, including any copies of such information and any documents created by DOGE
15 representatives from such information, that are currently in the possession of any (i) DOGE
16 representatives, including Special Government Employees, and (ii) persons who received such
17 information from DOGE representatives.

19    **SO ORDERED.**

21 Dated: February ___, 2025

-1-
[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER