UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> SCOTT BESSENT, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00430 |

**DECLARATION OF THOMAS FANT
IN SUPPORT OF MOTION FOR TRO**

I, Thomas Fant, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I live in Massachusetts and am currently retired.

3. I am a military veteran. From 1996 to 1998, I served in the U.S. Coast Guard, until I was medically discharged.

4. I currently receive financial benefits from the federal government, including veterans' disability compensation, as well as all of my healthcare, from the Veterans Administration.

5. As a result of my military service and the financial benefits I receive, federal government agencies, including the Department of Treasury, have sensitive personal information about me in their record systems.

6. At the Department of Treasury, this information includes my social security number, date of birth, bank account information, and home address.

7. I provided this personal information in order to access essential services like disability payments. When I provided the information, I expected that the data

would be used to facilitate my access to these services and only for legally authorized purposes. I also expected that the government would zealously safeguard access to that information.

8. I feel that my right to privacy has been violated by the government's choice to disclose information to DOGE representatives, who appear to be using it for purposes that have nothing to do with why I provided the data. I did not request disclosure of my personal information to DOGE representatives or provide written access authorizing such disclosure. My concerns are amplified because, based on news reports, at least some of the DOGE representatives are recent high school graduates or college students with a checkered history on data security. Further, I am concerned about the potential disclosure of my information to AI tools and software.

9. I am alarmed, disturbed, and anxious that the government-facilitated unauthorized access to my personal information, and that of millions of other Americans, will enable third parties affiliated with Elon Musk and the so-called "Department of Government Efficiency" to illegally and corruptly profit at my expense and at the expense of the American people, especially my fellow veterans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 11, 2025.

_____/s/*_____
Thomas Fant

*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.