# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, SECRETARY UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* <br><br> Defendants. | Case No. 8:25-cv-00430-DLB |

## NOTICE OF APPEARANCE [1]

Please ENTER the appearance of the following attorneys on behalf of the Defendants:

ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4813 Ph
Fax: (410) 962-2310 Fax
Ariana.Arnold@usdoj

ELIZABETH J. SHAPIRO
*Special Admission Pending*
Deputy Branch Director
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Twelfth Floor
Washington, D.C. 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Elizabeth.Shapiro@usdoj.gov

---

[1] Defendants hereby reserve, and specifically do not waive any arguments as to Service, Jurisdiction, Venue, and any other matters that could be raised under Rule 12 of the Federal Rules of Civil Procedure in response to the Complaint.

EMILY HALL
*Special Admission Pending*
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 307-6482
emily.hall@usdoj.gov

        Respectfully submitted,

        Philip A. Selden
        Acting United States Attorney

By:       /s/
        Ariana Wright Arnold
        USDC Md Bar No. 23000
        Assistant United States Attorney
        36 S. Charles St., 4th Floor
        Baltimore, Maryland 21201
        (410) 209-4813 Ph
        (410) 962-2310 Fax
        Ariana.Arnold@usdoj.gov

        *Counsel for Defendants*

CERTIFICATE OF SERVICE

The forgoing Notice of Appearance was efiled and thereby served on counsel of record via ECF.

        /s/
        Ariana Wright Arnold
        Assistant United States Attorney