# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| University of California Student Association | Case No 1:25-cv-00354-RDM |
| Plaintiffs, | |
| v. | Judge Randolph D. Moss |
| Denise Carter, in her official capacity as Acting Secretary of Education, et al., | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF ADAM RAMADA

1. My name is Adam Ramada. I am currently employed at the United States DOGE Service ("USDS"), formerly known as the United States Digital Service.  I started serving in this role on January 23, 2025.  The following supplements my original declaration in this case, signed February 13, 2025, and is based on my personal knowledge or information provided to me in the course of performing my duties.

2. As explained in my February 13 declaration, there are six employees at the Department of Education ("Department") who play the principal role in helping to advance the mission of President Trump's Executive Order 14,158.

3. The Department of Education is the "home" agency of two of these employees. The other four employees, including myself, are on detail to the Department. Two are on detail from other federal agencies. Two are on detail from USDS.

4. On average, I spend 50-60 hours per week working at Department facilities, as do the two employees whose home agency is the Department. Of the other detailed employees, two spend, I would estimate, 20-30 hours per week at the Department, and the last spends, I would estimate, 5 hours per week at the Department.

5. All six employees identified above assist the Department of Education with auditing contract, grant, and related programs for waste, fraud, and abuse. In addition, we help senior Department leadership obtain access to accurate data and data analytics to inform their policy decisions at the Department.

6.  The four employees on detail listed above, as with the two employees for whom the Department is their home agency, regularly interact with and receive assistance from other Department employees.

7.  I am aware of the list of thirty-seven individuals whom Plaintiff's counsel "believe have been given access to one or more ED records systems," according to Plaintiff's message to Defendants' counsel on February 15, 2025. As stated above, there are only six of us at the Department whose primary role is implementing the President's executive order. I am not aware of any DOGE-affiliated individuals other than the six listed above who have been granted access to Department information technology and data systems or who have otherwise received any Department information protected by the Privacy Act or section 6103 of the Internal Revenue Code.

8.  Thus far, the six of us have primarily worked to identify contracts and grants that are wasteful, abusive, or inconsistent with leadership's policy priorities.

9.  It came to my attention today that one of the six employees referenced above has not yet completed ethics or information security trainings.  He has been directed to complete both this week and has indicated that he will do so.

***

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 16th day of February.

*Adam Ramada*
_____
Adam Ramada