UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al.,<br><br>Plaintiffs,<br><br>    v.<br><br>SCOTT BESSENT, et al.,<br><br>Defendants. | Case No. 8:25-cv-430-DLB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Application for a Temporary Restraining Order, the opposition thereto, reply and oral argument, it is hereby

ORDRERED that the application should be, and hereby is, DENIED.

_____   _____
Date                                                           United States District Judge