UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, *et al.*,<br><br>Defendants. | Case No. 8:25-cv-430-DLB |

## NOTICE OF RECENT DECISION

Defendants, by undersigned counsel, respectfully provide notice to the Court of a pertinent decision that was not available at the time Defendants filed their opposition to Plaintiffs' motion for a temporary restraining order ("TRO"). The attached decision categorically denies a motion for a TRO in a case nearly identical to this one. *See* Memorandum Opinion and Order, *University of California Student Association v. Carter, et al.*, Civil Action No. 25-354 (RDM), ECF #20, (D.D.C. February 17, 2025) (Mem. Op.) (attached).

In *University of California*, Plaintiff sought an emergency order seeking to restrain the Acting Secretary of the U.S. Department of Education (ED). The Court found that the Plaintiff failed to establish irreparable harm, relying on the same two declarations presented to this Court. *See* Ramada Declarations at ECF #27-5, #27-6. Plaintiff contended that its members were "suffering, and will continue to suffer, irreparable injury" due to ED making their data "accessible" to DOGE staffers." Mem.Op. at 10. However, the Court found that dissemination of information is only an irreparable injury "where, for example, highly sensitive information will be made *public*,

or ends up in the hands of someone with no obligation to keep it confidential." *Id*. Because the declarant, Ramada, attested to the fact that the six employees at issue would follow all laws and conditionality rules governing access to data, and because those laws "impose strict limits on the use and disclosure of Privacy Act protected records and tax return information, and they impose criminal penalties and potential civil liability on those who willfully ignore their obligations," *id*., at 11, the Court found that the Plaintiff could not establish irreparable harm. The Court also found the risk of a *future* data breach or lawful dissemination was "entirely conjectural." *Id*. at 12. Since the feared future injuries were "far from likely, let alone "certain" and "great" they similarly failed to establish irreparable harm. *Id*. citing *Chaplaincy of Full Gospel Churches v. England*, 454 F.3d 290, 297 (D.C. Cir. 2006).

Defendants respectfully submit this recent opinion in further support of their Opposition to the Plaintiffs' motion for TRO.

Dated: February 18, 2025        Respectfully submitted,

                                                BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
*Special Admission Pending*
Deputy Branch Director
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Twelfth Floor
Washington, D.C. 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Elizabeth.Shapiro@usdoj.gov

EMILY HALL
*Special Admission Pending*
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 307-6482
emily.hall@usdoj.gov
*Attorneys for Defendants*

PHILIP L. SELDEN
Acting United States Attorney
District of Maryland

*/s/ Ariana Wright Arnold*
ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney
District of Maryland
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4813
Fax: (410) 962-2310
Ariana.Arnold@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and thereby served all counsel of record.

*/s/ Ariana Wright Arnold*

ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4813
Fax: (410) 962-2310
Ariana.Arnold@usdoj.gov