# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

American Federation of Teachers, et al.  *

**Plaintiff,**

*

**v.**   Case No. 25-00430

Scott Bessent, et al.   *

**Defendant.**   *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Defendants.**

I certify that I am admitted to practice in this Court.

2/18/2025
Date

*Elizabeth J. Shapiro*
Signature

Elizabeth J. Shapiro (D.C. Bar 418925)
Printed name and bar number

1100 L Street, NW, Washington, D.C. 20530
Address

elizabeth.shapiro@usdoj.gov
Email address

202-514-5302
Telephone number

202-616-8470
Fax number