**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

_____     *

**Plaintiff,**
                               *

**v.**                             **Case No.** _____
                               *

_____     *

**Defendant.**                 *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the _____

I certify that I am admitted to practice in this Court.

_Dan McNeil_

_____                _____
Date                                      Signature

                                          _____
                                          Printed name and bar number

                                          _____
                                          Address

                                          _____
                                          Email address

                                          _____
                                          Telephone number

                                          _____
                                          Fax number