

**U.S. Department of Justice**

Civil Division

*P.O. Box 883*
*Washington, D.C.  20044*

_____
Emily Hall                                                                 Emily.Hall@usdoj.gov
Counsel, Civil Division                                                    (202) 890-7914

Judge Deborah L. Boardman
6500 Cherrywood Lane
Suite 445
Greenbelt, MD 20770

     Re:  *Am. Fed'n of Teachers, et al., v. Bessent, et al*., Civil Action No. 25-00430

Dear Judge Boardman:

     We write to make the Court and Plaintiffs aware that the Department of Treasury has hired Mr. Ryan Wunderly to perform the duties previously assigned to Marco Elez. *See* Declaration of John York (Attachment 1).  Accordingly, on February 20, 2025, pursuant to the government's motion, the district court in *Alliance for Retired Americans, et al., v. Bessent*, Civil Action No. 25-313 (CKK) (D.D.C.) modified the existing order in that case.  *See* Order dated Feb. 20, 2025 (Attachment 2).

     Thank you for your consideration.

                        Respectfully submitted,

                        */s/ Emily Hall*_____
                        Emily Hall
                        Counsel, Civil Division
                        U.S. Department of Justice

cc:    April Hu
       John Schwab