**U.S. Department of Justice**



Civil Division

*P.O. Box 883*
*Washington, D.C.  20044*

_____
Emily Hall                                                              Emily.Hall@usdoj.gov
Counsel, Civil Division                                                 (202) 890-7914

Judge Deborah L. Boardman
6500 Cherrywood Lane
Suite 445
Greenbelt, MD 20770

     Re:  *Am. Fed'n of Teachers, et al., v. Bessent, et al*., Civil Action No. 25-00430

Dear Judge Boardman:

     We write again to make the Court and Plaintiffs aware of two decisions that issued today in cases similar to the above-captioned matter.  In *EPIC v. OPM*, Civil Action No. 25-255 (E.D. Va.), the Court converted the application for a temporary restraining order to a motion for preliminary injunction and denied it due to a lack of irreparable harm.  *See* Attachment 1.  *In State of New York, et al. v. Trump, et al*, Civil Action No. 25-1144 (S.D.N.Y.), the Court granted a preliminary injunction and requested additional information from Treasury, by March 24, 2025, before determining the scope of future proceedings.  *See* Attachment 2.

     Thank you for your consideration.

                                            Respectfully submitted,

                                            */s/ Emily Hall*_____
                                            Emily Hall
                                            Counsel, Civil Division
                                            U.S. Department of Justice

cc:    April Hu
        John Schwab