# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, et al., <br><br> Defendants. | Case No. 8:25-cv-430-DLB |

## NOTICE OF FILING OF ADMINISTRATIVE RECORDS

Defendants in the above-captioned action file this notice of the filing of the redacted Administrative Records of the Office of Personnel Management, the U.S. Department of the Treasury, and the U.S. Department of Education regarding the granting of access to systems maintained by the respective agencies to employees implementing Executive Order 14,158. Certifications of completeness of the Administrative Record of the three agencies accompany this filing.[1]

Dated:  March 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

---

[1] Notwithstanding the Court's order to file an administrative record in this case, Defendants maintain that the Amended Complaint does not challenge any final agency action and reserve their right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.

United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Elizabeth.Shapiro@usdoj.gov

EMILY HALL
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 307-6482
Emily.Hall@usdoj.gov

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim U.S. Attorney

ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4813
Fax: (410) 962-2310
Ariana.Arnold@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on March 7, 2025, I electronically filed the foregoing and the accompanying attachments, and thereby caused a copy to be served on counsel of record.

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS