# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF
TEACHERS, et al.,

               Plaintiffs,

     v.

SCOTT BESSENT, et al.,

               Defendants.

Case No. 8:25-cv-430-DLB

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Gregory J. Hogan, am currently employed as the Chief Information Officer for the Office of Personnel Management. I am familiar with the claims asserted against OPM in the above-captioned action regarding the granting of access to data systems to employees implementing Executive Order 14,158.

I hereby certify, to the best of my knowledge, that the accompanying administrative record is complete and contains all non-deliberative documents and materials directly or indirectly considered regarding the OPM actions challenged in this case.[1] Among these documents and materials, OPM has duly evaluated all predecisional documents before excluding them from the record.

---

[1] Notwithstanding the Court's order to file an administrative record in this case, Defendants maintain that the Amended Complaint does not challenge any final agency action and reserve their right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Gregory J. Hogan_
Gregory J. Hogan

**Index to Administrative Record of the Office of Personnel Management**

| | Title of Document | Bates Range |
|---|---|---|
| 1 | Gregory Hogan SF-61 | OPM-000001 |
| 2 | Gregory Hogan SF-50 | OPM-000002 – OPM-000003 |
| 3 | Gregory Hogan SF-50 | OPM-000004 – OPM-000005 |
| 4 | OPM-2 Employee SF-61 | OPM-000006 |
| 5 | OPM-2 Employee Acceptance of Uncompensated Services | OPM-000007 |
| 6 | OPM-2 Employee SF-50 | OPM-000008 – OPM-000009 |
| 7 | OPM-3 Employee SF-61 | OPM-000010 |
| 8 | OPM-3 Employee SF-50 | OPM-000011 |
| 9 | OPM-3 Employee Acceptance of Uncompensated Services | OPM-000012 |
| 10 | OPM-3 Employee Memorandum of Understanding | OPM-000013 |
| 11 | OPM-4 Employee SF-61 | OPM-000014 |
| 12 | OPM-4 Employee Acceptance of Uncompensated Services | OPM-000015 |
| 13 | OPM-5 Employee SF-61 | OPM-000016 |
| 14 | OPM-5 Employee SF-50 | OPM-000017 – OPM-000018 |
| 15 | OPM-5 Employee SF-50 | OPM-000019 – OPM-000020 |
| 16 | OPM-6 Employee SF-61 | OPM-000021 |
| 17 | OPM-6 Employee SF-50 | OPM-000022 |
| 18 | Email chain, "Getting DoGE Engineers access" | OPM-000023 – OPM-000029 |
| 19 | Email chain, "Account Creation Audit" | OPM-000030 – OPM-0000052 |
| 20 | Attachment, "Internal User Access Audit" | OPM-000053 – OPM-000054 |
| 21 | Office of Personnel Management, Privacy Act of 1974; System of Records, 88 Fed. Reg. 56,058 (Aug. 17, 2023) | OPM-000055 – OPM-000056 |
| 22 | Office of Personnel Management, Privacy Act of 1974: Update Existing Systems of Records, 77 Fed. Reg. 73,694 (Dec. 11, 2012) | OPM-000057 – OPM-000062 |
| 23 | OPM/GOVT-2, Employee Performance File System Records | OPM-000063 – OPM-000067 |
| 24 | Office of Personnel Management, Privacy Act of 1974; System of Records, 86 Fed. Reg. 68,291 (Dec. 1, 2021) | OPM-000068 –OPM-000069 |
| 25 | Office of Personnel Management, Privacy Act of 1974: Update and Amend System of Records, 79 Fed. Reg. 16,834 (Mar. 26, 2014) | OPM-000070 – OPM-000074 |

# APPOINTMENT AFFIDAVITS

Senior Advisor to the Director

**(Position to which Appointed)**

01/20/2025

(Date Appointed)

Office of Personnel Management | Office of the Director | Washington, DC, United States

(Department or Agency) | (Bureau or Division) | (Place of Employment)

I, GREGORY JOHN HOGAN , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 20 day of January , 2025

at Washington (City) DC (State)

(SEAL)

(Signature of Officer)

Commission expires _____

(If by a Notary Public, the date of his/her Commission should be shown)

(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

EOD:OM00 USA Staffing

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000001

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name *(Last, First, Middle)* | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HOGAN, GREGORY JOHN | ▊ | ▊ | 01/20/2025 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 146 | SES NONCAREER APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V4L | 5 U.S.C. 3394(A). | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| AWM | OPM MEMO DTD 01-20-2025 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SENIOR ADVISOR TO THE DIRECTOR FOR TECHNOLOGY AND DELIVERY |
| | PD: 6A38081 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ES | 0301 | 00 | 00 | $195,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $195,200.00 | $0 | $195,200.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | OPM |
| | OFC OF THE DIRECTOR |
| | |
| | WASHINGTON DC |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None    3 - 10 Point/Disability    5 - 10 Point/Other<br>2 - 5 Point    4 - 10 Point/Compensable    6 - 10-Point/Compensable/30% | 0 - None    2 - Conditional<br>1 - Permanent  3 - Indefinite | TG | YES    X NO |
| 1 | 0 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 ▊ | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF ▊ | 01/20/2025 | F    FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career | E - Exempt<br>N - Nonexempt | 41AA0 | 8888 |
| 3 | E | | |

| 38. Duty Station Code | 39. Duty Station *(City - County - State or Overseas Location)* |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025.

EMPLOYEE SUBJECT TO POST-EMPLOYMENT RESTRICTIONS UNDER 18 U.S.C. 207(C).

THE EMPLOYEE OCCUPIES A POSITION SUBJECT TO THE PAY FREEZE FOR CERTAIN SENIOR POLITICAL OFFICIALS. NOTWITHSTANDING OTHERWISE APPLICABLE PAY STATUTES AND REGULATIONS, PAY MAY BE SET AND ADJUSTED ONLY IN ACCORDANCE WITH APPLICABLE PROVISIONS OF THE PAY FREEZE STATUTE.

TENURE AS USED FOR 5 U.S.C. 3502 IS NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE.

CREDITABLE MILITARY SERVICE:0000

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE, OR FERS-FRAE.

UPON APPOINTMENT TO THIS POSITION, APPOINTEE RECEIVED AND SIGNED THE ETHICS PLEDGE. MEMBER RECEIVED FINANCIAL DISCLOSURE MEMORANDUM AND SF-278 WHICH IS TO BE COMPLETED AND RETURN WITHIN 30 DAYS OF APPOINTMENT. THIS IS A TEMPORARY APPOINTMENT WITH A NOT TO EXCEED DATE OF 2-19-2025.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| OPM | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | CARMEN GARCIA-WHITESIDE |
|---|---|---|---|
| OM00 | 1000 | 01/27/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5-Part

**2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

OPM-000002

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action.  Keep it with your records because it could be used
to make employment, pay, and qualifications decisions about you in the future.

**The Action**

* Blocks 5-B and 6-B describe the personnel action(s) that occurred.
* Blocks 15-22 show the position and organization to which you are assigned.

**Pay**

* When the personnel action is an award or bonus, block 20 shows the amount of
  that one-time cash payment.  When the action is not an award or bonus, block 12
  shows your former total annual salary, and block 20 shows your new total annual
  salary (block 20C plus 20D).  The amounts in blocks 12 and 20 do not include
  any one-time cash payments (such as performance awards and recruitment or
  relocation bonuses) or payments that may vary from one pay period to the next
  (such as overtime pay), or other forms of premium pay.
* Block 20A is the scheduled amount for your grade and step, including any special
  salary rate you receive.  It does not include any locality-based pay.  This rate of
  pay serves as the basis for determining your rate of pay upon promotion, change
  to a lower grade, or reassignment, and is used for pay retention purposes.
* Block 20B is the annual dollar amount of your interim Geographic Adjustment or,
  beginning in 1994, your locality-based comparability payment.
* Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B.  It serves
  as the basis for computing your retirement benefits, life insurance, premium pay,
  and severance pay.
* Block 20D is the total dollar amount of any Retention Allowances, Supervisory
  Differentials, and Staffing Differentials that are listed in the remarks block.  These
  payments are made in the same manner as basic pay, but are not a part of basic
  pay for any purpose.

**Block 24 - Tenure**

* Identifies the nature of your appointment and is used to determine your rights
  during a reduction in force (R.F).  Tenure groups are explained in more detail in
  subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM
  Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference to RIF**

* Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

* FICA      - Social Security System
* CS      - Civil Service Retirement System
* CS-Spec      - Civil Service Retirement System for law enforcement and
  firefighter personnel
* FS      - Foreign Service Retirement and Disability System
* FERS      - Federal Employees' Retirement System
* FERS-
  Reserve
  Tech      - Federal Employees' Retirement System for National Guard
  Reserve Technicians
* FERS-
  ATC      - Federal Employees' Retirement System for Air
  Traffic Controllers
* FERS-
  Spec      - Federal Employees' Retirement System for law enforcement
  and firefighter personnel
* FSPS      - Foreign Service Pension System

**Block 31 - Service computation Date (Leave)**

* Shows when your Federal service began unless you have prior creditable
  service.  If so, this date is constructed to include your total years, months
  and days of prior creditable civilian and military service.
* Full-Time employees with fewer than 3 years of service earn 4 hours of
  annual leave each pay period; those with 3 or more years but less than 15
  years earn 6 hours each pay period; and those with 15 or more years earn 8
  hours each pay period.
* Your earnings and leave statement or your time and attendance card will

**Block 32 - Work Schedule**

* Your work schedule is established by your supervisor.
* A full-time employee works on a prearranged scheduled tour of duty that is
  usually 40 hours per week.   A part-time employee has a prearranged
  scheduled tour of duty that is usually between 16 and 32 hours per week.
  An intermittent employee has no prearranged scheduled tour of duty and
  works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or
  more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less
  than 12 months each year; they may have a full-time, a part-time, or an
  intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay
  status for at least 6 months of each year; they may have either a full-time or
  a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**

  Indicates the number of hours a part-time employee is scheduled to work
  during a two-week pay period.

**Block 34 - Position Occupied**

  Identifies the employment system under which you are serving -- the
  Competitive Service, the Excepted Service, or the Senior Executive Service
  (SES).
  The employment system determines your eligibility to move to other jobs in
  the Federal service, your rights in disciplinary and adverse actions, and your
  eligibility for reemployment if you have Federal service.

**Block 35 - FLSA Category**

  Exempt employees are not covered by the minimum wage and overtime law
  (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**

  Identifies a bargaining unit to which you belong, whether or not your are
  actually a member of a labor organization. Code "7777" indicates you are
  eligible but not in a bargaining unit; code "8888" indicates you are ineligible
  for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**

  Identifies the city, county, and state or the overseas location, where you
  actually work.

## OTHER INFORMATION

* If your appointment entitles you to elect health benefits or life insurance, and you
  have not been provided materials explaining the programs available and the
  enrollment forms, contact your personnel specialist.

* Your personnel specialist will also tell you if your position is covered by an
  agreement between an employee organization (union) and your agency.  If you are
  eligible to and elect to join an employee organization, you can elect to have your
  dues withheld from your salary.

* If you have questions or need more information about your rights and benefits,
  ask your supervisor or your personnel office.

* Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in
  Federal Personnel Manual Supplement 292-1.

It is your responsibility to read all the information on the front of this notice and tell your personnel office
immediately if there is an error in it.

OPM-000003

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HOGAN, GREGORY JOHN | ███ | ███ | 02/11/2025 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 546 | CONV TO SES NONCAREER APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V4L | 5 U.S.C. 3394(A). | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| AWM | OPM FORM 1652 DATED 02-11-2025 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SENIOR ADVISOR TO THE DIRECTOR FOR TECHNOLOGY AND DELIVERY | CHIEF INFORMATION OFFICER |
| PD: 6A38081 | PD: 6A39566 |

| 8. Pay Plan | 9.Occ Code | 10.Grade or Level | 11.Step or Rate | 12. Total Salary | 13.Pay Basis | 16. Pay Plan | 17. Occ Code | 18.Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ES | 0301 | 00 | 00 | $195,200.00 | PA | ES | 0340 | 00 | 00 | $195,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $195,200.00 | $0 | $195,200.00 | $0 | $195,200.00 | $0 | $195,200.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OPM<br>OFC OF THE DIRECTOR<br><br><br><br>WASHINGTON DC | OPM<br>OFC OF THE DIRECTOR<br>OFC OF THE CHIEF INFORMATION OFFICER<br><br>WASHINGTON DC |

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|---|---|
| 1 - None   3 - 10 Point/Disability   5 - 10 Point/Other<br>2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | | | 0 - None  2 - Conditional<br>1 - Permanent 3 - Indefinite | | |
| 1 | | | 0 | JS | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0   ███ | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF   ███ | 01/20/2025 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career | E - Exempt<br>N - Nonexempt | 51AA0 | 8888 |
| 3 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10068 | | 0000 | 33.94 | SPECIAL-SENSITIVE (SS)/HIGH RI |

45. Remarks

   APPROVED FOR CONVERSION TO PERMANENT INCUMBENCY ON 2-11-2025. OPM FORM 1652 DATED 02-11-2025.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| OPM | ELECTRONICALLY SIGNED BY: |
| | CARMEN GARCIA-WHITESIDE |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| OM00 | 1000 | 02/18/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5-Part

## 2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

OPM-000004

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

**The Action**

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.

- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for your retention purposes.
  Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
  Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
  Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 - Tenure**

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (R F). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference to RIF**

- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

| | |
|---|---|
| • FICA | - Social Security System |
| • CS | - Civil Service Retirement System |
| • CS-Spec | - Civil Service Retirement System for law enforcement and firefighter personnel |
| • FS | - Foreign Service Retirement and Disability System |
| • FERS | - Federal Employees' Retirement System |
| • FERS-Reserve Tech | - Federal Employees' Retirement System for National Guard Reserve Technicians |
| • FERS-ATC | - Federal Employees' Retirement System for Air Traffic Controllers |
| • FERS-Spec | - Federal Employees' Retirement System for law enforcement and firefighter personnel |
| • FSPS | - Foreign Service Pension System |

**Block 31 - Service computation Date (Leave)**

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

**Block 32 - Work Schedule**

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not. Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

**Block 36 - FLSA Category**

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

Docusign Envelope ID: C7A1287B-E7E2-47B8-BD83-CA83DF85713E

# APPOINTMENT AFFIDAVITS

Senior Advisor
*(Position to which Appointed)*

01/20/2025
*(Date Appointed)*

Office of Personnel Management    Office of the Director    Washington, D.C.
*(Department or Agency)*            *(Bureau or Division)*        *(Place of Employment)*

## OPM-2

I, _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B.  AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C.  AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

## OPM-2

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 20 day of January , 2025

at Washington                          DC
*(City)*                                *(State)*

(SEAL)
*(Signature of Officer)*

Commission expires_____                    Acting Director
*(If by a Notary Public, the date of his/her Commission should be shown)*        *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

Standard Form 61
Revised August 2002
NSN 7540-00-634-4015    Previous editions not usable

OPM-000006

Docusign Envelope ID: 73EB40E2-7EF1-4CD1-B9BB-609470B2ED71

## Acceptance of Uncompensated Services

I understand that I may be employed with the United States Office of Personnel Management (OPM) under the authority of 5 U.S.C. § 3109. Under certain circumstances, OPM may use this authority to employ experts or consultants with or without pay, provided that such personnel agree in advance in writing to waive any claims for compensation for those services.

I desire to offer my services to OPM. Accordingly, I agree to being appointed as an uncompensated employee of OPM; I understand that I will not receive any pay or any other form of compensation from OPM, the federal Government, or any other source for the services I render to OPM.

In addition, I hereby waive any and all claims I may have in the future against OPM and/or the federal Government on account of the services I render to OPM.

Signed: __ **OPM-2** _____

50AC0E749AA941C...

Printed Name of Appointee: _____ **OPM-2** _____

Date: _____ January 20, 2025 _____

OPM-000007

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| OPM-2 | ███████ | ████ | 01/20/2025 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE      07/18/2025 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| H2L | REG 304.103. |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
EXPERT
PD: 6A39741

| 8. Pay Plan | 9.Occ. Code | 10.Grade or Level | 11.Step or Rate | 12. Total Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 16. Pay Plan | 17. Occ. Code | 18.Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**

OPM
OFC OF THE DIRECTOR

WASHINGTON DC

### EMPLOYEE DATA

| 23. Veterans Preference | |
|---|---|
| 1 - None    3 - 10 Point/Disability    5 - 10 Point/Other | |
| 2 - 5 Point    4 - 10 Point/Compensable    6 - 10 Point/Compensable/30% | |
| 1 | |

| 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|
| 0 - None    2 - Conditional | | |
| 1 - Permanent  3 - Indefinite | TG | YES    X NO |
| 0 | | |

| 27. FEGLI |
|---|
| A0 |

| 28. Annuitant Indicator |
|---|
| 9    NOT APPLICABLE |

| 29. Pay Rate Determinant |
|---|
| 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) |
|---|---|
| 4 | 01/20/2025 |

| 32. Work Schedule |
|---|
| F    FULL TIME |

| 33. Part-Time Hours Per Biweekly Pay Period |
|---|
| |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive service    3 - SES General | E - Exempt    N - Nonexempt | 41AA0 | 8888 |
| 2 - Excepted Service    4 - SES Career | | | |
| 2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

**45. Remarks**

APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025

REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.

CREDITABLE MILITARY SERVICE: 0000.

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| OPM | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | CARMEN GARCIA-WHITESIDE |
|---|---|---|---|
| OM00 | 1000 | 01/30/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5-Part

**2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action.  Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

**The Action**

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment.  When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D).  The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive.  It does not include any locality-based pay.  This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B.  It serves
- as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
Block 20D is the total dollar amount of any Retention Allowances, Supervisory
- Differentials, and Staffing Differentials that are listed in the remarks block.  These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 - Tenure**

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF).  Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference to RIF**

- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

| | |
|---|---|
| FICA | - Social Security System |
| CS | - Civil Service Retirement System |
| CS-Spec | - Civil Service Retirement System for law enforcement and firefighter personnel |
| FS | - Foreign Service Retirement and Disability System |
| FERS | - Federal Employees' Retirement System |
| FERS-Reserve Tech | - Federal Employees' Retirement System for National Guard Reserve Technicians |
| FERS-ATC | - Federal Employees' Retirement System for Air Traffic Controllers |
| FERS-Spec | - Federal Employees' Retirement System for law enforcement and firefighter personnel |
| FSPS | - Foreign Service Pension System |

**Block 31 - Service computation Date (Leave)**

- Shows when your Federal service began unless you have prior creditable service.  If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

**Block 32 - Work Schedule**

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week.  A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week.  An intermittent employee has no prearranged scheduled tour of duty and works when needed.
Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.  Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

**Block 35 - FLSA Category**

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization.  Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency.  If you are eligible to elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.

