**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| American Federation of Teachers, *et al.*, | Case No. 8:25-cv-00430-DLB |
| *Plaintiffs*, | |
| vs. | Judge:   Hon. Deborah Boardman |
| SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*, | |
| *Defendants*. | |

**PLAINTIFFS' MOTION FOR EXTRA-RECORD DISCOVERY**

Pursuant to this Court's February 26, 2025 Order, *see* ECF No. 46, and Federal Rules of Civil Procedure 26 and 65, Plaintiffs American Federation of Teachers, International Association of Machinists and Aerospace Workers, National Active and Retired Federal Employees Association, National Federation of Federal Employees, International Federation of Professional & Technical Engineers, Donald Martinez, Jason Cain, Clifford Grambo, Thomas Fant, Christopher Purdy, and Kristofer Goldsmith (collectively, "Plaintiffs") hereby move for an order converting the temporary restraining order into a preliminary injunction and scheduling discovery: (1) as to Defendants Charles Ezell, the United States Office of Personnel Management, Denise L. Carter, and the United States Department of Education, within three months of this order, followed by a hearing on Plaintiffs' forthcoming motion for summary judgment and permanent injunctive relief; and (2) as to Defendants Scott Bessent and the United States Department of the Treasury, within three weeks of this order, followed by a hearing on Plaintiffs' forthcoming motion for a preliminary injunction.

As set forth in further detail in the accompanying memorandum, such relief is necessary in light of Defendants' manifestly deficient administrative record.

PLAINTIFFS' MOTION FOR EXTRA-RECORD DISCOVERY

DATED:  March 8, 2025

By:  */s/Xiaonan April Hu*

Xiaonan April Hu (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 220-1123
April.Hu@mto.com

John L. Schwab (*pro hac vice*)
Liam Gennari (*pro hac* forthcoming)
MUNGER, TOLLES & OLSON LLP
350 S Grand Ave 50th Floor
Los Angeles, California 90071
(213) 683-9260
John.Schwab@mto.com

Carson Scott (*pro hac vice*)
Roman Leal (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
(415) 512-4000
Carson.Scott@mto.com
Roman.Leal@mto.com

Mark Hanna (Fed. Bar No. 16031)
David J. Rodwin (Fed. Bar No. 18615)
MURPHY ANDERSON, PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
T: (202) 223-2620 | F: (202) 296-9600
mhanna@murphypllc.com
drodwin@murphypllc.com

Daniel McNeil (*pro hac vice*)
General Counsel
American Federation of Teachers, AFL-CIO
555 New Jersey Ave. NW
Washington, DC 20001
T: (202) 393-6305 | F: (202) 393-6385
dmcneil@aft.org

PLAINTIFFS' MOTION FOR EXTRA-RECORD DISCOVERY

Benjamin L. Berwick (*pro hac* forthcoming)
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Jessica A. Marsden (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
510 Meadowmount Village Circle, No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Kristy Parker (*pro hac vice*)
Jane Bentrott (*pro hac vice*)
Shalini Goel Agarwal (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
202-843-3092
kristy.parker@protectdemocracy.org
jane.bentrott@protectdemocracy.org
shalini.agarwal@protectdemocracy.org

Laurence M. Schwartztol (*pro hac vice*)
DEMOCRACY AND RULE OF LAW CLINIC
Harvard Law School 1525 Massachusetts Avenue
Cambridge, MA 02138 (617) 998-1877
lschwartztol@law.harvard.edu

PLAINTIFFS' MOTION FOR EXTRA-RECORD DISCOVERY