OPM-000009

# APPOINTMENT AFFIDAVITS

Expert
**(Position to which Appointed)**

01/20/2025
**(Date Appointed)**

Office of Personnel Managemer
**(Department or Agency)**

Office of the Director
**(Bureau or Division)**

Washinton, D.C.
**(Place of Employment)**

I, **OPM-3** _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**OPM-3**

**(Signature of Appointee)**

Subscribed and sworn (or affirmed) before me this 20 day of Janaury _____, 2025

at Washington          D.C.
  **(City)**          **(State)**

_____
**(Signature of Officer)**

(SEAL)

_____
**(Title)**

Commission expires_____
**(If by a Notary Public, the date of his/her Commission should be shown)**

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000010

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OPM-5 | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | | | 01/20/2025 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5–A. Code  171 | 5–B. Nature of Action  EXC APPT NTE  07/18/2025 | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code  H2L | 5–D. Legal Authority  REG 304.103. | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | EXPERT  PD: 6A39740 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $0 | $0 | $0 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | OPM  OFC OF THE DIRECTOR  WASHINGTON DC |

## EMPLOYEE DATA

| 23. Veterans Preference  1 | 24. Tenure  0 | 25. Agency Use  TG | 26. Veterans Preference for RIF |
|---|---|---|---|

23. Veterans Preference
1 – None   3 – 10–Point Disability   5 – 10–Point Other
2 – 5–Point   4 – 10–Point Compensable   6 – 10–Point Compensable/30%

24. Tenure
0 – None   2 – Conditional
1 – Permanent   3 – Indefinite

26. Veterans Preference for RIF:   YES   X   NO

| 27. FEGLI  A0 | 28. Annuitant Indicator  9   NOT APPLICABLE | 29. Pay Rate Determinant  0 |
|---|---|---|

| 30. Retirement Plan  4 | 31. Service Comp. Date (Leave)  01/20/2025 | 32. Work Schedule  F   FULL TIME | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied  2 | 35. FLSA Category  E | 36. Appropriation Code  41AA0 | 37. Bargaining Unit Status  8888 |
|---|---|---|---|

34. Position Occupied
1 – Competitive Service   3 – SES General
2 – Excepted Service   4 – SES Career Reserved

35. FLSA Category
E – Exempt
N – Nonexempt

| 38. Duty Station Code  11-0010-001 | 39. Duty Station (City – County – State or Overseas Location)  WASHINGTON  DISTRICT OF COLUMBIA  DC |
|---|---|

| 40. Agency Data  10001 | 41. | 42.  0000 | 43.  33.94 | 44.  CRITICAL-SENSITIVE (CS)/HIGH R |
|---|---|---|---|---|

**45. Remarks**
APPOINTMENT AFFIDAVIT EXECUTED 01/20/2025
REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A
SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.
CREDITABLE MILITARY SERVICE: 0000
PREVIOUS RETIREMENT COVERAGE:  NEVER COVERED.

| 46. Employing Department or Agency  OPM | 50. Signature/Authentication and Title of Approving Official  ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code  OM00 | 48. Personnel Office ID  1000 | 49. Approval Date  01/30/2025 | CARMEN GARCIA-WHITESIDE  CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

OPM-000011

**Acceptance of Uncompensated Services**

I understand that I may be employed with the United States Office of Personnel Management (OPM) under the authority of 5 U.S.C. § 3109.  Under certain circumstances, OPM may use this authority to employ experts or consultants with or without pay, provided that such personnel agree in advance in writing to waive any claims for compensation for those services.

I desire to offer my services to OPM.  Accordingly, I agree to being appointed as an uncompensated employee of OPM; I understand that I will not receive any pay or any other form of compensation from OPM, the federal Government, or any other source for the services I render to OPM.

In addition, I hereby waive any and all claims I may have in the future against OPM and/or the federal Government on account of the services I render to OPM.

Signed: _____ **OPM-3** _____

Printed Name of Appointee:     **OPM-3**

Date: _____January 28, 2025_____

2/12/25

1

### MEMORANDUM OF UNDERSTANDING BETWEEN THE SOCIAL SECURITY ADMINISTRATION, THE OFFICE OF PERSONNEL MANAGEMENT, THE DEPARTMENT OF EDUCATION, AND APPOINTEE    OPM-3

During Appointee's term of service at the Social Security Administration (SSA), Appointee may also serve as an unpaid Special Government Employee (SGE) for the Office of Personnel Management (OPM) and the Department of Education . The Appointees duties, qualifications, and salary are contained in the attached Expert or Consultant Appointment Request & Certification (Appointment Request and Certification). To ensure compliance with applicable law, the Appointee, OPM, the Department of Education (DoEd.), and SSA (the parties) enter into this Memorandum of Understanding (MOU) and agree as follows:

1. During Appointee's term of service to SSA, Appointee will receive payment, as described in the Appointment Request and Certification, from SSA.
2. Neither OPM nor DoEd. shall not pay Appointee during his SSA term of service.
3. While on duty time at SSA, Appointee shall only perform duties for SSA.
4. While on duty time at SSA, Appointee shall not perform any work for or on behalf of OPM or DoEd..
5. Appointee shall perform SSA work only at SSA Headquarters (HQ) in Woodlawn, Maryland.
6. Appointee shall not perform any work for OPM or DoEd.at SSA facilities, including but not limited to SSA HQ.
7. SSA, OPM and DoEd. shall provide any equipment or systems access to ensure access to their respective networks. Neither SSA, OPM nor DoEd. shall be responsible for providing access to the other agency's network or systems.
8. Appointee shall not perform work for either OPM or DoEd. using SSA equipment or resources.
9. Appointee shall not perform SSA work using either OPM or DoEd. equipment or resources.
10. Appointee shall not share any Personally Identifiable Information accessed or obtained through the use of SSA systems or work performed for SSA, with any external entity, organization, or agency federal or state, including OPM and DoEd.
11. Appointee shall not share or disclose SSA information that is non- PII, non-public information with any non-federal entity.  Any disclosure of non- PII, non-public information to another federal entity, organization, or agency shall be made only with expressed permission of the Office of the Commissioner.
12. Appointee shall not share or disclose OPM or DoEd. information to SSA without appropriate permission from each agency's appropriate authorizing official.
13. Appointee shall abide by all SSA regulations and policies regarding access to and protection of any agency records, information, and work products.
14. Appointee shall abide all SSA regulations and policies regarding ethics and employee conduct.
15. In the event of any lapse in appropriations, the Appointee will follow the instructions issued by SSA related to his SSA service.

### AUTHORIZING SIGNATURES AND DATES

The signatories below warrant and represent that they have the competent authority on behalf of their respective agencies to enter into the obligations set forth in this MOU.  This agreement will become effective on the date it is signed by last party.

**Social Security Administration**    **Office of Personnel Management**    **Department of Education**

*Florence Felix-Lawson*    *Brian Bjelde*

| | | |
|---|---|---|
| [NAME] Florence Felix-Lawson | [NAME] Brian Bjelde | James P. Bergeron |
| [TITLE] Chief Human Capital Officer | [TITLE] Senior Advisor to | Acting Under Secretary |
| Social Security Administration | Acting Director of OPM | |
| Date: 2/13/25 | Date: 2/12/2025 | Date: 02/12/25 |

**Appointee**

**OPM-3**    Date: 02/12/2025

Akash Bobba

# APPOINTMENT AFFIDAVITS

Expert

*(Position to which Appointed)*

01/24/2025

*(Date Appointed)*

Office of Personnel Management    Office of the Director

*(Department or Agency)*                  *(Bureau or Division)*

Washington, D.C.

*(Place of Employment)*

I, **OPM-4** _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

# OPM-4

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 24 day of JANUARY, 2025

at WASHINGTON                D. C.
   *(City)*                   *(State)*

*(Signature of Officer)*

(SEAL)

Commission expires_____

*(If by a Notary Public, the date of his/her Commission should be shown)*

SUPERVISORY HR SPECIALIST
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000014

**Acceptance of Uncompensated Services**

I understand that I may be employed with the United States Office of Personnel Management (OPM) under the authority of 5 U.S.C. § 3109. Under certain circumstances, OPM may use this authority to employ experts or consultants with or without pay, provided that such personnel agree in advance in writing to waive any claims for compensation for those services.

I desire to offer my services to OPM. Accordingly, I agree to being appointed as an uncompensated employee of OPM; I understand that I will not receive any pay or any other form of compensation from OPM, the federal Government, or any other source for the services I render to OPM.

In addition, I hereby waive any and all claims I may have in the future against OPM and/or the federal Government on account of the services I render to OPM.

**OPM-4**

Signed: _____

Printed Name of Appointee: **OPM-4** _____

Date: _____January 24, 2025_____

# APPOINTMENT AFFIDAVITS

Senior Advisor to the Director

(Position to which Appointed)

01/20/2025
(Date Appointed)

Office of Personnel Management

(Department or Agency)

Office of the Director

(Bureau or Division)

Washington, DC, United States

(Place of Employment)

I, **OPM-5** , do solemnly swear (or affirm) that–

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**OPM-5**

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 20 day of January , 2025

at W ashington, (City)   D C (State)

(Signature of Officer)

(SEAL)

Commission expires _____
(If by a Notary Public, the date of his/her Commission should be shown)

Acting Director (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

EOD:OM00  USA Staffing

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000016

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**OPM-5**

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | | | 01/20/2025 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|---|
| 190 | PROVISIONAL APPT NTE    05/20/2025 | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority |
| Y9K | SCH C, 213.3302(A). | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority |
| AWM | OPM FORM 1019 DATED 01-20-2025 | | | |

### SECOND ACTION

(headers as above)

| 7. FROM: Position Title and Number |
|---|
| |

**15. TO: Position Title and Number**
SENIOR ADVISOR TO THE DIRECTOR FOR INFORMATION TECHNOLOGY
PD: 6A38025

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0301 | 15 | 10 | $195,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $162,672.00 | $32,528.00 | $195,200.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | OPM<br>OFC OF THE DIRECTOR<br><br>WASHINGTON DC |

### EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|---|---|
| 1 - None    3 - 10 Point/Disability    5 - 10 Point/Other<br>2 - 5 Point    4 - 10 Point/Compensable    6 - 10 Point/Compensable/30% | | | 0 - None    2 - Conditional<br>1 - Permanent  3 - Indefinite | | |
| 1 | | | 3 | MK | YES    X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 | 9    NOT APPLICABLE | 7 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF | 01/20/2025 | F    FULL TIME | |

### POSITION DATA

| 34. Position Occupied | | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career | | | E - Exempt<br>N - Nonexempt | | |
| 2 | | | E | 41AA0 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks
APPOINTMENT IS INDEFINITE.

APPOINTMENT IS ON A PROVISIONAL BASIS. YOU ARE ELIGIBLE FOR RETIREMENT COVERAGE AND FOR HEALTH BENEFITS AND LIFE INSURANCE. IF YOUR PERFORMANCE IS SATISFACTORY, AND YOU MEET ALL LEGAL, QUALIFICATIONS, AND OTHER APPLICABLE REQUIREMENTS, YOU MAY BE CONVERTED TO A NONTEMPORARY APPOINTMENT BEFORE THIS APPOINTMENT EXPIRES.

APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025.

CREDITABLE MILITARY SERVICE: 0000

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE, OR FERS-FRAE.

OPM FORM 1019 DATED 01-20-2025.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| OPM | ELECTRONICALLY SIGNED BY: |
| | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| OM00 | 1000 | 01/27/2025 | CARMEN GARCIA-WHITESIDE<br>CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5-Part

**2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

OPM-000017

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

**The Action**

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 - Tenure**

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (R.F.). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351 1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference to RIF**

- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

- FICA — Social Security System
- CS — Civil Service Retirement System
- CS-Spec — Civil Service Retirement System for law enforcement and firefighter personnel
- FS — Foreign Service Retirement and Disability System
- FERS — Federal Employees' Retirement System
- FERS-Reserve Tech — Federal Employees' Retirement System for National Guard Reserve Technicians
- FERS-ATC — Federal Employees' Retirement System for Air Traffic Controllers
- FERS-Spec — Federal Employees' Retirement System for law enforcement and firefighter personnel
- FSPS — Foreign Service Pension System

**Block 31 - Service computation Date (Leave)**

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

**Block 32 - Work Schedule**

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not. Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**

  Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**

  Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
  The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

**Block 35 - FLSA Category**

  Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**

  Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**

  Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.

OPM-000018

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name *(Last, First, Middle)* OPM-5 | 2. Social Security Number ▓▓▓▓▓ | 3. Date of Birth ▓▓▓▓▓ | 4. Effective Date 02/18/2025 |
|---|---|---|---|

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 570 | CONV TO EXC APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| Y7M | SCH C, 213.3391. | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SENIOR ADVISOR TO THE DIRECTOR FOR INFORMATION TECHNOLOGY | SENIOR ADVISOR TO THE DIRECTOR FOR INFORMATION TECHNOLOGY |
| PD: 6A38025 | PD: 6A38025 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 15 | 10 | $195,200.00 | PA | GS | 0301 | 15 | 10 | $195,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $162,672.00 | $32,528.00 | $195,200.00 | $0 | $162,672.00 | $32,528.00 | $195,200.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OPM<br>OFC OF THE DIRECTOR<br><br><br>WASHINGTON DC | OPM<br>OFC OF THE DIRECTOR<br><br><br>WASHINGTON DC |

**EMPLOYEE DATA**

| 23. Veterans Preference | | | | | 24. Tenure | | | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|---|---|---|---|---|---|
| 1 - None<br>2 - 5 Point | 3 - 10 Point/Disability<br>4 - 10 Point/Compensable | 5 - 10 Point/Other<br>6 - 10 Point/Compensable/30% | | | 0 - None<br>1 - Permanent | 2 - Conditional<br>3 - Indefinite | JS | | YES   X NO |
| 1 | | | | | 3 | | | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 ▓▓▓▓▓ | 9   NOT APPLICABLE | 7 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF ▓▓▓▓▓ | 01/20/2025 | F   FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 1 - Competitive Service<br>2 - Excepted Service | 3 - SES General<br>4 - SES Career | E - Exempt<br>N - Nonexempt | | |
| 2 | | E | 41AA0 | 8888 |

| 38. Duty Station Code | 39. Duty Station *(City - County - State or Overseas Location)* |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.

OPM FORM 1019 DATED 02-18-2025.

| 46. Employing Department or Agency OPM | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| | ELECTRONICALLY SIGNED BY: |
| 47. Agency Code     48. Personnel Office ID     49. Approval Date | CARMEN GARCIA-WHITESIDE |
| OM00     1000     02/20/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

| 5-Part | 2 - OPF Copy - Long-Term Record -- DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 6/30/93<br>NSN 7540-01-333-6236 |
|---|---|---|

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

**The Action**

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 - Tenure**

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference to RIF**

- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

- FICA        - Social Security System
- CS          - Civil Service Retirement System
- CS-Spec     - Civil Service Retirement System for law enforcement and firefighter personnel
- FS          - Foreign Service Retirement and Disability System
- FERS        - Federal Employees' Retirement System
- FERS-Reserve Tech      - Federal Employees' Retirement System for National Guard Reserve Technicians
- FERS-ATC    - Federal Employees' Retirement System for Air Traffic Controllers
- FERS-Spec   - Federal Employees' Retirement System for law enforcement and firefighter personnel
- FSPS        - Foreign Service Pension System

**Block 31 - Service computation Date (Leave)**

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

**Block 32 - Work Schedule**

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not. Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**

  Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**

  Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
  The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

**Block 35 - FLSA Category**

  Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**

  Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**

  Identifies the city, county, and state or the overseas location, where you actually work.

# OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.

OPM-000020

# APPOINTMENT AFFIDAVITS

Expert
*(Position to which Appointed)*

01/24/2025
*(Date Appointed)*

Office of Personnel Managemer
*(Department or Agency)*

Office of the Director
*(Bureau or Division)*

Washington, D.C.
*(Place of Employment)*

I, **OPM-6** _____ , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**OPM-6**
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 24 day of JANUARY , 2025

at WASHINGTON
*(City)*

D C.
*(State)*

*(Signature of Officer)*

(SEAL)

Commission expires_____
(If by a Notary Public, the date of his/her Commission should be shown)

SUPERVISORY HR SPECIALIST
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000021

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33. Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OPM-6 | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 01/24/2025 |
|---|---|---|---|---|

### FIRST ACTION

| 5–A. Code 171 | 5–B. Nature of Action EXC APPT NTE    07/22/2025 |
|---|---|
| 5–C. Code H2L | 5–D. Legal Authority REG 304.103. |
| 5–E. Code | 5–F. Legal Authority |

### SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| 6–C. Code | 6–D. Legal Authority |
| 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number |
|---|

| 15. TO: Position Title and Number EXPERT PD: 6A39738 |
|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

| 14. Name and Location of Position's Organization |
|---|

| 22. Name and Location of Position's Organization OPM OFC OF THE DIRECTOR WASHINGTON DC |
|---|

### EMPLOYEE DATA

| 23. Veterans Preference 1 - None  3 - 10-Point-Disabilty  5 - 10-Point-Other 1  2 - 5-Point  4 - 10-Point-Compensable  6 - 10-Point-Compensable/30% | 24. Tenure 0 - None  2 - Conditional 0  1 - Permanent  3 - Indefinite | 25. Agency Use TG | 26. Veterans Preference for RIF YES  X  NO |
|---|---|---|---|
| 27. FEGLI A0 | 28. Annuitant Indicator 9  NOT APPLICABLE | | 29. Pay Rate Determinant 0 |
| 30. Retirement Plan 4 | 31. Service Comp. Date (Leave) 01/24/2025 | 32. Work Schedule F  FULL TIME | 33. Part–Time Hours Per Biweekly Pay Period |

### POSITION DATA

| 34. Position Occupied 1 - Competitive Service  3 - SES General 2  2 - Excepted Service  4 - SES Career Reserved | 35. FLSA Category E  E - Exempt  N - Nonexempt | 36. Appropriation Code 41AA0 | 37. Bargaining Unit Status 8888 |
|---|---|---|---|
| 38. Duty Station Code 11-0010-001 | 39. Duty Station (City – County – State or Overseas Location) WASHINGTON DISTRICT OF COLUMBIA DC | | |

| 40. Agency Data 10001 | 41. | 42. 0000 | 43. 33.94 | 44. CRITICAL-SENSITIVE (CS)/HIGH R |
|---|---|---|---|---|

45. Remarks
APPOINTMENT AFFIDAVIT EXECUTED 01-24-2025
REASON FOR TEMPORARY APPOINTMENT:    TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A
SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

| 46. Employing Department or Agency OPM | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code OM00 | 48. Personnel Office ID 1000 | 49. Approval Date 01/30/2025 | CARMEN GARCIA-WHITESIDE CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

OPM-000022

| | |
|---|---|
| **From:** | Hogan, Greg |
| **To:** | Foster, Ozie L.; Price, MC |
| **Cc:** | Ezell, Charles E. |
| **Subject:** | Re: Getting DoGE Engineers access |
| **Date:** | Sunday, February 16, 2025 6:52:09 PM |

Thank you, that was the info I was looking for.

Greg

---

**From:** Foster, Ozie L. <████████@opm.gov>
**Sent:** Sunday, February 16, 2025 6:39 PM
**To:** Hogan, Greg <████████@opm.gov>; Price, MC <████████@opm.gov>
**Cc:** Ezell, Charles E. <████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

You're welcome, Greg. Your account was never created. If you do need an account we can get you setup Tuesday AM.

The only 3 accounts created were for **OPM-4**, **OPM-2**, and **OPM-6** for eOPF and EHRI.

Danielle's file below was updated with user names, system names and dates. You will see where their accounts were added and removed + many other updates associated with OPM Data systems.

☐ Account Creation Audit.xlsx

Thank you,

**Ozie Foster**
Supervisory IT Specialist
U.S. Office of Personnel Management
OCIO, Federal Information Technology Business Solutions
(478) 213-████
████████@opm.gov
OPM.gov

Follow us on LinkedIn | Twitter | YouTube

---

**From:** Hogan, Greg <████████@opm.gov>
**Sent:** Sunday, February 16, 2025 5:43 PM
**To:** Foster, Ozie L. <████████@opm.gov>; Price, MC <████████@opm.gov>
**Cc:** Ezell, Charles E. <████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Thank you for the quick response!

Can you give me the list of people who did have access and we revoked their access?

Also, can you tell me if I have access?

Greg

---

**From:** Foster, Ozie L. <████████@opm.gov>
**Sent:** Sunday, February 16, 2025 4:48 PM
**To:** Hogan, Greg <████████@opm.gov>; Price, MC ████████@opm.gov>
**Cc:** Ezell, Charles E. ████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Yes. All access is disabled/removed, verified users never logged in for EHRI and eOPF.

Thank you,


**Ozie Foster**
Supervisory IT Specialist
U.S. Office of Personnel Management
OCIO, Federal Information Technology Business Solutions
(478) 213-███
Ozie.Foster@opm.gov
OPM.gov


Follow us on LinkedIn | Twitter | YouTube

---

**From:** Hogan, Greg <████████@opm.gov>
**Sent:** Sunday, February 16, 2025 4:26:22 PM
**To:** Price, MC <████████@opm.gov>; Foster, Ozie L. ████████@opm.gov>
**Cc:** Ezell, Charles E. ████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Did we follow up on **OPM-5**, **OPM-3**, and **OPM-4**?  Sorry if I missed it.

Greg

---

**From:** Price, MC <████████@opm.gov>
**Sent:** Thursday, February 6, 2025 10:28 PM
**To:** Foster, Ozie L. <████████@opm.gov>

**Cc:** Hogan, Greg <▮▮▮▮▮@opm.gov>; Ezell, Charles E. <▮▮▮▮▮@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Thx Ozie!!


On Feb 6, 2025, at 10:04 PM, Foster, Ozie L. ▮▮▮▮▮@opm.gov> wrote:


Good evening, everyone

**OPM-6** and **OPM-2** accounts have been disabled for both EHRI DW [on prem] and eOPF [on prem Oracle & Azure SQL]. Also OPS verification that accounts were never used.

I will verify account status for **OPM-5**, **OPM-3**, and **OPM-4** in the AM but I'm sure it's the same of unused.

Thank you,

**Ozie Foster**
Supervisory IT Specialist
U.S. Office of Personnel Management
OCIO, Business Applications Services
(478)▮▮▮▮▮
▮▮▮▮▮@opm.gov
OPM.gov

<Image.png>

Follow us on LinkedIn | Twitter | YouTube

---

**From:** Price, MC ▮▮▮▮▮@opm.gov>
**Sent:** Thursday, February 6, 2025 7:44 PM
**To:** Hogan, Greg ▮▮▮▮▮@opm.gov>
**Cc:** Ezell, Charles E. <▮▮▮▮▮@opm.gov>; Foster, Ozie L. ▮▮▮▮▮@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

+Ozie

Greg,

**OPM-6** and **OPM-2** had access to eOPF/eHRI but never logged in. **OPM-4** never completed the process to get access.

Ozie will get them removed tomorrow morning.

Thx, MC

> On Feb 6, 2025, at 6:10 PM, Hogan, Greg <██████@opm.gov> wrote:
>
>
> MC:
>
> I will get back to you tomorrow on your list below.  In the mean time, we have never needed access to ERHI/eOPF so if any access was granted there it can be removed immediately, and your DBAs can have their access back immediately, too.
>
> Greg
>
> ---
>
> **From:** Price, MC <██████@opm.gov>
> **Sent:** Thursday, February 6, 2025 5:33 PM
> **To:** Hogan, Greg <██████@opm.gov>
> **Cc:** Ezell, Charles E. ██████@opm.gov>
> **Subject:** RE: Getting DoGE Engineers access
>
> I will check, however, I believe the folks listed below have full Production access to OPM.gov, USAJOBS, USA Staffing and USA Performance, to our Azure landing zones, and to Akamai portal.
>
> Do you want to remove them? And if so, do you want to return our OCIO folks to their original permissions?
>
> MC
>
> ---
>
> **From:** Hogan, Greg ██████@opm.gov>
> **Sent:** Thursday, February 6, 2025 5:27 PM
> **To:** Price, MC ██████@opm.gov>
> **Cc:** Ezell, Charles E. <██████@opm.gov>
> **Subject:** Re: Getting DoGE Engineers access
>
> Can someone share with me what access is still set up that was in response to the below email chain?

Based on the below email chain, it looks like this is the list of people that may have been granted access to certain systems:

**OPM-6**  @opm.gov
**OPM-2**  @opm.gov
**OPM-4**  @opm.gov
**OPM-5**  @opm.gov
**OPM-3**  @opm.gov

I want to start unwinding peoples access if it is currently unnecessary.

Greg

---

**From:** Ezell, Charles E. <████████@opm.gov>
**Sent:** Monday, January 27, 2025 5:29 PM
**To:** ScalesOLD, Amanda <████████@opm.gov>; Rajpal, Nikhil <Nikhil.Rajpal@opm.gov>; Hogan, Greg <████████@opm.gov>; Bjelde, Brian <████████@opm.gov>
**Subject:** Fw: Getting DoGE Engineers access

Apologies I should've copied you all on this when I sent it.

.ce

**Chuck Ezell**
Acting Director

U.S. Office of Personnel Management
o: (478)███
c: (478)███
████████@OPM.gov
OPM.gov

---

**From:** Ezell, Charles E. <████████@opm.gov>
**Sent:** Monday, January 27, 2025 5:03 PM
**To:** Price, MC <████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Yep, I understand. They won't have a lot of time to go through a lot of presentations on what the systems are and what the program officers feel about the programs, etc. You understand…. Bu it there is an architecture level engineering perspective that could be shared that might be helpful if

OPM-000027

it could be done at some point.

**OPM-6** @opm.gov
**OPM-2** @opm.gov
**OPM-4** @opm.gov

.ce

**Chuck Ezell**
Acting Director

U.S. Office of Personnel Management
o: (478) █████
c: (478) █████
█████ @OPM.gov
OPM.gov

---

**From:** Price, MC <█████@opm.gov>
**Sent:** Monday, January 27, 2025 4:32:04 PM
**To:** Ezell, Charles E. <█████@opm.gov>
**Subject:** RE: Getting DoGE Engineers access

Sure, just send me a list of names and we'll give them access and hook them up with the folks that can give them the deep dive/documentation on the Apps.

I'm assuming these engineers have GFE/PIVs or will get them soon?

One note, some of the HI systems we simply host and do not have the dev access….those devs live in HI.

MC

---

**From:** Ezell, Charles E. <█████@opm.gov>
**Sent:** Monday, January 27, 2025 4:20 PM
**To:** Price, MC <█████@opm.gov>
**Subject:** Getting DoGE Engineers access

MC,

We are rapidly ramping up some engineers here. To accomplish this goal, these engineers need the following items urgently, starting with a short list of all the systems OPM operates and manages.

Right now we don't have immediate plans to change anything but if we need to we might need to move quickly.

For each computer system, (whewe need:

- Code read and write permissions
- Deploy ability Octopus deploy
- Monitoring dashboards (e.g. displaying success rates, volume of traffic)
- Documentation (e.g. test and deploy instructions, system diagrams)
- The on-call rotation for the system
- Names of all engineers deeply familiar with the system
- Names of all product/project managers deeply familiar with the system
- Ability to access the system as a regular user (e.g. hiring manager and onboarding user for USA Staffing)
- Ability to access the system as an admin user

Prioritize USA Staffing, USAJOBS, and EHRI.

Again we don't have any immediate plans for new engineers to make direct changes to any of these systems.

I'll get you the list of Engineers but I think **OPM-5** and **OPM-3** have already been setup with some access.

Thank you


.ce

**Chuck Ezell**
Acting Director

U.S. Office of Personnel Management
o: (478)
c: (478) ███████
████████ @OPM.gov
OPM.gov

## Account Creation Audit Between 1/20/25 - 2/12/2025

**Employee Name**                    **Account Username**



OPM-3
OPM-3
OPM-3

OPM-3
OPM-3
OPM-3

OPM-2

OPM-3

OPM-3



OPM-000031



**OPM-4**

**OPM-4**

**OPM-4**





**OPM-5**

**OPM-5**

**OPM-5**

**OPM-5**

**OPM-5**

**OPM-5**

**OPM-5**

**OPM-5**





Greg Hogan                \mcn\cld\MGA\Users\

Greg Hogan                                        @opm.gov

Greg Hogan                                        @opm365.onmicrosoft.com



| Greg Hogan | ████████ @opm.gov |
| Greg Hogan | @opm.gov |
| Greg Hogan | @opm.gov |
| Greg Hogan | @opm.gov |
| Hogan, Greg | _opmgov |
| Hogan,Greg | @opm.gov |

OPM-5

OPM-5

OPM-6

OPM-6

OPM-6

OPM-6

OPM-6

OPM-6

OPM-6

OPM-6
OPM-6
OPM-6

OPM-6

OPM-6

OPM-2





OPM-000036



OPM-000037

| System Name | Date Created |
|---|---|
| APP.mcn Domain | 1/20/20253:46:12 PM |
| Azure DevOps | 1/21/2025 |
| CLD.mcn Domain | 1/20/20253:38:26 PM |
| OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin) | 1/20/2025 |
| USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 |
| Web Admin | 1/20/2025 |



| GitHub Enterprise | 1/28/2025 |
|---|---|
| GitHub Enterprise | 1/20/2025 |
| USA Performance - U.S. Office of Personnel Management | 1/20/2025 |



OPM-000039



USA Performance - U.S. Office of Personnel Management    1/28/2025

CLD.mcn Domain    1/28/2025 11:39:49 AM

OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA]    1/28/2025

OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin)    1/28/2025

OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD    1/28/2025

OPM-000040

OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD          1/28/2025
USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD                            1/28/2025
Web Admin                                                                        1/28/2025



APP.mcn Domain                                                                    1/20/2025 3:44:47 PM
CLD.mcn Domain                                                                    1/20/2025 3:35:33 PM
OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData
/ USADATA]                                                                        1/28/2025
OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin +
Az.cio.entraID.PowerBIAdmin)                                                      1/20/2025
USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD                            1/20/2025
Web Admin                                                                        1/20/2025
APP.mcn Domain                                                                    1/20/2025 3:45:12 PM
Azure DevOps                                                                     1/27/2025

CLD.mcn Domain                                                                    1/20/2025 3:36:46 PM

ITSP Project Intake app                                                          1/27/2025
ITSP Project Intake app                                                          2/6/2025

OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA]                                              1/28/2025

OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin)                                    1/20/2025

USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD                             1/20/2025
Web Admin                                                                         1/20/2025
GitHub Enterprise                                                                 1/20/2025
USA Performance - U.S. Office of Personnel Management                             1/20/2025



GitHub Enterprise                                                                 1/20/2025
USA Performance - U.S. Office of Personnel Management                             1/20/2025

Agency Talent Portal                                                              1/31/2025
CLD.mcn Domain                                        1/28/202511:39:00 AM

OD Reports : New Hire Daily Tracker Power BI - USADATA                            1/31/2025

OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA]                                              1/28/2025

OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin)                                    1/28/2025

OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD       1/28/2025

OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD         1/28/2025
USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD                            1/28/2025
Web Admin                                                                         1/28/2025

Azure DevOps                                                                      1/29/2025

USA Performance - U.S. Office of Personnel Management                             1/28/2025

CLD.mcn Domain                                        1/28/202511:39:25 AM

OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData
/ USADATA]                                                        1/28/2025


OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin +
Az.cio.entraID.PowerBIAdmin)                                      1/28/2025

OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD   1/28/2025

OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD    1/28/2025

USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD           1/28/2025
Web Admin                                                        1/28/2025
USA Performance - U.S. Office of Personnel Management            1/28/2025



OPM-000044



OPM-000045

<u>**Date Removed**</u>  **Admin Access**      **Login Yes/No**

OPM-000046

OPM-000047

2/6/2025

OPM-000048

2/6/2025

OPM-000049

2/6/2025

2/6/2025

OPM-000050

2/6/2025

2/6/2025

OPM-000051

| | |
|---|---|
| **From:** | Pinto, Delon G. F. |
| **To:** | Rowell, Danielle R |
| **Cc:** | Hogan, Greg; Saunders, James L; Muetzel, James |
| **Subject:** | RE: Internal User Access Audit |
| **Date:** | Tuesday, February 18, 2025 4:00:37 PM |
| **Attachments:** | image002.png |
| | image003.png |

Good afternoon,

I'm confirming that FLTCIP and FSAFEDS do not have internal OPM user accounts. Let me know if you need anything else.

Best,
Delon

---

**From:** Rowell, Danielle R <███████@opm.gov>
**Sent:** Tuesday, February 18, 2025 1:01 PM
**To:** CISO █████@opm.gov>
**Cc:** Hogan, Greg <█████@opm.gov>; Saunders, James L █████@opm.gov>; OCIO-Leadership █████@opm.gov>
**Subject:** RE: Internal User Access Audit

Good Afternoon,

Thank you for responding to the initial audit call.  In addition to the original ask, we're asking that you please provide the Cybersecurity Division with **evidence of the system account approvals** for all internal OPM user accounts created since 1/20/2025 until 2/12/25 (Please use list of already identified users).  As the System Owner responsible for approving OPM information system access, please provide the formal approval artifact for all internal OPM accounts created during this timeframe." **All responses are due by  2/20/2025.**

**Example Artifacts:**
1. Email request from user and approval.
2. Email request to helpdesk with approval from supervisor.
3. Azure access packages approvals.
4. Other.


☐ Account Creation Artifacts


Thanks!

**Danielle Rowell**
OPM.gov



Follow us on [LinkedIn](#) | [Twitter](#) | [YouTube](#)

---

**From:** Rowell, Danielle R
**Sent:** Wednesday, February 12, 2025 4:27 PM
**To:** CISO ███ @opm.gov>
**Cc:** Hogan, Greg <███████ @opm.gov>; Saunders, James L <███████ @opm.gov>; OCIO-Leadership ███████ @opm.gov>
**Subject:** Internal User Access Audit
**Importance:** High

Good Evening,

As requested by the OPM CIO, the Cybersecurity Division is conducting a review of **all internal OPM user accounts** created between 1/20/2025 and 2/12/25  As the System Owner responsible for approving access to an OPM information system, please provide the following information.  **All responses are due by 2/17/25.**

[Account Creation Audit](#)

- Employee Name
- Account Username
- System Name
- Date Created

Please provide questions to ███ @opm.gov.

Thanks!

**Danielle Rowell**
**Acting Chief Information Security Officer, Cybersecurity Division**

U.S. Office of Personnel Management
Office of the Chief Information Officer
c: 202-███
o: 202-███
███ @opm.gov
[OPM.gov](#)



Follow us on [LinkedIn](#) | [Twitter](#) | [YouTube](#)

**Isaiah 41:10**

will occur with the receipt of both benefits.

**Analysis**

*Agency:* Office of Personnel Management, Retirement Services.
*Title:* We Need Important Information About Your Eligibility for Social Security Disability Benefits.
*OMB Number:* 3206–0216.
*Frequency:* On occasion.
*Affected Public:* Individuals or Households.
*Number of Respondents:* 4,300.
*Estimated Time per Respondent:* 5 minutes.
*Total Burden Hours:* 358.

Office of Personnel Management.

**Kayyonne Marston,**

*Federal Register Liaison.*

[FR Doc. 2023–17640 Filed 8–16–23; 8:45 am]

**BILLING CODE 6325–38–P**

---

**OFFICE OF PERSONNEL MANAGEMENT**

**[Docket ID: OPM–2023–0024]**

**Privacy Act of 1974; System of Records**

**AGENCY:** Office of Personnel Management.

**ACTION:** Notice of a modified system of records.

---

**SUMMARY:** In accordance with the Privacy Act of 1974, the Office of Personnel Management (OPM) proposes to modify an OPM system of records titled, "OPM/GOVT–1 General Personnel Records" System of Records. The records in this system of records are maintained by OPM and employing agencies in accordance with OPM regulations and instructions. OPM proposes to modify this system of records by revising Routine Uses "s" and "hh".

**DATES:** Submit comments on or before September 18, 2023. The modified routine uses will be effective on September 21, 2023.

**ADDRESSES:** You may submit written comments by one of the following methods:

• *Federal Rulemaking Portal: https://www.regulations.gov.*

All submissions received must include the agency name and docket number for this **Federal Register** document. The general policy for comments and other submissions from members of the public is to make these submissions available for public viewing on the internet at *https://www.regulations.gov* as they are received without change, including any

personal identifiers or contact information.

**FOR FURTHER INFORMATION CONTACT:** Marc Flaster, Senior Agency Official for Privacy (Acting), Office of Personnel Management at *privacy@opm.gov.*

**SUPPLEMENTARY INFORMATION:** In accordance with the Privacy Act of 1974, 5 U.S.C. 552a, the Office of Personnel Management ("OPM"), proposes to make certain modifications to the "OPM/GOVT–1 General Personnel Records" system of records pending a comprehensive review and update at a later date. Specifically, OPM proposes to revise Routine Use "s" to specify that OPM may disclose records from this system of records to other Federal entities for the purpose of conducting research and statistical analysis for government-wide evaluation and reporting about the Federal workforce. In its current form, Routine Use "s" only permits internal use of the records for such purposes.

Routine Use "s" currently reads as follows:

s. By the agency maintaining the records or by the OPM to locate individuals for personnel research or survey response, and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies. While published statistics and studies do not contain individual identifiers, in some instances, the selection of elements of data included in the study may be structured in such a way as to make the data individually identifiable by inference.

OPM proposes to revise Routine Use "s" to read as follows:

s. To disclose to another Federal agency, by the agency maintaining the records or by OPM, for research or analytical purposes, including to locate individuals for personnel research or survey response, to produce summary descriptive statistics, or to conduct analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies; provided that the disclosure is made pursuant to a written agreement that clearly outlines the relevant authorities, limits the disclosure only to those records that are necessary for a clearly documented purpose, and limits the use of the records for that purpose.

OPM also proposes to revise Routine Use "hh" to clarify that the records in this system of records may be disclosed in the context of an appropriate computer matching program. The

current language of this Routine Use does not track the definition of "matching program" in the Privacy Act and the revised language is intended to correct that and permit disclosure in the context of any approved matching program that meets the definition in the Act.

Routine Use "hh" currently reads as follows:

hh. To disclose relevant information with personal identifiers of Federal civilian employees whose records are contained in the EHRI to authorized Federal agencies and non-Federal entities for use in computer matching. The matches will be performed to help eliminate waste, fraud, and abuse in Governmental programs; to help identify individuals who are potentially in violation of civil or criminal law or regulation; and to collect debts and overpayments owed to Federal, State, or local governments and their components. The information disclosed may include, but is not limited to, the name, social security number, date of birth, sex, annualized salary rate, service computation date of basic active service, veteran's preference, retirement status, occupational series, health plan code, position occupied, work schedule (full time, part time, or intermittent), agency identifier, geographic location (duty station location), standard metropolitan service area, special program identifier, and submitting office number of Federal employees.

OPM proposed to revise Routine Use "hh" to read as follows:

hh. To other Federal agencies, such as the Social Security Administration, the Department of Education, and the Department of Health and Human Services, and to non-Federal entities, relevant information with personal identifiers of Federal civilian employees whose records are contained in the EHRI to authorized Federal agencies and non-Federal entities for use in a computer matching program, as defined in 5 U.S.C. 552a(a)(8), to help eliminate waste, fraud, and abuse in Governmental programs; to help identify individuals who are potentially in violation of civil or criminal law or regulation; to collect debts and overpayments owed to Federal, State, or local governments and their components; and to identify individuals as Federal civilian employees when relevant to their receiving a benefit from the matching partner.

In addition to revising the above-referenced Routine Uses, OPM also proposes to make certain administrative adjustments to the SORN to update the System Manager to reflect organizational changes at OPM and to

update the description of the System Location for accuracy.

OPM has provided a report of this modified system of records to the Committee on Oversight and Government Reform of the House of Representatives, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Office of Management and Budget (OMB), pursuant to 5 U.S.C. 552a(r) and OMB Circular A–108, "Federal Agency Responsibilities for Review, Reporting, and Publication under the Privacy Act," dated December 23, 2016. This modified system will be included in OPM's inventory of records systems.

Office of Personnel Management.

**Kayyonne Marston,**
*Federal Register Liaison.*

**SYSTEM NAME AND NUMBER:**

General Personnel Records, OPM/GOVT–1.

**SECURITY CLASSIFICATION:**

Unclassified.

**SYSTEM LOCATION:**

Records on current Federal employees are located within the employing agency. Records maintained in paper may also be located at OPM or with personnel officers, or at other designated offices of local installations of the department or agency that employs the individual. When agencies determine that duplicates of these records need to be located in a second office, *e.g.*, an administrative office closer to where the employee actually works, such copies are covered by this system of records. Some agencies have employed the electronic Official Personnel Folder (eOPF) information technology system to store their records electronically. Although stored in eOPF, agencies are still responsible for the maintenance of their records. In addition, certain data elements from the eOPF are collected and maintained in OPM's Enterprise Human Resource Integration (EHRI) system.

Former Federal employees' paper Official Personnel Folders (OPFs) are located at the National Personnel Records Center, National Archives and Records Administration, in Valmeyer, Illinois. Former Federal employees' electronic Official Personnel Folders (eOPF) are located in the eOPF system at OPM.

*Note 1*—The records in this system are records of the OPM and must be provided to those OPM employees who have an official need or use for those records. Therefore, if an employing agency is asked by an OPM employee to

access the records within this system, such a request must be honored.

**SYSTEM MANAGER(S):**

a. Executive Director, Human Capital Data Management and Modernization, U.S. Office of Personnel Management, 1900 E Street NW, Washington, DC 20415; Associate Director, Employee Services, U.S. Office of Personnel Management, 1900 E Street NW, Washington, DC 20415.

b. For current Federal employees, OPM has delegated to the employing agency the Privacy Act responsibilities concerning access, amendment, and disclosure of the records within this system notice.

\*    \*    \*    \*    \*

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND PURPOSES OF SUCH USES:**

\*    \*    \*    \*    \*

s. To disclose to another Federal agency, by the agency maintaining the records or by OPM, for research or analytical purposes, including to locate individuals for personnel research or survey response, to produce summary descriptive statistics, or to conduct analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies; provided that the disclosure is made pursuant to a written agreement that clearly outlines the relevant authorities, limits the disclosure only to those records that are necessary for a clearly documented purpose, and limits the use of the records for that purpose.

\*    \*    \*    \*    \*

hh. To other Federal agencies, such as the Social Security Administration, the Department of Education, and the Department of Health and Human Services, and to non-Federal entities, relevant information with personal identifiers of Federal civilian employees whose records are contained in the EHRI to authorized Federal agencies and non-Federal entities for use in a computer matching program, as defined in 5 U.S.C. 552a(a)(8), to help eliminate waste, fraud, and abuse in Governmental programs; to help identify individuals who are potentially in violation of civil or criminal law or regulation; to collect debts and overpayments owed to Federal, State, or local governments and their components; and to identify individuals as Federal civilian employees when relevant to their receiving a benefit from the matching partner.

\*    \*    \*    \*    \*

**HISTORY:**

OPM/GOVT–1, "General Personnel Records", 77 FR 73694 (December 11, 2012), 80 FR 74815 (November 30, 2015), 76 FR 32997 (June 7, 2011), 71 FR 35342 (June 19, 2006), 65 FR 24732 (April 27, 2000), and 61 FR 36919 (July 15, 1996).

[FR Doc. 2023–17651 Filed 8–16–23; 8:45 am]

**BILLING CODE 6325–67–P**

---

**POSTAL REGULATORY COMMISSION**

**[Docket Nos. MC2023–220 and CP2023–224; MC2023–221 and CP2023–225; MC2023–223 and CP2023–226; MC2023–224 and CP2023–227]**

**New Postal Products**

**AGENCY:** Postal Regulatory Commission.
**ACTION:** Notice.

**SUMMARY:** The Commission is noticing a recent Postal Service filing for the Commission's consideration concerning a negotiated service agreement. This notice informs the public of the filing, invites public comment, and takes other administrative steps.

**DATES:** *Comments are due:* August 21, 2023.

**ADDRESSES:** Submit comments electronically via the Commission's Filing Online system at *http://www.prc.gov.* Those who cannot submit comments electronically should contact the person identified in the **FOR FURTHER INFORMATION CONTACT** section by telephone for advice on filing alternatives.

**FOR FURTHER INFORMATION CONTACT:**
David A. Trissell, General Counsel, at 202–789–6820.

**SUPPLEMENTARY INFORMATION:**

**Table of Contents**

I. Introduction
II. Docketed Proceeding(s)

**I. Introduction**

The Commission gives notice that the Postal Service filed request(s) for the Commission to consider matters related to negotiated service agreement(s). The request(s) may propose the addition or removal of a negotiated service agreement from the Market Dominant or the Competitive product list, or the modification of an existing product currently appearing on the Market Dominant or the Competitive product list.

Section II identifies the docket number(s) associated with each Postal Service request, the title of each Postal Service request, the request's acceptance date, and the authority cited by the



**73694**    Federal Register / Vol. 77, No. 238 / Tuesday, December 11, 2012 / Notices

For the Nuclear Regulatory Commission.

**Michele G. Evans,**
*Director, Division of Operating Reactor Licensing, Office of Nuclear Reactor Regulation.*

[FR Doc. 2012–29612 Filed 12–10–12; 8:45 am]

**BILLING CODE 7590–01–P**

---

## NUCLEAR REGULATORY COMMISSION

### Sunshine Federal Register Notice

**AGENCY HOLDING THE MEETINGS:** Nuclear Regulatory Commission [NRC–2012–0002].

**DATES:** Weeks of December 10, 17, 24, 31, 2012, January 7, 14, 2013.

**PLACE:** Commissioners' Conference Room, 11555 Rockville Pike, Rockville, Maryland.

**STATUS:** Public and Closed.

**Week of December 10, 2012**

There are no meetings scheduled for the week of December 10, 2012.

**Week of December 17, 2012—Tentative**

There are no meetings scheduled for the week of December 17, 2012.

**Week of December 24, 2012—Tentative**

There are no meetings scheduled for the week of December 24, 2012.

**Week of December 31, 2012—Tentative**

There are no meetings scheduled for the week of December 31, 2012.

**Week of January 7, 2013—Tentative**

*Tuesday, January 8, 2013*

9:00 a.m.   Briefing on Fort Calhoun (Public Meeting). (Contact: Michael Hay, 817–200–1527).

This meeting will be webcast live at the Web address—*www.nrc.gov.*

**Week of January 14, 2013—Tentative**

There are no meetings scheduled for the week of January 14, 2013.

\*   \*   \*   \*   \*

\* The schedule for Commission meetings is subject to change on short notice. To verify the status of meetings, call (recording)—301–415–1292. Contact person for more information: Rochelle Bavol, 301–415–1651.

\*   \*   \*   \*   \*

The NRC Commission Meeting Schedule can be found on the Internet at: *http://www.nrc.gov/public-involve/public-meetings/schedule.html.*

\*   \*   \*   \*   \*

The NRC provides reasonable accommodation to individuals with disabilities where appropriate. If you need a reasonable accommodation to

participate in these public meetings, or need this meeting notice or the transcript or other information from the public meetings in another format (e.g. braille, large print), please notify Bill Dosch, Chief, Work Life and Benefits Branch, at 301–415–6200, TDD: 301–415–2100, or by email at *william.dosch@nrc.gov.* Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

\*   \*   \*   \*   \*

This notice is distributed electronically to subscribers. If you no longer wish to receive it, or would like to be added to the distribution, please contact the Office of the Secretary, Washington, DC 20555 (301–415–1969), or send an email to *darlene.wright@nrc.gov.*

Dated: December 6, 2012.

**Rochelle C. Bavol,**
*Policy Coordinator, Office of the Secretary.*

[FR Doc. 2012–29954 Filed 12–7–12; 4:15 pm]

**BILLING CODE 7590–01–P**

---

## OFFICE OF PERSONNEL MANAGEMENT

### Privacy Act of 1974: Update Existing System of Records

**AGENCY:** U.S. Office of Personnel Management.

**ACTION:** Update OPM/GOVT–1, General Personnel Records.

**SUMMARY:** The U.S. Office of Personnel Management (OPM) proposes to update OPM/GOVT–1, General Personnel Records, System of Records. This action is necessary to meet the requirements of the Privacy Act to publish in the **Federal Register** notice of the existence and character of records maintained by the agency (5 U.S.C. 552a(e)(4)) and (11).

**DATES:** This action will be effective without further notice on January 10, 2013 unless comments are received that would result in a contrary determination.

**ADDRESSES:** Send written comments to the U.S. Office of Personnel Management, Manager, OCIO/RM, 1900 E Street NW., Washington, DC 20415.

**FOR FURTHER INFORMATION CONTACT:** U.S. Office of Personnel Management, Manager, OCIO/RM, 1900 E Street NW., Washington, DC 20415.

**SUPPLEMENTARY INFORMATION:** The OPM system of record notice subject to the Privacy Act of 1974 (5 U.S.C. 552a), as amended, has been published in the **Federal Register**. The proposed changes

include the following: (1) Adding *a reference* to OPM's "Guide to Data Standards" to the "Categories of Records in the System," (2) adding Enterprise Human Resource Integration (EHRI) to Categories of Records in the System (g), (3) shortening existing Note "8,", (4) adding routine use "qq" To disclose foreign language proficiencies to Federal agencies in support of the National Preparedness Goal and the Presidential Policy Directive 8 (PPD–8), and (5) adding routine use "rr" To disclose information to the Centers for Medicare and Medicaid (CMS) to assist in determining whether individuals are eligible for programs under the Patient Protection and Affordable Care Act (PPACA).

U.S. Office of Personnel Management.

**John Berry,**
*Director.*

**OPM/GOVT–1**

**SYSTEM NAME:**

General Personnel Records.

**SYSTEM LOCATION:**

Records on current Federal employees are located within the employing agency.

Records maintained in paper may also be located at OPM or with personnel officers, or at other designated offices of local installations of the department or agency that employs the individual. When agencies determine that duplicates of these records need to be located in a second office, e.g., an administrative office closer to where the employee actually works, such copies are covered by this system. Some agencies have employed the Enterprise Human Resource Integration (EHRI) data system to store their records electronically. Although stored in EHRI, agencies are still responsible for the maintenance of their records.

Former Federal employees' paper Official Personnel Folders (OPFs) are located at the National Personnel Records Center, National Archives and Records Administration (NARA), 111 Winnebago Street, St. Louis, Missouri 63118. Former Federal employees' electronic Official Personnel Folders (eOPF) are located in the EHRI data system that is administered by NARA.

Note 1—The records in this system are records of the OPM and must be provided to those OPM employees who have an official need or use for those records. Therefore, if an employing agency is asked by an OPM employee to access the records within this system, such a request must be honored.

OPM-000057

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Current and former Federal employees as defined in 5 U.S.C. 2105.
(Volunteers, grantees, and contract employees on whom the agency maintains records may also be covered by this system).

**CATEGORIES OF RECORDS IN THE SYSTEM:**

All categories of records may include identifying information, such as name(s), date of birth, home address, mailing address, social security number, and home telephone. This system includes, but is not limited to, contents of the OPF as specified in OPM's Operating Manual, ''The Guide to Personnel Recordkeeping'' and OPM's ''Guide to Data Standards.'' Records in this system include:

a. Records reflecting work experience, education level achieved, and specialized education or training obtained outside of Federal service.

b. Records reflecting Federal service and documenting work experience and specialized education received while employed. Such records contain information about past and present positions held; grades; salaries; duty station locations; and notices of all personnel actions, such as appointments, transfers, reassignments, details, promotions, demotions, reductions-in-force, resignations, separations, suspensions, OPM approval of disability retirement applications, retirement, and removals.

c. Records on participation in the Federal Employees' Group Life Insurance Program and Federal Employees Health Benefits Program.

d. Records relating to an Intergovernmental Personnel Act assignment or Federal-private sector exchange program.

**Note 2**—Some of these records may also become part of the OPM/CENTRAL–5, Intergovernmental Personnel Act Assignment Record system.

e. Records relating to participation in an agency Federal Executive or Senior Executive Service (SES) Candidate Development Program.

**Note 3**—Some of these records may also become part of the OPM/Central-10 Federal Executive Institute Program Participant Records and OPM/CENTRAL–13 Executive Personnel Records systems.

f. Records relating to Government-sponsored training or participation in an agency's Upward Mobility Program or other personnel program designed to broaden an employee's work experiences and for purposes of advancement (e.g., an administrative intern program).

g. Records contained in the Enterprise Human Resource Integration (EHRI) and Central Personnel Data File (CPDF) maintained by OPM and exact substantive representations in agency manual or automated personnel information systems. These data elements include many of the above records along with disability, race/ethnicity, national origin, pay, and performance information from other OPM and agency systems of records. A definitive list of EHRI and CPDF data elements is contained in OPM's Operating Manuals, The Guide to Central Personnel Data File Reporting Requirements and The Guide to Personnel Data Standards.

h. Records on the SES maintained by agencies for use in making decisions affecting incumbents of these positions, e.g., relating to sabbatical leave programs, reassignments, and details, that are perhaps unique to the SES and that may be filed in the employee's OPF. These records may also serve as the basis for reports submitted to OPM for implementing OPM's oversight responsibilities concerning the SES.

i. Records on an employee's activities on behalf of the recognized labor organization representing agency employees, including accounting of official time spent and documentation in support of per diem and travel expenses.

**Note 4**—Alternatively, such records may be retained by an agency payroll office and thus be subject to the agency's internal Privacy Act system for payroll records. The OPM/GOVT–1 system does not cover general agency payroll records.

j. To the extent that the records listed here are also maintained in an agency electronic personnel or microform records system, those versions of these records are considered to be covered by this system notice. Any additional copies of these records (excluding performance ratings of record and conduct-related documents maintained by first line supervisors and managers covered by the OPM/GOVT–2 system) maintained by agencies at remote field/administrative offices from where the original records exist are considered part of this system.

**Note 5**—It is not the intent of OPM to limit this system of records only to those records physically within the OPF. Records may be filed in other folders located in offices other than where the OPF is located. Further, as indicated in the records location section, some of these records may be duplicated for maintenance at a site closer to where the employee works (e.g., in an administrative office or supervisors work folder) and still be covered by this system. In addition, a working file that a supervisor or other agency official is using that is derived from OPM/GOVT–1 is covered by this system notice. This system also includes working files derived from this notice that management is using in its personnel management capacity.

k. Records relating to designations for lump sum death benefits.

l. Records relating to classified information nondisclosure agreements.

m. Records relating to the Thrift Savings Plan (TSP) concerning the starting, changing, or stopping of contributions to the TSP as well as how the individual wants the investments to be made in the various TSP Funds.

**Note 6**—CPDF and EHRI data system's Central Employee Record (CER) are part of OPM/GOVT–1 system of records. CPDF and CER are highly reliable sources of statistical data on the workforce of the Federal government. However, the accuracy and completeness of each data element within the individual records that comprise the aggregate files are not guaranteed, and should not be used as the sole tool or as a substitute for the OPF in making personnel determinations or decisions concerning individuals.

**Note 7**—The eOPF Application within EHRI may contain documents and information beyond the scope and requirements of the OPF as documented in OPM's Guide to Personnel Recordkeeping. Those documents and information in the eOPF Application that are beyond the scope of the documented requirements are not considered part of the OPF or OPM/GOVT–1,

n. Records maintained in accordance with E.O. 13490, section 4(e), January 21, 2009. These records include the ethics pledges and all pledge waiver certifications with respect thereto.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM INCLUDES THE FOLLOWING WITH ANY REVISIONS OR AMENDMENTS:**

5 U.S.C. 1302, 2951, 3301, 3372, 4118, 8347, and Executive Orders 9397, as amended by 13478, 9830, and 12107.

Purposes:

The OPF, which may exist in various approved media, and other general personnel records files, is the official repository of the records, reports of personnel actions, and the documentation required in connection with these actions affected during an employee's Federal service. The personnel action reports and other

documents, some of which are filed in the OPF, give legal force and effect to personnel transactions and establish employee rights and benefits under pertinent laws and regulations governing Federal employment.

These files and records are maintained by OPM and agencies in accordance with OPM regulations and instructions. They provide the basic source of factual data about a person's Federal employment while in the service and after his or her separation. Records in this system have various uses by agency personnel offices, including screening qualifications of employees; determining status, eligibility, and employee's rights and benefits under pertinent laws and regulations governing Federal employment; computing length of service; and other information needed to provide personnel services. These records may also be used to locate individuals for personnel research.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEMS, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

These records and information in these records may be used—

a. To disclose information to Government training facilities (Federal, State, and local) and to non-Government training facilities (private vendors of training courses or programs, private schools, etc.) for training purposes.

b. To disclose information to education institutions on appointment of a recent graduate to a position in the Federal service, and to provide college and university officials with information about their students working in the Student Career Experience Program, Volunteer Service, or other similar programs necessary to a student's obtaining credit for the experience gained.

c. To disclose information to officials of foreign governments for clearance before a Federal employee is assigned to that country.

d. To disclose information to the Department of Labor, Department of Veterans Affairs, Social Security Administration, Department of Defense, or any other Federal agencies that have special civilian employee retirement programs; or to a national, State, county, municipal, or other publicly recognized charitable or income security administration agency (e.g., State unemployment compensation agencies), when necessary to adjudicate a claim under the retirement, insurance, unemployment, or health benefits programs of the OPM or an agency cited above, or to an agency to conduct an

analytical study or audit of benefits being paid under such programs.

e. To disclose information necessary to the Office of Federal Employees Group Life Insurance to verify election, declination, waiver of regular and/or optional life insurance coverage, or eligibility for payment of a claim for life insurance, or to TSP to verify election change and designation of beneficiary.

f. To disclose, to health insurance carriers contracting with OPM to provide a health benefits plan under the Federal Employees Health Benefits Program, information necessary to identify enrollment in a plan, to verify eligibility for payment of a claim for health benefits, or to carry out the coordination and audit of benefit provisions of such contracts.

g. To disclose information to a Federal, State, or local agency for determination of an individual's entitlement to benefits in connection with Federal Housing Administration programs.

h. To consider and select employees for incentive awards and other honors and to publicize those granted. This may include disclosure to other public and private organizations, including news media, which grant or publicize employee recognition.

i. To consider employees for recognition through quality-step increases and to publicize those granted. This may include disclosure to other public and private organizations, including news media, which grant or publicize employee recognition.

j. To disclose information to officials of labor organizations recognized under 5 U.S.C. chapter 71 when relevant and necessary to their duties of exclusive representation concerning personnel policies, practices, and matters affecting working conditions.

**Note 8**—Home addresses will be released from this system only when there are no adequate, alternative sources available for this information.

k. To disclose pertinent information to the appropriate Federal, State, or local agency responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order, when the disclosing agency becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

l. To disclose information to any source from which additional information is requested (to the extent necessary to identify the individual, inform the source of the purpose(s) of the request, and to identify the type of information requested), when necessary to obtain information relevant to an agency decision to hire or retain an

employee, issue a security clearance, conduct a security or suitability investigation of an individual, classify jobs, let a contract, or issue a license, grant, or other benefits.

**Note 9**—When copies of records become part of an investigative process, those copies become subject to that systems' notice covering the investigative process i.e., if during an investigation, the OPM Federal Investigative Services Division makes copies of records contained in an Official Personnel Folder; those documents become part of OPM Central—9 Personnel Investigation Records system of records and are subject to that systems' routine uses.

m. To disclose to a Federal agency in the executive, legislative, or judicial branch of Government, in response to its request, or at the initiation of the agency maintaining the records, information in connection with the hiring of an employee, the issuance of a security clearance or determination concerning eligibility to hold a sensitive position, the conducting of an investigation for purposes of a credentialing, national security, fitness, or suitability adjudication concerning an individual, the classifying or designation of jobs, the letting of a contract, the issuance of a license, grant, or other benefit by the requesting agency, or the lawful statutory, administrative, or investigative purpose of the agency to the extent that the information is relevant and necessary to the requesting agency's decision.

n. To disclose information to the Office of Management and Budget at any stage in the legislative coordination and clearance process in connection with private relief legislation as set forth in OMB Circular No. A–19.

o. To provide information to a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of the individual.

p. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to the judicial or administrative proceeding.

q. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which the agency is authorized to appear, when:

1. The agency, or any component thereof; or

2. Any employee of the agency in his or her official capacity; or

OPM-000059

3. Any employee of the agency in his or her individual capacity where the Department of Justice or the agency has agreed to represent the employee; or

4. The United States, when the agency determines that litigation is likely to affect the agency or any of its components, is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or the agency is deemed by the agency to be relevant and necessary to the litigation provided, however, that in each case it has been determined that the disclosure is compatible with the purpose for which the records were collected.

r. By the National Archives and Records Administration in records management inspections and its role as Archivist.

s. By the agency maintaining the records or by the OPM to locate individuals for personnel research or survey response, and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies. While published statistics and studies do not contain individual identifiers, in some instances, the selection of elements of data included in the study may be structured in such a way as to make the data individually identifiable by inference.

t. To provide an official of another Federal agency information needed in the performance of official duties related to reconciling or reconstructing data files, in support of the functions for which the records were collected and maintained.

u. When an individual to whom a record pertains is mentally incompetent or under other legal disability, to provide information in the individual's record to any person who is responsible for the care of the individual, to the extent necessary to assure payment of benefits to which the individual is entitled.

v. To disclose to the agency-appointed representative of an employee all notices, determinations, decisions, or other written communications issued to the employee in connection with an examination ordered by the agency under fitness-for-duty examination procedures.

w. To disclose, in response to a request for discovery or for appearance of a witness, information that is relevant to the subject matter involved in a pending judicial or administrative proceeding.

x. To disclose to a requesting agency, organization, or individual the home address and other relevant information on those individuals who it reasonably believed might have contracted an illness or might have been exposed to or suffered from a health hazard while employed in the Federal workforce.

y. To disclose specific civil service employment information required under law by the Department of Defense on individuals identified as members of the Ready Reserve to assure continuous mobilization readiness of Ready Reserve units and members, and to identify demographic characteristics of civil service retirees for national emergency mobilization purposes.

z. To disclose information to the Department of Defense, National Oceanic and Atmospheric Administration, U.S. Public Health Service, Department of Veterans Affairs, and the U.S. Coast Guard needed to effect any adjustments in retired or retained pay required by the dual compensation provisions of section 5532 of title 5, United States Code.

aa. To disclose information to the Merit Systems Protection Board or the Office of the Special Counsel in connection with appeals, special studies of the civil service and other merit systems, review of OPM rules and regulations, investigation of alleged or possible prohibited personnel practices, and such other functions promulgated in 5 U.S.C. chapter 12, or as may be authorized by law.

bb. To disclose information to the Equal Employment Opportunity Commission when requested in connection with investigations of alleged or possible discrimination practices in the Federal sector, examination of Federal affirmative employment programs, compliance by Federal agencies with the Uniform Guidelines on Employee Selection Procedures, or other functions vested in the Commission.

cc. To disclose information to the Federal Labor Relations Authority (including its General Counsel) when requested in connection with investigation and resolution of allegations of unfair labor practices, in connection with the resolution of exceptions to arbitrator's awards when a question of material fact is raised, to investigate representation petitions and to conduct or supervise representation elections, and in connection with matters before the Federal Service Impasses Panel.

dd. To disclose to prospective non-Federal employers, the following information about a specifically identified current or former Federal employee:

(1) Tenure of employment;

(2) Civil service status;

(3) Length of service in the agency and the Government; and

(4) When separated, the date and nature of action as shown on the Notification of Personnel Action—Standard Form 50 (or authorized exception).

ee. To disclose information on employees of Federal health care facilities to private sector (i.e., other than Federal, State, or local government) agencies, boards, or commissions (e.g., the Joint Commission on Accreditation of Hospitals). Such disclosures will be made only when the disclosing agency determines that it is in the Government's best interest (e.g., to comply with law, rule, or regulation, to assist in the recruiting of staff in the community where the facility operates to obtain accreditation or other approval rating, or to avoid any adverse publicity that may result from public criticism of the facility's failure to obtain such approval). Disclosure is to be made only to the extent that the information disclosed is relevant and necessary for that purpose.

ff. To disclose information to any member of an agency's Performance Review Board, Executive Resources Board, or other panel when the member is not an official of the employing agency; information would then be used for approving or recommending selection of candidates for executive development or SES candidate programs, issuing a performance rating of record, issuing performance awards, nominating for meritorious or distinguished executive ranks, or removal, reduction-in-grade, or other personnel actions based on performance.

gg. To disclose, either to the Federal Acquisition Institute (FAI) or its agent, information about Federal employees in procurement occupations and other occupations whose incumbents spend the predominant amount of their work hours on procurement tasks; provided that the information shall be used only for such purposes and under such conditions as prescribed by the notice of the Federal Acquisition Personnel Information System as published in the **Federal Register** of February 7, 1980 (45 FR 8399).

hh. To disclose relevant information with personal identifiers of Federal civilian employees whose records are contained in the EHRI to authorized Federal agencies and non-Federal entities for use in computer matching. The matches will be performed to help eliminate waste, fraud, and abuse in Governmental programs; to help identify individuals who are potentially

in violation of civil or criminal law or regulation; and to collect debts and overpayments owed to Federal, State, or local governments and their components. The information disclosed may include, but is not limited to, the name, social security number, date of birth, sex, annualized salary rate, service computation date of basic active service, veteran's preference, retirement status, occupational series, health plan code, position occupied, work schedule (full time, part time, or intermittent), agency identifier, geographic location (duty station location), standard metropolitan service area, special program identifier, and submitting office number of Federal employees.

ii. To disclose information to Federal, State, local, and professional licensing boards, Boards of Medical Examiners, or to the Federation of State Medical Boards or a similar non-government entity which maintains records concerning individuals' employment histories or concerning the issuance, retention or revocation of licenses, certifications or registration necessary to practice an occupation, profession or specialty, to obtain information relevant to an Agency decision concerning the hiring, retention, or termination of an employee or to inform a Federal agency or licensing boards or the appropriate non-government entities about the health care practices of a terminated, resigned or retired health care employee whose professional health care activity so significantly failed to conform to generally accepted standards of professional medical practice as to raise reasonable concern for the health and safety of patients in the private sector or from another Federal agency.

jj. To disclose information to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

kk. To disclose information to a Federal, State, or local governmental entity or agency (or its agent) when necessary to locate individuals who are owed money or property either by a Federal, State, or local agency, or by a financial or similar institution.

ll. To disclose to a spouse or dependent child (or court-appointed guardian thereof) of a Federal employee enrolled in the Federal Employees Health Benefits Program, upon request, whether the employee has changed from a self-and-family to a self-only health benefits enrollment.

mm. To disclose information to the Office of Child Support Enforcement, Administration for Children and Families, Department of Health and Human Services, Federal Parent Locator

System, or Federal Offset System for use in locating individuals, verifying social security numbers, or identifying their incomes sources to establish paternity, establish, or modify orders of support and for enforcement action.

nn. To disclose records on former Panama Canal Commission employees to the Republic of Panama for use in employment matters.

oo. To disclose to appropriate Federal officials pertinent workforce information for use in national or homeland security emergency/disaster response.

pp. To disclose on public and internally-accessible Federal Government Web sites, and to otherwise disclose to any person, including other departments and agencies, the signed ethics pledges and pledge waiver certifications issued under E.O. 13490 of January 21, 2009, Ethics Commitments by Executive Branch Personnel.

qq. To disclose foreign language proficiencies to Federal agencies in support of the National Preparedness Goal and the Presidential Policy Directive 8 (PPD–8).

rr. To disclose information to the Centers for Medicare and Medicaid (CMS) to assist in determining whether individuals are eligible for programs under the Patient Protection and Affordable Care Act (PPACA).

**POLICIES AND PRACTICES OF STORING, RETRIEVING, SAFEGUARDING, AND RETAINING AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**

These records are maintained in file folders, on lists and forms, microfilm or microfiche, and in computer processable storage media such as personnel system databases, PDF forms and data warehouse systems.

**RETRIEVABILITY:**

These records are retrieved by various combinations of name, agency, birth date, social security number, or identification number of the individual on whom they are maintained.

**SAFEGUARDS:**

Paper or microfiche/microfilmed records are located in locked metal file cabinets or in secured rooms with access limited to those personnel whose official duties require access. Access to computerized records is limited, through use of user logins and passwords, access codes, and entry logs, to those whose official duties require access. Computerized records systems are consistent with the requirements of the Federal Information Security Management Act (Pub. L. 107–296), and associated OMB policies, standards and

guidance from the National Institute of Standards and Technology.

**RETENTION AND DISPOSAL:**

The OPF is maintained for the period of the employee's service in the agency and is then, if in a paper format, transferred to the National Personnel Records Center for storage or, as appropriate, to the next employing Federal agency. If the OPF is maintained in an electronic format, the transfer and storage is in accordance with the OPM approved electronic system. Other records are either retained at the agency for various lengths of time in accordance with the National Archives and Records Administration records schedules or destroyed when they have served their purpose or when the employee leaves the agency. The transfer occurs within 90 days of the individuals' separation. In the case of administrative need, a retired employee, or an employee who dies in service, the OPF is sent within 120 days. Destruction of the OPF is in accordance with General Records Schedule-1 (GRS–1) or GRS 20.

Records contained within the CPDF and EHRI (and in agency's automated personnel records) may be retained indefinitely as a basis for longitudinal work history statistical studies. After the disposition date in GRS–1 or GRS 20, such records should not be used in making decisions concerning employees.

**SYSTEM MANAGER AND ADDRESS:**

a. Manager, OCIO/RM, U.S. Office of Personnel Management, 1900 E Street NW., Washington, DC 20415.

b. For current Federal employees, OPM has delegated to the employing agency the Privacy Act responsibilities concerning access, amendment, and disclosure of the records within this system notice.

**NOTIFICATION PROCEDURE:**

Individuals wishing to inquire whether this system of records contains information about them should contact the appropriate OPM or employing agency office, as follows:

a. Current Federal employees should contact the Personnel Officer or other responsible official (as designated by the employing agency), of the local agency installation at which employed regarding records in this system.

b. Former Federal employees who want access to their Official Personnel Folders (OPF) should contact the National Personnel Records Center (Civilian), 111 Winnebago Street, St. Louis, Missouri 63118, regarding the records in this system. For other records

covered by the system notice, individuals should contact their former employing agency. Individuals must furnish the following information for their records to be located and identified:

a. Full name.

b. Date of birth.

c. Social security number.

d. Last employing agency (including duty station) and approximate date(s) of the employment (for former Federal employees).

e. Signature.

RECORD ACCESS PROCEDURE:

Individuals wishing to request access to their records should contact the appropriate OPM or agency office, as specified in the Notification Procedure section. Individuals must furnish the following information for their records to be located and identified:

a. Full name(s).

b. Date of birth.

c. Social security number.

d. Last employing agency (including duty station) and approximate date(s) of employment (for former Federal employees).

e. Signature.

Individuals requesting access must also comply with the Office's Privacy Act regulations on verification of identity and access to records (5 CFR part 297).

CONTESTING RECORD PROCEDURE:

Current employees wishing to request amendment of their records should contact their current agency. Former employees should contact the system manager. Individuals must furnish the following information for their records to be located and identified.

a. Full name(s).

b. Date of birth.

c. Social security number.

d. Last employing agency (including duty station) and approximate date(s) of employment (for former Federal employees).

e. Signature.

Individuals requesting amendment must also comply with the Office's Privacy Act regulations on verification of identity and amendment of records (5 CFR part 297).

RECORD SOURCE CATEGORIES:

Information in this system of records is provided by—

a. The individual on whom the record is maintained.

b. Educational institutions.

c. Agency officials and other individuals or entities.

d. Other sources of information maintained in an employee's OPF, in accordance with Code of Federal Regulations Part 293, and OPM's Operating Manual, ''The Guide to Personnel Recordkeeping.''

[FR Doc. 2012–29777 Filed 12–10–12; 8:45 am]

BILLING CODE 6325–45–P

## POSTAL REGULATORY COMMISSION

[Docket No. CP2013–24; Order No. 1566]

### International Mail Contract

**AGENCY:** Postal Regulatory Commission.

**ACTION:** Notice.

**SUMMARY:** The Commission is noticing a recent Postal Service filing concerning an additional inbound competitive Multi-Service Agreements with Foreign Postal Operators 1 negotiated service agreement with Royal PostNL BV. This notice informs the public of the filing, invites public comment, and takes other administrative steps.

**DATES:** *Comments are due:* December 14, 2012.

**ADDRESSES:** Submit comments electronically via the Commission's Filing Online system at *http://www.prc.gov.* Those who cannot submit comments electronically should contact the person identified in the **FOR FURTHER INFORMATION CONTACT** section by telephone for advice on filing alternatives.

**FOR FURTHER INFORMATION CONTACT:** Stephen L. Sharfman, General Counsel, at 202–789–6820.

**SUPPLEMENTARY INFORMATION:**

**Table of Contents**

I. Introduction
II. Contents of Filing
III. Commission Action
IV. Ordering Paragraphs

### I. Introduction

On December 4, 2012, the Postal Service filed a notice, pursuant to 39 CFR 3015.5, stating that it has entered into an additional negotiated service agreement (Agreement) with the Netherlands' foreign postal operator Royal PostNL BV (PostNL).[1] The Postal Service seeks to have the inbound portion of the Agreement, which concerns delivery of inbound Air CP [2] and EMS in the United States, included within the Inbound Competitive Multi-Service Agreements with Foreign Postal Operators 1 (MC2010–34) product on the competitive product list. Notice at 1.

### II. Contents of Filing

The Postal Service's filing consists of the Notice, a public Excel file containing redacted financial workpapers, and four attachments. Attachment 1 is a redacted copy of the Agreement. *Id.* at 3. Attachment 2 is the certified statement required by 39 CFR 3015.5(c)(2). *Id.* Attachment 3 is a redacted copy of the Governors' Decision No. 10–3. *Id.* Attachment 4 is an application for non-public treatment of unredacted material. *Id.* The Agreement's intended effective date is January 1, 2013. *Id.* at 4.

The rates for inbound Air CP and EMS included in the Agreement are to remain in effect for 2 years after the Agreement's effective date, unless terminated sooner. *Id.* The Postal Service further notes that a TNT Agreement, in accordance with Article 22 of the TNT Agreement, automatically renewed on October 1, 2012, but pursuant to paragraph 3 of Article 22 of the PostNL Agreement, the TNT Agreement is to expire the day prior to the effective date of the PostNL Agreement, if an effective date for the PostNL agreement is established. *Id.* at 3 n.5.

The Postal Service reviews the regulatory history of the Inbound Competitive Multi-Service Agreements with Foreign Operators 1 product and identifies the TNT Agreement (approved in Docket No. CP2010–95) as the baseline agreement for purposes of determining the functional equivalence of the instant Agreement.[3] *Id.* at 2. It asserts that the instant Agreement fits within applicable Mail Classification Schedule language and addresses functional equivalency with the baseline agreement, including similarity of cost characteristics. *Id.* at 3–7. The Postal Service also identifies differences between the two contracts, such as the addition of several articles, revisions to existing articles, and new annexes, but asserts that these differences do not detract from a finding of functional equivalency. *Id.* at 5–7.

### III. Commission Action

*Notice of establishment of docket.* The Commission establishes Docket No. CP2013–24 for consideration of matters

---

[1] Notice of United States Postal Service of Filing Functionally Equivalent Inbound Competitive Multi-Service Agreement with a Foreign Postal Operator, December 4, 2012 (Notice).

[2] "CP" is an abbreviation used to identify or reference international parcel post (from the French phrase *colis postaux,* "postal package").

[3] The Postal Service identifies Governors' Decision No. 10–3 as the enabling Governors' Decision. *Id.* at 5. The status of the TNT Agreement as the baseline agreement was confirmed in Docket No. CP2011–69, Order No. 840, Order Concerning an Additional Inbound Competitive Multi-Service Agreements with Foreign Postal Operators 1 Negotiated Service Agreement, September 7, 2011. *See id.* at 2.

**OPM/GOVT–2**

**System Name:**

Employee Performance File System Records.

**System Location:**

Records maintained in this system may be located as follows:

a. In an Employee Performance File (EPF) maintained in the agency office responsible for maintenance of the employee's Official Personnel Folder (OPF) or other agency-designated office. This includes those instances where the agency uses an envelope within the OPF in lieu of a separate EPF folder.

b. In the EPF of Senior Executive Service (SES) appointees where the agency elects to have the file maintained by the Performance Review Boards required by 5 U.S.C. 4314(c)(1), or the administrative office supporting the Board.

c. In any supervisor/manager's work folder maintained in the office by the employee's immediate supervisor/manager or, where agencies have determined that records management is better served, in such folders maintained for supervisors/managers in a central administrative office.

d. In an agency's electronic personnel records system.

e. In an agency microformed EPF.

**Note 1:**

Originals or copies of records covered by this system may be located in more than one location, but if they become part of an agency internal system (e.g., administrative or negotiated grievance file), those copies then would be subject to the agency's internal Privacy Act implementation guidance regarding their use within the agency's system.

**Note 2:**

The records in this system are 'owned' by the Office of Personnel Management (OPM) and should be provided to those Office employees who have an official need or use for those records. Therefore, if an employing agency is asked by an OPM employee for access to the records within this system, such a request should be honored.

**Categories of Individuals Covered by the System:**

Current and former Federal employees (including SES appointees).

**Categories of Records in the System:**

Records in this system, wherever they are maintained, may include any or all of the following:

a. Annual summary performance ratings of record issued under employee appraisal systems and any document that indicates that the rating is being challenged under administrative procedures (e.g., when the employee files a grievance on the rating received).

b. A document (either the summary rating form itself or a form affixed to it) that identifies the job elements and the standards for those elements upon which the rating is based.

c. Supporting documentation for employee ratings of records, as required by agency rating systems or implementing instructions, and which may be filed physically with the rating of record (e.g., productivity and quality control records, records of employee counseling, individual development plans, or other such records as specified in agency issuances) and maintained, for example in a work folder by supervisors/managers at the work site.

d. Records on SES appraisals generated by Performance Review Boards, including statements of witnesses and transcripts of hearings.

e. Written recommendations for awards, removals, demotions, denials of within-grade increases, reassignments, training, pay increases, cash bonuses, or other performance-based actions (e.g., nominations of SES employees for Meritorious or Distinguished Executive), including supporting documentation.

f. Statements made (letter on or appended to the performance rating document) by the employee (e.g., a statement of disagreement with the rating or recommendation), in accordance with agency performance plans and implementing instructions, regarding a rating given and any recommendations made based on them.

**Note 3:**

When a recommendation by a supervisor/manager or a statement made by the employee regarding the rating issued (or a copy) becomes part of another Governmentwide system or internal agency file (e.g., an SF 52 when the action is effected or when documents or statements of disagreement are placed in a grievance file), that document then becomes subject to that system's notice and appropriate OPM or employing agency Privacy Act requirements, respectively, for the system of records covering that file.

g. Records created by Executive Resource Boards regarding performance of an individual in an executive development program.

h. Records concerning performance during the supervisory or managerial probationary period, the SES appointment probationary period, or the employee's initial period of probation after appointment.

i. Notices of commendations, recommendations for training, such as an Individual Development Plan, and advice and counseling records that are based on work performance.

j. Copies of supervisory ratings used in considering employees for promotion or other position changes originated in conjunction with agency merit promotion programs when specifically authorized for retention in the EPF or work folder.

k. Performance-related material that may be maintained in the work folder to assist the supervisor/manager in accurately assessing employee performance. Such material may include transcripts of employment and training history, documentation of special licenses, certificates, or authorizations necessary in the performance of the employee duties, and other such records that agencies determine to be appropriate for retention in the work folder.

l. Standard Form 7B cards. (While the use of the SF 7B Card system was cancelled effective December 31, 1992, this system notice will cover any of those cards still in existence.)

**Note 4:**

To the extent that performance records covered by this system are maintained in either an EPF, supervisor/manager work folder, or an agency's electronic or microform record system, they are considered covered under this system of records. Further, when copies of records filed in the employee's OPF are maintained as general records related to performance (item k above), those records are to be considered as being covered by this system and not the OPM/GOVT–1 system.

This notice does not cover these records (or copies) when they become part of a grievance file or a 5 CFR parts 432, 752, or 754 file (documents maintained in these files are covered by the OPM/GOVT–3 system of records, while grievance records are covered under an agency-specific system), or when they become part of an appeal or discrimination complaint file as such documents are considered to be part of either the system of appeal records under the control of the Merit Systems Protection Board (MSPB) or discrimination complaints files under the control of the Equal Employment Opportunity Commission (EEOC).

When an agency retains copies of records from this system in another system of records, not covered by this or another OPM, MSPB, or EEOC Government-wide system notice, the agency is solely responsible for responding to any Privacy Act issues raised concerning these documents.

The Office has adopted a position that when supervisors/managers retain personal "supervisory" notes, i.e., information on employees that the agency exercises no control and does not require or specifically describe in its performance system, which remain solely for the personal use of the author and are not provided to any other person, and which are retained or discarded at the author's sole discretion, such notes are not subject to the Privacy Act and are, therefore, not considered part of this system. Should an agency choose to adopt a position that such notes are subject to the Act, that agency is solely responsible for dealing with Privacy Act matters, including the requisite system notice, concerning them.

**Authority for Maintenance of the System:**

Sections 1104, 3321, 4305, and 5405 of title 5, U.S. Code, and Executive Order 12107.

**Purpose:**

These records are maintained to ensure that all appropriate records on an employee's performance are retained and are available (1) To agency officials having a need for the information; (2) to employees; (3) to support actions based on the records; (4) for use by the OPM in connection with its personnel management evaluation role in the executive branch; and (5) to identify individuals for personnel research.

**Routine Uses of Records Maintained in the System, Including Categories of Users and the Purpose of Such Uses:**

a. To disclose information to the Merit Systems Protection Board or the Office of Special Counsel in connection with appeals, special studies of the civil service and other merit systems, review of Office rules and regulations, investigations

of alleged or possible prohibited personnel practices, and other functions as promulgated in 5 U.S.C. chapter 12, or for such other functions as may be authorized by law.

b. To disclose information to the EEOC when requested in connection with investigations into alleged or possible discrimination practices in the Federal sector, examination of Federal Affirmative Action programs, compliance by Federal agencies with the Uniform Guidelines on Employee Selection Procedures, or other functions vested in the Commission.

c. To disclose information to the Federal Labor Relations Authority (including its General Counsel) when requested in connection with the investigation and resolution of allegations of unfair labor practices, in connection with the resolution of exceptions to arbitrator's awards where a question of material fact is raised, and matters before the Federal Service Impasses Panel.

d. To consider and select employees for incentive awards, quality-step increases, merit increases and performance awards, or other pay bonuses, and other honors and to publicize those granted. This may include disclosure to public and private organizations, including news media, which grant or publicize employee awards or honors.

e. To disclose information to an arbitrator to resolve disputes under a negotiated grievance procedure or to officials of labor organizations recognized under 5 U.S.C. chapter 71 when relevant and necessary to their duties of exclusive representation.

f. To disclose to an agency in the executive, legislative, or judicial branch, or to the District of Columbia's government in response to its request, or at the initiation of the agency maintaining the records, information in connection with hiring or retaining of an employee; issuing a security clearance; conducting a security or suitability investigation of an individual; classifying jobs; letting a contract; issuing a license, grant, or other benefits by the requesting agency; or the lawful statutory, administrative, or investigative purposes of the agency to the extent that the information is relevant and necessary to the decision on the matter.

g. To disclose, in response to a request for discovery or for appearance of a witness, information that is relevant to the subject matter involved in a pending judicial or administrative proceeding.

h. To disclose information to a congressional office from the record or an individual in response to an inquiry from that congressional office made at the request of the individual.

i. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to the judicial or administrative proceeding.

j. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which the agency is authorized to appear, when:

1. The agency, or any component thereof; or

2. Any employee of the agency in his or her official capacity; or

3. Any employee of the agency in his or her individual capacity where the Department of Justice or the agency has agreed to represent the employee; or

4. The United States, when the agency determines that litigation is likely to affect the agency or any of its components, is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or the agency is deemed by the agency to be relevant and necessary to the litigation, provided, however, that in each case it has been determined that the disclosure is compatible with the purpose for which the records were collected.

k. By the National Archives and Records Administration in records management inspections and its role as Archivist.

l. By the OPM or employing agency to locate individuals for personnel research or survey response and in producing summary descriptive statistics and analytical studies to support the function for which the records are collected and maintained, or for related workforce studies. While published statistics and studies do not contain individual identifiers, in some instances the selection of elements of data included in the study may be structured in such a way as to make the data individually identifiable by inference.

m. To disclose pertinent information to the appropriate Federal, State, or local government agency responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order, where the agency maintaining the record becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

n. To disclose information to any member of an agency's Performance Review Board or other board or panel when the member is not an official of the employing agency. The information would then be used for approving or recommending performance awards, nominating for meritorious and distinguished executive ranks, and removal, reduction-in-grade, and other personnel actions based on performance.

o. To disclose to Federal, State, local, and professional licensing boards or Boards of Medical Examiners, when such records reflect on the qualifications of individuals seeking to be licensed.

p. To disclose to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

q. To disclose records on former Panama Canal Commission employees to the Republic of Panama for use in employment matters.

**Policies and Practices for Storing, Retrieving, Safeguarding, Retaining and Disposing of Records in the System:**

**Storage:**

Records are maintained in file folders, envelopes, and on magnetic tapes, disks, microfilm, or microfiche.

**Retrievability:**

Records are retrieved by the name and social security number of the individual on whom they are maintained.

**Safeguards:**

Records are maintained in file folders or envelopes, on electronic media, magnetic tape, disks, or microforms and are stored in locked desks, metal filing cabinets, or in a secured room with access limited to those whose official duties require access. Additional safeguarding procedures include the use of sign-out sheets and restrictions on the number of employees able to access electronic records through use of access codes and logs.

**Retention and Disposal:**

Records on former non-SES employees will generally be retained no longer than 1 year after the employee leaves his or her employing agency. Records on former SES employees may be retained up to 5 years under 5 U.S.C. 4314.

a. Summary performance appraisals (and related records as the agency prescribes) on SES appointees are retained for 5 years and ratings of record on other employees for 4 years, except as shown in paragraph b. below, and are disposed of by shredding, burning, erasing of disks, or in accordance with agency procedures regarding disposal of personnel records, including giving them to the individual. When a non-SES employee transfers to another agency or leaves Federal employment, ratings of record and subsequent ratings (4 years old or less) are to be filed on the temporary side of the OPF and forwarded with the OPF.

b. Ratings of unacceptable performance and related documents, pursuant to 5 U.S.C. 4303(d), are destroyed after the employee completes 1 year of acceptable performance from the date of the proposed removal or reduction-in-grade notice. (Destruction to be no later than 30 days after the year is up.)

c. When a career appointee in the SES accepts a Presidential appointment pursuant to 5 U.S.C. 3392(c), the employee's performance folder remains active so long as the employee remains employed under the Presidential appointment and elects to have certain provisions of 5 U.S.C. relating to the Service apply.

d. When an incumbent of the SES transfers to another position in the Service, ratings and plans 5 years old or less shall be forwarded to the gaining agency with the individual's OPF.

e. Some performance-related records (e.g., documents maintained to assist rating officials in appraising performance or recommending remedial actions or to show that the employee is currently licensed or certified) may be destroyed after 1 year.

f. Where any of these documents are needed in connection with administrative or negotiated grievance procedures, or quasi-judicial or judicial proceedings, they may be retained as needed beyond the retention schedules identified above.

g. Generally, agencies retain records on former employees for no longer than 1 year after the employee leaves.

**Note 5:**

When an agency retains an electronic or microform version of any of the above documents, retention of such records longer than shown is permitted (except for those records subject to 5 U.S.C. 4303(d)) for agency use or for historical or

statistical analysis, but only so long as the record is not used in a determination directly affecting the individual about whom the record pertains (after the manual record has been or should have been destroyed).

**System Manager(s) and Address:**

a. Deputy Associate Director, Center for HR Systems Requirements and Strategies, Room 6H31, U.S. Office of Personnel Management, 1900 E Street, NW., Washington, DC 20415.

b. For current Federal employees, OPM has delegated to the employing agency the Privacy Act responsibilities concerning access, amendment, and disclosure of the record within this system notice.

**Notification Procedure:**

Individuals wishing to inquire whether this system contains information about them should contact their servicing personnel office, supervisor/manager, Performance Review Board office, or other agency designated office maintaining their performance-related records where they are or were employed. Individuals must furnish the following information for their records to be located and identified:

a. Full name(s).

b. Social Security number.

c. Position occupied and unit where employed.

**Records Access Procedure:**

Individuals wishing access to their records should contact the appropriate office indicated in the Notification Procedure section where they are or were employed. Individuals must furnish the following information for their records to be located and identified:

a. Full name(s).

b. Social security number.

c. Position occupied and unit where employed.

Individuals requesting access to records must also comply with the OPM's Privacy Act regulations on verification of identity and access to records (5 CFR part 297).

**Contesting Record Procedure:**

Individuals wishing to request amendment to their records should contact the appropriate office indicated in the Notification Procedure section where they are or were employed. Individuals must furnish the following information for their records to be located and identified:

a. Full name(s).

b. Social security number.

c. Position occupied and unit where employed.

Individuals requesting amendment must also comply with the OPM's Privacy Act regulations on verification of identity and amendment of records (5 CFR part 297).

**Records Source Categories:**

Records in this system are obtained from:

a. Supervisors/managers.

b. Performance Review Boards.

c. Executive Resource Boards.

d. Other individuals or agency officials.

e. Other agency records.

f. The individual to whom the records pertain.

Ridge, Tennessee. Hermes would be a fluoride-salt cooled, high-temperature reactor that uses solid tri-structural isotropic fuel in pebble form. A notice of receipt and availability of this portion of the application was published in the **Federal Register** on October 29, 2021 (86 FR 60077).

The first part of the Kairos construction permit application consisted of the following information:
• The general information required by 10 CFR 50.33.
• The Preliminary Safety Analysis Report required by 10 CFR 50.34(a).
• Exemption requests to support issuance of a construction permit.
• A request to invoice the filing fee required by 10 CFR 50.30(e) and 10 CFR 170.21.

On October 31, 2021, Kairos filed the second part of its application (ADAMS Package Accession No. ML21306A131) for a construction permit, which consisted of the Environmental Report required by 10 CFR 50.30(f). Submission of the Environmental Report completed the application for a construction permit.

The NRC staff determined that Kairos submitted a two-part application in accordance with 10 CFR 2.101(a)(5) and 10 CFR part 50, and that the application is acceptable for docketing under Docket No. 50–7513. The NRC staff provided Kairos notice of the acceptance and docketing determinations by letter dated November 29, 2021 (ADAMS Accession No. ML21319A354).

The NRC staff will perform a detailed technical review of the construction permit application and document its safety findings in a safety evaluation report. Also, in accordance with 10 CFR part 51, "Environmental Protection Regulations for Domestic Licensing and Related Regulatory Functions," the NRC staff will prepare an environmental impact statement for the proposed action.

Docketing of the application does not preclude the NRC from requesting additional information from the applicant as the review proceeds, nor does it predict whether the Commission will grant or deny the application. The construction permit application will be referred to the Advisory Committee on Reactor Safeguards for review and report consistent with 10 CFR 50.58, "Hearings and report of the Advisory Committee on Reactor Safeguards." If, after holding an evidentiary hearing, the Commission finds that the construction permit application meets the applicable standards of the Atomic Energy Act and the Commission's regulations, and that any required notifications to other agencies and bodies have been made,

the Commission will issue a construction permit, in the form and containing conditions and limitations that the Commission finds appropriate and necessary.

The Commission will announce, in a future **Federal Register** notice, the opportunity to petition for leave to intervene in a proceeding on the construction permit application.

Dated: November 24, 2021.

For the Nuclear Regulatory Commission.

**Benjamin G. Beasley,**
*Senior Project Manager, Advanced Reactor Licensing Branch, Division of Advanced Reactors and Non-Power Production and Utilization Facilities, Office of Nuclear Reactor Regulation.*

[FR Doc. 2021–26119 Filed 11–30–21; 8:45 am]

**BILLING CODE 7590–01–P**

---

**OFFICE OF PERSONNEL MANAGEMENT**

**Privacy Act of 1974; System of Records**

**AGENCY:** Office of Personnel Management.

**ACTION:** Notice of a modified system of records.

**SUMMARY:** In accordance with the Privacy Act of 1974, the Office of Personnel Management ("OPM"), proposes to modify an OPM government-wide system of records, OPM/GOVT–5, Recruiting, Examining, and Placement Records, primarily to make clear that records collected and generated in the process of onboarding Federal employees but prior to their entry-on-duty date are included in this system of records. In addition, OPM proposes additional administrative changes to reflect the current OPM organization.

**DATES:** Please submit comments on or before January 3, 2022. This modified system of records is effective upon publication.

**ADDRESSES:** You may submit written comments through the Federal Rulemaking Portal: *http:// www.regulations.gov*. All submissions received must include the agency name and docket number for this **Federal Register** document. The general policy for comments and other submissions from members of the public is to make these submissions available for public viewing on the internet at *http:// www.regulations.gov* as they are received without change, including any personal identifiers or contact information.

**FOR FURTHER INFORMATION CONTACT:** For general questions, please contact: Dianna Saxman, Associate Director, Human Resources Solutions, Office of Personnel Management at *Dianna.Saxman@opm.gov*. For privacy questions, please contact: Kellie Cosgrove Riley, Chief Privacy Officer, Office of Personnel Management at 202–360–6065 or *privacy@opm.gov*.

**SUPPLEMENTARY INFORMATION:** In accordance with the Privacy Act of 1974, 5 U.S.C. 552a, the Office of Personnel Management ("OPM"), proposes to make certain modifications to the OPM/GOVT–5 Recruiting, Examining, and Placement Records system of records pending a comprehensive review and update at a later date. The records in this system of records include all records submitted by an applicant for Federal employment or generated in connection with the application and the onboarding process.

OPM proposes to modify this system of records to add an additional category of records: "m. Records collected or generated in the process of onboarding an applicant selected to fill a vacant position, to include, for example, vaccination records, proof of citizenship, and agency-specific documentation necessary for the onboarding process." This category of records is being added to clarify that records collected or generated in the onboarding process, after applicants have been selected but before they are Federal employees, are included in this system of records. Once an individual completes the onboarding process and is a Federal employee, certain records collected and generated in the onboarding process may be included in other systems of records. For example, proof of vaccination required by Executive Order 14043, Requiring Coronavirus Disease 2019 Vaccination for Federal Employees, may later be included in the OPM/GOVT–10 Employee Medical File Systems Records system of records; and personnel forms completed in the onboarding process may later be included in the OPM/GOVT–1 General Personnel Records system of records.

In addition to modifying this system of records to add an additional category of records, OPM also proposes to modify the description of the system location and identification of the system manager. Both modifications are being made to reflect organizational changes at OPM since the last publication of the OPM/GOVT–5 system of records notice.

OPM has provided a report of this modified system of records to the Committee on Oversight and

Government Reform of the House of Representatives, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Office of Management and Budget (OMB), pursuant to 5 U.S.C. 552a(r) and OMB Circular A–108, ''Federal Agency Responsibilities for Review, Reporting, and Publication under the Privacy Act,'' dated December 23, 2016. This modified system of records will be included in OPM's inventory of record systems.

**Alexys Stanley,**

*Regulatory Affairs Analyst.*

**SYSTEM NAME AND NUMBER:**

Recruiting, Examining, and Placement Records, OPM/GOVT–5.

**SECURITY CLASSIFICATION:**

Unclassified.

**SYSTEM LOCATION:**

Human Resources Solutions, Office of Personnel Management, 1900 E Street NW, Washington, DC 20415, has government-wide responsibility for the records in this system of records. Individual agencies have responsibility for the records pertaining to their applicants.

**SYSTEM MANAGER(S):**

Associate Director, Human Resources Solutions, U.S. Office of Personnel Management, 1900 E Street NW, Room 6H31, Washington, DC 20415.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

\*    \*    \*    \*    \*

m. Records collected or generated in the process of onboarding an applicant selected to fill a vacant position, to include, for example, vaccination records, proof of citizenship, and agency-specific documentation necessary for the onboarding process.

\*    \*    \*    \*    \*

**HISTORY:**

61 FR 36919 (July 15, 1996); 65 FR 24731 (April 27, 2000); 71 FR 35341 (June 19, 2006); 79 FR 16834 (March 26, 2014); 80 FR 74815 (November 30, 2015).

[FR Doc. 2021–26086 Filed 11–30–21; 8:45 am]

**BILLING CODE 6325–43–P**

## SECURITIES AND EXCHANGE COMMISSION

**[Investment Company Act Release No. 34426]**

### Notice of Applications for Deregistration Under Section 8(f) of the Investment Company Act of 1940

November 26, 2021.

The following is a notice of applications for deregistration under section 8(f) of the Investment Company Act of 1940 for the month of November 2021. A copy of each application may be obtained via the Commission's website by searching for the file number, or for an applicant using the Company name box, at *http://www.sec.gov/search/search.htm* or by calling (202) 551–8090. An order granting each application will be issued unless the SEC orders a hearing. Interested persons may request a hearing on any application by emailing the SEC's Secretary at *Secretarys-Office@sec.gov* and serving the relevant applicant with a copy of the request by email, if an email address is listed for the relevant applicant below, or personally or by mail, if a physical address is listed for the relevant applicant below. Hearing requests should be received by the SEC by 5:30 p.m. on December 21, 2021, and should be accompanied by proof of service on applicants, in the form of an affidavit or, for lawyers, a certificate of service. Pursuant to Rule 0–5 under the Act, hearing requests should state the nature of the writer's interest, any facts bearing upon the desirability of a hearing on the matter, the reason for the request, and the issues contested. Persons who wish to be notified of a hearing may request notification by writing to the Commission's Secretary at *Secretarys-Office@sec.gov*.

**ADDRESSES:** The Commission: *Secretarys-Office@sec.gov*.

**FOR FURTHER INFORMATION CONTACT:** Shawn Davis, Assistant Director, at (202) 551–6413 or Chief Counsel's Office at (202) 551–6821; SEC, Division of Investment Management, Chief Counsel's Office, 100 F Street NE, Washington, DC 20549–8010.

### First Eagle Senior Loan Fund [File No. 811–22874]

*Summary:* Applicant, a closed-end investment company, seeks an order declaring that it has ceased to be an investment company. On July 16, 2021, and September 17, 2021, applicant made liquidating distributions to its shareholders based on net asset value. Expenses of approximately $872,000 incurred in connection with the liquidation were paid by the applicant. Applicant also has retained $7,836,833 for the purpose of paying outstanding payments to service providers.

*Filing Dates:* The application was filed on July 21, 2021, and amended on November 15, 2021.

*Applicant's Address: andrew.morris@feim.com.*

### Gabelli Go Anywhere Trust [File No. 811–23035]

*Summary:* Applicant, a closed-end investment company, seeks an order declaring that it has ceased to be an investment company. On October 28, 2021, applicant made liquidating distributions to its shareholders based on net asset value. Expenses of $21,170 incurred in connection with the liquidation were paid by the applicant. Applicant also has retained $221,497 for the purpose of paying outstanding expenses.

*Filing Date:* The application was filed on November 10, 2021.

*Applicant's Address: Thomas.DeCapo@skadden.com.*

### Sound Point Floating Rate 2023 Target Term Fund [File No. 811–23119]

*Summary:* Applicant, a closed-end investment company, seeks an order declaring that it has ceased to be an investment company. Applicant has never made a public offering of its securities and does not propose to make a public offering or engage in business of any kind.

*Filing Dates:* The application was filed on August 3, 2021, and amended on October 29, 2021.

*Applicant's Address: wruberti@soundpointcap.com, mana.behbin@morganlewis.com.*

For the Commission, by the Division of Investment Management, pursuant to delegated authority.

**J. Matthew DeLesDernier,**

*Assistant Secretary.*

[FR Doc. 2021–26137 Filed 11–30–21; 8:45 am]

**BILLING CODE 8011–01–P**

## DEPARTMENT OF STATE

**[Public Notice: 11598]**

### Designation of Sanaullah Ghafari, Sultan Aziz Azam, and Maulawi Rajab as Specially Designated Global Terrorists

Acting under the authority of and in accordance with section 1(a)(ii)(B) of E.O. 13224 of September 23, 2001, as amended by E.O. 13268 of July 2, 2002, E.O. 13284 of January 23, 2003, and E.O. 13886 of September 9, 2019, I hereby



Federal Register / Vol. 79, No. 58 / Wednesday, March 26, 2014 / Notices

entering the comment submissions into ADAMS.

## II. Further Information

The NUREG provides guidance to a licensee for preparing requests for changes of control and about bankruptcy involving byproduct, source, or special nuclear materials licenses. The NUREG also provides the NRC with criteria for reviewing requests for changes of control and bankruptcy. The purpose of this notice is to provide the public with an opportunity to review and provide comments on draft NUREG–1556, Volume 15, Revision 1, "Consolidated Guidance about Materials Licenses: Guidance about Changes of Control and about Bankruptcy Involving Byproduct, Source, or Special Nuclear Materials Licenses." These comments will be considered in the final version or subsequent revisions.

Dated at Rockville, Maryland, this 19th day of March, 2014.

For the U.S. Nuclear Regulatory Commission.

**John M. Moses,**

*Acting Deputy Director, Division of Materials Safety and State Agreements, Office of Federal and State Materials and Environmental Management Programs.*

[FR Doc. 2014–06721 Filed 3–25–14; 8:45 am]

**BILLING CODE 7590–01–P**

---

## NUCLEAR REGULATORY COMMISSION

[NRC–2014–0060]

### Response Strategies for Potential Aircraft Threats

**AGENCY:** Nuclear Regulatory Commission.

**ACTION:** Regulatory guide; issuance.

**SUMMARY:** The U.S. Nuclear Regulatory Commission (NRC) is issuing revision 1 to Regulatory Guide (RG) 1.214, "Response Strategies for Potential Aircraft Threats." The revision contains updated references and minor corrections. The revision does not contain substantive changes in the NRC staff's regulatory positions. The guide describes a method that the NRC staff considers acceptable for applicants for, and holders of, nuclear power plant licenses to comply with NRC requirements to develop, implement, and maintain procedures for responding to potential aircraft threats.

**ADDRESSES:** The document will be made available for those individuals who have established a "need-to-know" and possess access permission to Official Use Only-Security Related Information (OUO–SRI). To access and review the

document contact: James Vaughn, telephone: 301–287–3586, email: *james.vaughn@nrc.gov.*

**FOR FURTHER INFORMATION CONTACT:** James Vaughn, telephone: 301–287–3586, email: *james.vaughn@nrc.gov,* or Mekonen Bayssie, telephone: 301–251–7489, email: *mekonen.bayssie@nrc.gov,* U.S. Nuclear Regulatory Commission, Washington, DC 20555–0001.

**SUPPLEMENTARY INFORMATION:**

## I. Introduction

The NRC is issuing a revision to an existing guide in the NRC's "Regulatory Guide" series. Regulatory guides were developed to describe and make available to the public, to the extent possible, information and methods that are acceptable to the NRC staff for implementing specific parts of the agency's regulations, techniques that the staff uses in evaluating specific problems or postulated accidents, and data that the staff needs in its review of applications for permits and licenses. The NRC typically seeks public comment on a draft version of a regulatory guide by announcing its availability for comment in the **Federal Register.** However, as explained in section III.F. of the Handbook for NRC Management Directive 6.6, "Regulatory Guides" (Agencywide Documents Access and Management System Accession No. ML110330475), the NRC may directly issue a final regulatory guide without a draft version or public comment period if the changes to the regulatory guide are non-substantive. Furthermore, RG 1.214 is withheld from public disclosure but is available to those affected licensees and cleared stakeholders who can or have demonstrated a "need-to-know."

The NRC is issuing Revision 1 of RG 1.214 directly as a final regulatory guide because the changes between Revision 0 and Revision 1 are non-substantive. This revision of RG 1.214 incorporates editorial changes, updates the guide to conform to the current format for regulatory guides, and updates references to related guidance for emergency preparedness (EP). These changes are intended to improve clarity of the guidance and alignment with the EP requirements in part 50 of Title 10 of the *Code of Federal Regulations* (10 CFR), Appendix E, and do not alter the staff regulatory guidance.

## II. Backfitting and Issue Finality

Issuance of this final regulatory guide does not constitute backfitting as defined in 10 CFR 50.109 (the Backfit Rule) and is not otherwise inconsistent with the issue finality provisions in 10

CFR part 52. The changes in Revision 1 of RG 1.214 are limited to editorial changes to improve clarity of the guidance and alignment with the EP requirements in 10 CFR part 50, Appendix E. These changes do not fall within the kinds of agency actions that constitute backfitting or are subject to limitations in the issue finality provisions of 10 CFR part 52. Accordingly, the NRC did not address the Backfit Rule or issue finality provisions of 10 CFR part 52.

## III. Congressional Review Act

This action is not a rule as defined in the Congressional Review Act (5 U.S.C. 801–808).

## IV. Submitting Suggestions for Improvement of Regulatory Guides

Revision 1 of RG 1.214 is being issued without an opportunity for comment. However, you may at any time submit suggestions to the NRC for improvement of existing regulatory guides or for the development of new regulatory guides to address new issues. The input received will be considered in future updates and enhancements of the regulatory guide. Please coordinate with James Vaughn from the NRC's Office of Nuclear Security and Incident Response (telephone: 301–287–3686 or email: *james.vaughn@nrc.gov*) regarding the drafting and transmission of such comments in order to protect comments that contain OUO–SRI information.

Dated at Rockville, Maryland, this 19th day of March, 2014.

For the Nuclear Regulatory Commission.

**Thomas H. Boyce,**

*Chief, Regulatory Guide and Generic Issues Branch, Division of Engineering, Office of Nuclear Regulatory Research.*

[FR Doc. 2014–06575 Filed 3–25–14; 8:45 am]

**BILLING CODE 7590–01–P**

---

## OFFICE OF PERSONNEL MANAGEMENT

### Privacy Act of 1974: Update and Amend System of Records

**AGENCY:** U.S. Office of Personnel Management (OPM).

**ACTION:** Update and amend OPM/GOVT–5, Recruiting, Examining, and Placement Records.

**SUMMARY:** OPM proposes to update and amend OPM/GOVT–5, Recruiting, Examining, and Placement Records contained in its inventory of record systems subject to the Privacy Act of 1974 (5 U.S.C. 552a), as amended. This action is necessary to meet the requirements of the Privacy Act to

publish in the **Federal Register** notice of the existence and character, as well as any new use or intended new use of records maintained by the agency. 5 U.S.C. 552a(e)(4) and (11).

**DATES:** These changes will become effective without further notice on May 5, 2014, unless we receive comments that result in a contrary determination.

**ADDRESSES:** Send written comments to the Director, Integrated Hiring Solutions, Office of the Chief Information Officer, U.S. Office of Personnel Management, 1900 E Street NW., Room 44690, Washington, DC 20415.

**FOR FURTHER INFORMATION CONTACT:** Paul Craven, Director, Integrated Hiring Solutions, *paul.craven@opm.gov*.

**SUPPLEMENTARY INFORMATION:** The Office of Personnel Management's (OPM) system of record notices subject to the Privacy Act of 1974 (5 U.S.C. 552a), as amended, have been published in the **Federal Register**. The proposed changes consist of the deletion of an OPM office from the System Locations, and the designation of a replacement for the existing System Manager. Both changes reflect the results of an OPM re-organization that eliminated the position previously named as System Manager and the office previously named in the Locations listing.

U.S. Office of Personnel Management.

**Katherine Archuleta,**
*Director.*

**OPM/GOVT–5**

**SYSTEM NAME:**

Recruiting, Examining, and Placement Records.

**SYSTEM LOCATION:**

Office of Personnel Management, 1900 E Street NW., Washington, DC 20415, OPM regional and area offices; and personnel or other designated offices of Federal agencies that are authorized to make appointments and to act for the Office by delegated authority.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

a. Persons who have applied to the Office or agencies for Federal employment and current and former Federal employees submitting applications for other positions in the Federal service.

b. Applicants for Federal employment believed or found to be unsuitable for employment on medical grounds.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

In general, all records in this system contain identifying information

including name, date of birth, Social Security Number, and home address. These records pertain to assembled and unassembled examining procedures and contain information on both competitive examinations and on certain noncompetitive actions, such as determinations of time-in-grade restriction waivers, waiver of qualification requirement determinations, and variations in regulatory requirements in individual cases.

This system includes such records as:

a. Applications for employment that contain information on work and education, military service, convictions for offenses against the law, military service, and indications of specialized training or receipt of awards or honors. These records may also include copies of correspondence between the applicant and the Office or agency.

b. Results of written exams and indications of how information in the application was rated. These records also contain information on the ranking of an applicant, his or her placement on a list of eligibles, what certificates applicant's names appeared on, an agency's request for Office approval of the agency's objection to an eligible's qualifications and the Office's decision in the matter, an agency's request for Office approval for the agency to pass over an eligible and the Office's decision in the matter, and an agency's decision to object/pass over an eligible when the agency has authority to make such decisions under agreement with the Office.

c. Records regarding the Office's final decision on an agency's decision to object/pass over an eligible for suitability or medical reasons or when the objection/pass over decision applies to a compensable preference eligible with 30 percent or more disability. (Does not include a rating of ineligibility for employment because of a confirmed positive test result under Executive Order 12564.)

d. Responses to and results of approved personality or similar tests administered by the Office or agency.

e. Records relating to rating appeals filed with the Office or agency.

f. Registration sheets, control cards, and related documents regarding Federal employees requesting placement assistance in view of pending or realized displacement because of reduction in force, transfer or discontinuance of function, or reorganization.

g. Records concerning non-competitive action cases referred to the Office for decision. These files include such records as waiver of time-in-grade

requirements, decisions on superior qualification appointments, temporary appointments outside a register, and employee status determinations. Authority for making decisions on many of these actions has also been delegated to agencies. The records retained by the Office on such actions and copies of such files retained by the agency submitting the request to the Office, along with records that agencies maintain as a result of the Office's delegations of authorities, are considered part of this system of records.

h. Records retained to support Schedule A appointments of severely physically handicapped individuals, retained both by the Office and agencies acting under the Office delegated authorities, are part of this system.

i. Agency applicant supply file systems (when the agency retains applications, resumes, and other related records for hard-to-fill or unique positions, for future consideration), along with any pre-employment vouchers obtained in connection with an agency's processing of an application, are included in this system.

j. Records derived from the Office-developed or agency-developed assessment center exercises.

k. Case files related to medical suitability determinations and appeals.

l. Records related to an applicant's examination for use of illegal drugs under provisions of Executive Order 12564. Such records may be retained by the agency (e.g., evidence of confirmed positive test results) or by a contractor laboratory (e.g., the record of the testing of an applicant, whether negative, or confirmed or unconfirmed positive test result).

**NOTE 1:**

Only Routine Use 'p' identified for this system of records is applicable to records relating to drug testing under Executive Order 12564. Further, such records shall be disclosed only to a very limited number of officials within the agency, generally only to the agency Medical Review Official (MRO), the administrator of the agency Employee Assistance Program, and any supervisory or management official within the employee's agency having authority to take the adverse personnel action against the employee.

**NOTE 2:**

OPM does not intend that records created by agencies in connection with the agency's Merit Promotion Plan program be included in the term 'Applicant Supply File' as used within this notice. It is OPM's position that

Merit Promotion Plan records are not a system of records within the meaning of the Privacy Act as such records are usually filed by a vacancy announcement number or some other key that is not a unique personnel identifier. Agencies may choose to consider such records as within the meaning of a system of records as used in the Privacy Act, but if they do so, they are solely responsible for implementing Privacy Act requirements, including establishment and notice of a system of records pertaining to such records.

**NOTE 3:**

To the extent that an agency utilizes an automated medium in connection with maintenance of records in this system, the automated versions of these records are considered covered by this system of records.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

5 U.S.C. 1302, 3109, 3301, 3302, 3304, 3305, 3306, 3307, 309, 3313, 3317, 3318, 3319, 3326, 4103, 4723, 5532, and 5533, and Executive Order 9397.

**PURPOSE(S):**

The records are used in considering individuals who have applied for positions in the Federal service by making determinations of qualifications including medical qualifications, for positions applied for, and to rate and rank applicants applying for the same or similar positions. They are also used to refer candidates to Federal agencies for employment consideration, including appointment, transfer, reinstatement, reassignment, or promotion. Records derived from the Office-developed or agency-developed assessment center exercises may be used to determine training needs of participants. These records may also be used to locate individuals for personnel research.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSE OF SUCH USES:**

**NOTE 4:**

With the exception of Routine Use 'p,' none of the Other Routine Uses identified for this system of records are applicable to records relating to drug testing under Executive Order 12564. Further, such records shall be disclosed only to a very limited number of officials within that agency, generally only to the agency Medical Review Officer (MRO), the administrator of the agency's Employee Assistance Program, and the management official empowered to recommend or take adverse action affecting the individual.

a. To refer applicants, including current and former Federal employees to Federal agencies for consideration for employment, transfer, reassignment, reinstatement, or promotion.

b. With the permission of the applicant, to refer applicants to State and local governments, congressional offices, international organizations, and other public offices for employment consideration.

c. To disclose pertinent information to the appropriate Federal, State, or local agency responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order, when the disclosing agency becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

d. To disclose information to any source from which additional information is requested (to the extent necessary to identify the individual, inform the source of the purposes of the request, and to identify the type of information requested), when necessary to obtain information relevant to an agency decision concerning hiring or retaining an employee, issuing a security clearance, conducting a security or suitability investigation of an individual, classifying positions, letting a contract, or issuing a license, grant or other benefit.

e. To disclose information to a Federal agency, in response to its request, in connection with hiring or retaining an employee, issuing a security clearance, conducting a security or suitability investigation of an individual, classifying positions, letting a contract, or issuing a license, grant, or other benefit by the requesting agency, to the extent that the information is relevant and necessary to the requesting agency's decision in the matter.

f. To disclose information to the Office of Management and Budget at any stage in the legislative coordination and clearance process in connection with private relief legislation as set forth in OMB Circular No. A–19.

g. To provide information to a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of that individual.

h. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to a judicial or administrative proceeding.

i. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which the agency is authorized to appear, when:

1. The agency, or any component thereof; or

2. Any employee of the agency in his or her official capacity; or

3. Any employee of the agency in his or her individual capacity where the Department of Justice or the agency has agreed to represent the employee; or

4. The United States, when the agency determines that litigation is likely to affect the agency or any of its components, is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or the agency is deemed by the agency to be relevant and necessary to the litigation, provided, however, that in each case it has been determined that the disclosure is compatible with the purpose for which the records were collected.

j. By the National Archives and Records Administration in records management inspections and its role as Archivist.

k. By the agency maintaining the records or by the Office to locate individuals for personnel research or survey response or in producing summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies. While published statistics and studies do not contain individual identifiers, in some instances the selection of elements of data included in the study may be structured in such a way as to make the data individually identifiable by inference.

l. To disclose information to the Merit Systems Protection Board or the Office of the Special Counsel in connection with appeals, special studies of the civil service and other merit systems, review of Office rules and rules and regulations, investigations of alleged or possible prohibited personnel practices, and such other functions; e.g., as prescribed in 5 U.S.C. chapter 12, or as may be authorized by law.

m. To disclose information to the Equal Employment Opportunity Commission when requested in connection with investigations into alleged or possible discrimination practices in the Federal sector, examination of Federal affirmative employment programs, compliance by Federal agencies with the Uniform Guidelines or Employee Selection Procedures, or other functions vested in the Commission.

n. To disclose information to the Federal Labor Relations Authority or its General Counsel when requested in connection with investigations of allegations of unfair labor practices or

OPM-000072

matters before the Federal Service Impasses Panel.

o. To disclose, in response to a request for discovery or for an appearance of a witness, information that is relevant to the subject matter involved in a pending judicial or administrative proceeding.

p. To disclose the results of a drug test of a Federal employee pursuant to an order of a court of competent jurisdiction where required by the United States Government to defend against any challenge against any adverse personnel action.

q. To disclose information to Federal, State, local, and professional licensing boards, Boards of Medical Examiners, or to the Federation of State Medical Boards or a similar non-government entity which maintains records concerning the issuance, retention, or revocation of licenses, certifications, or registration necessary to practice an occupation, profession, or specialty, in order to obtain information relevant to an agency decision concerning the hiring, retention, or termination of an employee or to inform a Federal agency or licensing board or the appropriate non-government entity about the health care practice of a terminated, resigned, or retired health care employee whose professional health care activity so significantly failed to conform to generally accepted standards of professional medical practice as to raise reasonable concern for the health and safety of patients in the private sector or from another Federal agency.

r. To disclose information to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, SAFEGUARDING, RETAINING AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**

Records are maintained on magnetic tapes, disk, punched cards, microfiche, cards, lists, and forms.

**RETRIEVABILITY:**

Records are retrieved by the name, date of birth, social security number, and/or identification number assigned to the individual on whom they are maintained.

**SAFEGUARDS:**

Records are maintained in a secured area or automated media with access limited to authorized personnel whose duties require access.

**RETENTION AND DISPOSAL:**

Records in this system are retained for varying lengths of time, ranging from a few months to 5 years, e.g., applicant records that are part of medical determination case files or medical suitability appeal files are retained for 3 years from completion of action on the case. Most records are retained for a period of 1 to 2 years. Some records, such as individual applications, become part of the person's permanent official records when hired, while some records (e.g., non-competitive action case files), are retained for 5 years. Some records are destroyed by shredding or burning while magnetic tapes or disks are erased.

**SYSTEM MANAGER(S) AND ADDRESS:**

Director, Integrated Hiring Solutions, Office of the Chief Information Officer, U.S. Office of Personnel Management, 1900 E Street NW., Room 44690, Washington, DC 20415.

**NOTIFICATION PROCEDURE:**

Individuals wishing to inquire whether this system of records contains information about them should contact the agency or OPM where application was made or examination was taken. Individuals must provide the following information for their records to be located and identified:
a. Name.
b. Date of birth.
c. Social Security Number.
d. Identification number (if known).
e. Approximate date of record.
f. Title of examination or announcement with which concerned.
g. Geographic area in which consideration was requested.

**RECORD ACCESS PROCEDURE:**

Specific materials in this system have been exempted from Privacy Act provisions at 5 U.S.C. (c)(3) and (d), regarding access to records.

The section of this notice titled ''Systems Exempted from Certain Provisions of the Act'' indicates the kind of material exempted and the reasons for exempting them from access. Individuals wishing to request access to their non-exempt records should contact the agency or the OPM where application was made or examination was taken. Individuals must provide the following information for their records to be located and identified:
a. Name.
b. Date of birth.
c. Social Security Number.
d. Identification number (if known).
e. Approximate date of record.
f. Title of examination or announcement with which concerned.
g. Geographic area in which consideration was requested.

Individuals requesting access must also comply with the OPM's Privacy Act regulations on verification of identity and access to records (5 CFR part 297).

**CONTESTING RECORD PROCEDURE:**

Specific materials in this system have been exempted from Privacy Act provisions at 5 U.S.C. 552a(d), regarding amendment of records. The section of this notice titled 'Systems Exempted from Certain Provisions of the Act' indicates the kinds of material exempted and the reasons for exempting them from amendment. An individual may contact the agency or the Office where the application is filed at any time to update qualifications, education, experience, or other data maintained in the system.

Such regular administrative updating of records should not be requested under the provisions of the Privacy Act. However, individuals wishing to request amendment of other records under the provisions of the Privacy Act should contact the agency or the OPM where the application was made or the examination was taken. Individuals must provide the following information for their records to be located and identified:
a. Name.
b. Date of birth.
c. Social Security Number.
d. Identification number (if known).
e. Approximate date of record.
f. Title of examination or announcement with which concerned.
g. Geographic area in which consideration was requested.

Individuals requesting amendment must also comply with the OPM's Privacy Act regulations on verification of identity and amendment of records (5 CFR part 297).

**NOTE 5:**

In responding to an inquiry or a request for access or amendment, resource specialists may contact the OPM's area office that provides examining and rating assistance for help in processing the request.

**RECORD SOURCE CATEGORIES:**

Information in this system of records comes from the individual to whom it applies or is derived from information the individual supplied, reports from medical personnel on physical qualifications, results of examinations that are made known to applicants, agencies, and OPM records, and vouchers supplied by references or other sources that the applicant lists or that are developed.

**SYSTEMS EXEMPTED FROM CERTAIN PROVISIONS OF THE ACT:**

This system contains investigative materials that are used solely to

determine the appropriateness of a request for approval of an objection to an eligible's qualifications for Federal civilian employment or vouchers received during the processing of an application. The Privacy Act, at 5 U.S.C. 552a(k)(5), permits an agency to exempt such investigative material from certain provisions of the Act, to the extent that release of the material to the individual whom the information is about would—

a. Reveal the identity of a source who furnished information to the Government under an express promise (granted on or after September 27, 1975) that the identity of the source would be held in confidence; or

b. Reveal the identity of a source who, prior to September 27, 1975, furnished information to the Government under an implied promise that the identity of the source would be held in confidence.

This system contains testing and examination materials used solely to determine individual qualifications for appointment or promotion in the Federal service. The Privacy Act, at 5 U.S.C. 552a(k)(6), permits an agency to exempt all such testing or examination material and information from certain provisions of the Act, when disclosure of the material would compromise the objectivity or fairness of the testing or examination process. OPM has claimed exemptions from the requirements of 5 U.S.C. 552a(d), which relate to access to and amendment of records.

The specific material exempted include, but are not limited to, the following

a. Answer keys.

b. Assessment center exercises.

c. Assessment center exercise reports.

d. Assessor guidance material.

e. Assessment center observation reports.

f. Assessment center summary reports.

g. Other applicant appraisal methods, such as performance tests, work samples and simulations, miniature training and evaluation exercises, structured interviews, and their associated evaluation guides and reports.

h. Item analyses and similar data that contain test keys and item response data.

i. Ratings given for validating examinations.

j. Rating schedules, including crediting plans and scoring formulas for other selection procedures.

k. Rating sheets.

l. Test booklets, including the written instructions for their preparation and automated versions of tests and related selection materials and their complete documentation.

m. Test item files.

n. Test answer sheets.

[FR Doc. 2014–06593 Filed 3–25–14; 8:45 am]

**BILLING CODE 6325–39–P**

## POSTAL SERVICE

### Board of Governors; Sunshine Act Meeting

**DATES AND TIMES:** April 8, 2014, at 9:00 a.m.

**PLACE:** Washington, DC.

**STATUS:** Closed.

**MATTERS TO BE CONSIDERED:**

**Tuesday, April 8, 2014 at 9:00 a.m.**

1. Strategic Issues.
2. Financial Matters.
3. Pricing.
4. Personnel Matters and Compensation Issues.
5. Governors' Executive Session— Discussion of prior agenda items and Board Governance.

**CONTACT PERSON FOR MORE INFORMATION:** Julie S. Moore, Secretary of the Board, U.S. Postal Service, 475 L'Enfant Plaza SW., Washington, DC 20260–1000. Telephone (202) 268–4800.

**Julie S. Moore,**

*Secretary.*

[FR Doc. 2014–06862 Filed 3–24–14; 4:15 pm]

**BILLING CODE 7710–12–P**

## SECURITIES AND EXCHANGE COMMISSION

**[OMB Control No. 3235–0515, SEC File No. 270–456]**

### Submission for OMB Review; Comment Request

*Upon Written Request Copies Available From:* Securities and Exchange Commission, Office of Investor Education and Advocacy, Washington, DC 20549–0213.

*Extension:*
Schedule TO.

Notice is hereby given that, pursuant to the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq.*), the Securities and Exchange Commission ("Commission") has submitted to the Office of Management and Budget the request for extension of the previously approved collection of information discussed below.

Schedule TO (17 CFR 240.14d–100) must be filed by a reporting company that makes a tender offer for its own securities. Also, persons other than the reporting company making a tender offer for equity securities registered under Section 12 of the Exchange Act (15 U.S.C. 78*l*) (which offer, if consummated, would cause that person to own over 5% of that class of the securities) must file a Schedule TO. The purpose of Schedule TO is to improve communications between public companies and investors before companies file registration statements involving tender offer statements. This information is made available to the public. The information provided on Schedule TO is mandatory. Schedule TO takes approximately 43.5 hours per response and is filed by approximately 820 issuers annually. We estimate that 50% of the 43.5 hours per response (21.75 hours) is prepared by the issuer for an annual reporting burden of 17,835 hours (21.75 hours per response × 820 responses).

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid control number.

The public may view the background documentation for this information collection at the following Web site, *www.reginfo.gov* . Comments should be directed to: (i) Desk Officer for the Securities and Exchange Commission, Office of Information and Regulatory Affairs, Office of Management and Budget, Room 10102, New Executive Office Building, Washington, DC 20503, or by sending an email to: *Shagufta_ Ahmed@omb.eop.gov;* and (ii) Thomas Bayer, Director/Chief Information Officer, Securities and Exchange Commission, c/o Remi Pavlik-Simon, 100 F Street NE., Washington, DC 20549 or send an email to: *PRA_Mailbox@ sec.gov.* Comments must be submitted to OMB within 30 days of this notice.

Dated: March 20, 2014.

**Kevin M. O'Neill,**

*Deputy Secretary.*

[FR Doc. 2014–06609 Filed 3–25–14; 8:45 am]

**BILLING CODE 8011–01–P**

## SECURITIES AND EXCHANGE COMMISSION

### Submission for OMB Review; Comment Request

*Upon Written Request, Copies Available From:* Securities and Exchange Commission, Office of Investor Education and Advocacy, Washington, DC 20549–0213.

*Extension:*
Rule 15b6–1 and Form BDW, SEC File No. 270–17, OMB Control No. 3235–0018.

Notice is hereby given that, pursuant to the Paperwork Reduction Act of 1995