# Exhibit E

Case 8:25-cv-00430-DLB    Document 53-7    Filed 03/08/25    Page 1 of 6

**Account Creation Audit Between 1/20/25 - 2/12/2025**

| Employee Name | Account Username | System Name | Date Created | Date Removed | Admin Access | Login Yes/No |
|---|---|---|---|---|---|---|
| [OPM-3] | [OPM-3] | APP.mcn Domain | 1/20/2025 3:46:12 PM | | | |
| [OPM-3] | [OPM-3] | Azure DevOps | 1/21/2025 | | | |
| [OPM-3] | [OPM-3] | CLD.mcn Domain | 1/20/2025 3:38:26 PM | | | |
| [OPM-3] | [OPM-3] | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin) | 1/20/2025 | | | |
| [OPM-3] | [OPM-3] | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| [OPM-3] | [OPM-3] | Web Admin | 1/20/2025 | | | |
| [OPM-2] | [OPM-2] | GitHub Enterprise | 1/28/2025 | | | |
| [OPM-3] | [OPM-3] | GitHub Enterprise | 1/20/2025 | | | |
| [OPM-3] | [OPM-3] | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | | | |
| [OPM-4] | [OPM-4] | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | | | |
| [OPM-4] | [OPM-4] | CLD.mcn Domain | 1/28/2025 11:39:49 AM | | | |
| [OPM-4] | [OPM-4] | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| [OPM-4] | [OPM-4] | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin) | 1/28/2025 | | | |
| [OPM-4] | [OPM-4] | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD | 1/28/2025 | 2/6/2025 | | |
| [OPM-4] | [OPM-4] | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 | | |
| [OPM-4] | [OPM-4] | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/28/2025 | | | |
| [OPM-4] | [OPM-4] | Web Admin | 1/28/2025 | | | |
| [OPM-5] | [OPM-5] | APP.mcn Domain | 1/20/2025 3:44:47 PM | | | |
| [OPM-5] | [OPM-5] | CLD.mcn Domain | 1/20/2025 3:35:33 PM | | | |
| [OPM-5] | [OPM-5] | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| [OPM-5] | [OPM-5] | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin) | 1/20/2025 | | | |
| [OPM-5] | [OPM-5] | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| [OPM-5] | [OPM-5] | Web Admin | 1/20/2025 | | | |
| Greg Hogan | Greg.Hogan@opm.gov | ITSP Project Intake app | 1/27/2025 | | | |
| Greg Hogan | Greg.Hogan@opm365.onmicrosoft.com | ITSP Project Intake app | 2/6/2025 | | | |
| Greg Hogan | greg.hogan@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| Greg Hogan | greg.hogan@opm.gov | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin) | 1/20/2025 | | | |
| Greg Hogan | greg.hogan@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| Greg Hogan | Greg.Hogan@opm.gov | Web Admin | 1/20/2025 | | | |
| Hogan, Greg | Greg-Hogan_opmgov | GitHub Enterprise | 1/20/2025 | | | |
| Hogan,Greg | Greg.Hogan@opm.gov | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | | | |
| [OPM-5] | [OPM-5] | GitHub Enterprise | 1/20/2025 | | | |
| [OPM-5] | [OPM-5] | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | | | |
| [OPM-6] | [OPM-6] | Agency Talent Portal | 1/31/2025 | | | |
| [OPM-6] | [OPM-6] | CLD.mcn Domain | 1/28/2025 11:39:00 AM | | | |
| [OPM-6] | [OPM-6] | OD Reports : New Hire Daily Tracker Power BI - USADATA | 1/31/2025 | | | |
| [OPM-6] | [OPM-6] | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| [OPM-6] | [OPM-6] | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin) | 1/28/2025 | | | |
| [OPM-6] | [OPM-6] | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD | 1/28/2025 | 2/6/2025 | | |
| [OPM-6] | [OPM-6] | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 | | |
| [OPM-6] | [OPM-6] | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/28/2025 | | | |
| [OPM-6] | [OPM-6] | Web Admin | 1/28/2025 | | | |
| [OPM-6] | [OPM-6] | Azure DevOps | 1/29/2025 | | | |
| [OPM-6] | [OPM-6] | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | | | |
| [OPM-2] | [OPM-2] | CLD.mcn Domain | 1/28/2025 11:39:25 AM | | | |

| | | | | |
|---|---|---|---|---|
| [OPM-2] | [OPM-2] | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | |
| [OPM-2] | [OPM-2] | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin) | 1/28/2025 | |
| [OPM-2] | [OPM-2] | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD | 1/28/2025 | 2/6/2025 |
| [OPM-2] | [OPM-2] | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 |
| [OPM-2] | [OPM-2] | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/28/2025 | |
| [OPM-2] | [OPM-2] | Web Admin | 1/28/2025 | |
| [OPM-2] | [OPM-2] | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | |

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 1/20/2025 | 22:07:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/20/2025 | 22:07:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/20/2025 | 22:07:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/20/2025 | 22:07:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/20/2025 | 20:37:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "hrs-usaj-p-001.Contributor" |
| 1/20/2025 | 20:37:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "hrs-usaj-p-001.Contributor" |
| 1/20/2025 | 20:36:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usaj-np-001.SubContributor" |
| 1/20/2025 | 20:36:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "hrs-usaj-np-001.SubContributor" |
| 1/20/2025 | 20:36:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "hrs-usaj-np-001.SubContributor" |
| 1/20/2025 | 20:35:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "hrs-usap-p-001.Contributor" |
| 1/20/2025 | 20:35:02 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usap-p-001.Contributor" |
| 1/20/2025 | 20:34:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "hrs-usap-p-001.Contributor" |
| 1/20/2025 | 20:33:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usap-np-001.Contributor" |
| 1/20/2025 | 20:33:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "hrs-usap-np-001.Contributor" |
| 1/20/2025 | 20:33:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "hrs-usap-np-001.Contributor" |
| 1/20/2025 | 20:31:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "hrs-usas-np-001.Contributor.RBAC" |
| 1/20/2025 | 20:30:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usas-np-001.Contributor.RBAC" |
| 1/20/2025 | 20:30:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "hrs-usas-np-001.Contributor.RBAC" |
| 1/20/2025 | 20:28:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "hrs-usas-prd-001.Contributor.RBAC" |
| 1/20/2025 | 20:27:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "hrs-usas-prd-001.Contributor.RBAC" |
| 1/20/2025 | 20:27:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usas-prd-001.Contributor.RBAC" |
| 1/21/2025 | 18:15:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "CIITAR Application Users" |
| 1/21/2025 | 8:55:31 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "AZ.OPM.KnowBe4.User" |
| 1/21/2025 | 3:20:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/21/2025 | 3:20:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/21/2025 | 3:02:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/21/2025 | 3:02:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/21/2025 | 3:01:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/21/2025 | 2:35:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/21/2025 | 2:35:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/21/2025 | 0:14:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "AZ.Serv-Support-Admin" |
| 1/22/2025 | 22:45:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "OPM-GHEC-User-Read" |
| 1/22/2025 | 22:45:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "GHEC-OPM-OD-Owners" |
| 1/22/2025 | 22:45:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "OPM-GHEC-User-Read" |
| 1/22/2025 | 22:45:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "GHEC-OPM-OD-Owners" |
| 1/22/2025 | 22:45:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "OPM-GHEC-User-Read" |
| 1/22/2025 | 22:45:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "GHEC-OPM-OD-Owners" |
| 1/22/2025 | 21:52:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 19:29:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "Az.OPM.CHCODocRepo.Prod.User" |
| 1/23/2025 | 18:48:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 18:47:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 18:44:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 18:42:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "Az.OPM.LearningConnection.Prod.User" |
| 1/28/2025 | 22:34:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm365.onmicrosoft.com | "AZ.Global-Admin" |
| 1/28/2025 | 21:57:26 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm365.onmicrosoft.com | |
| 1/28/2025 | 21:21:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-opf-np-001.Contributor.RBAC" |
| 1/28/2025 | 21:20:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-opf-np-001.Contributor.RBAC" |
| 1/28/2025 | 21:20:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-opf-np-001.Contributor.RBAC" |
| 1/28/2025 | 21:20:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-opf-p-001.Contributor.RBAC" |
| 1/28/2025 | 21:20:07 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-opf-p-001.Contributor.RBAC" |
| 1/28/2025 | 21:20:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-opf-p-001.Contributor.RBAC" |
| 1/28/2025 | 21:10:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3] | "GitHub-Global-Owner" |
| 1/28/2025 | 21:10:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "GitHub-Global-Owner" |
| 1/28/2025 | 21:10:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "GitHub-Global-Owner" |
| 1/28/2025 | 21:05:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "GitHub-Global-Owner" |
| 1/28/2025 | 21:05:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "OPM-GHEC-User-Read" |
| 1/28/2025 | 21:05:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "GitHub-Global-Owner" |
| 1/28/2025 | 21:05:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "OPM-GHEC-User-Read" |
| 1/28/2025 | 21:05:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "GitHub-Global-Owner" |
| 1/28/2025 | 21:05:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "OPM-GHEC-User-Read" |
| 1/28/2025 | 20:53:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm365.onmicrosoft.com | "AZ.Global-Admin" |
| 1/28/2025 | 19:48:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-opmdata-qa-001.SubContributor.RBAC" |
| 1/28/2025 | 19:48:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-opmdata-qa-001.SubContributor.RBAC" |

| Date | Time | Service | Category | Activity | Detail | Actor | Target |
|---|---|---|---|---|---|---|---|
| 1/28/2025 | 19:48:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-opmdata-qa-001.SubContributor.RBAC" |
| 1/28/2025 | 19:47:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-opmdata-p-001.SubContributor" |
| 1/28/2025 | 19:47:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-opmdata-p-001.SubContributor" |
| 1/28/2025 | 19:47:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-opmdata-p-001.SubContributor" |
| 1/28/2025 | 19:45:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-opmdata-001.Contributor" |
| 1/28/2025 | 19:45:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-opmdata-001.Contributor" |
| 1/28/2025 | 19:45:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-opmdata-001.Contributor" |
| 1/28/2025 | 19:40:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usad-p-001.Contributor.RBAC" |
| 1/28/2025 | 19:40:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usad-p-001.Contributor.RBAC" |
| 1/28/2025 | 19:40:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usad-p-001.Contributor.RBAC" |
| 1/28/2025 | 19:39:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usad-qa-001.Contributor.RBAC" |
| 1/28/2025 | 19:39:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usad-qa-001.Contributor.RBAC" |
| 1/28/2025 | 19:39:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usad-qa-001.Contributor.RBAC" |
| 1/28/2025 | 19:38:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usad-dev-001.Contributor.RBAC" |
| 1/28/2025 | 19:38:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usad-dev-001.Contributor.RBAC" |
| 1/28/2025 | 19:38:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usad-dev-001.Contributor.RBAC" |
| 1/28/2025 | 19:20:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm365.onmicrosoft.com | "AZ.Exchange-Admin" |
| 1/28/2025 | 16:17:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "ghec.emu.Enterprise.Owners" |
| 1/28/2025 | 16:17:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "ghec.emu.Enterprise.Owners" |
| 1/28/2025 | 16:17:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "ghec.emu.Enterprise.Owners" |
| 1/28/2025 | 15:44:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usaj-p-001.Contributor" |
| 1/28/2025 | 15:44:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usaj-p-001.Contributor" |
| 1/28/2025 | 15:44:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usaj-p-001.Contributor" |
| 1/28/2025 | 15:43:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usaj-np-001.SubContributor" |
| 1/28/2025 | 15:43:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usaj-np-001.SubContributor" |
| 1/28/2025 | 15:43:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usaj-np-001.SubContributor" |
| 1/28/2025 | 15:42:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usap-p-001.Contributor" |
| 1/28/2025 | 15:42:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usap-p-001.Contributor" |
| 1/28/2025 | 15:42:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usap-p-001.Contributor" |
| 1/28/2025 | 15:41:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usap-np-001.Contributor" |
| 1/28/2025 | 15:41:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usap-np-001.Contributor" |
| 1/28/2025 | 15:41:07 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usap-np-001.Contributor" |
| 1/28/2025 | 15:40:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usas-prd-001.Contributor.RBAC" |
| 1/28/2025 | 15:40:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usas-prd-001.Contributor.RBAC" |
| 1/28/2025 | 15:40:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usas-prd-001.Contributor.RBAC" |
| 1/28/2025 | 15:39:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-usas-np-001.SubContributor" |
| 1/28/2025 | 15:39:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-usas-np-001.SubContributor" |
| 1/28/2025 | 15:38:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-usas-np-001.SubContributor" |
| 1/28/2025 | 0:30:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "AZ.Global.Reader.RBAC" |
| 1/28/2025 | 0:30:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "AZ.Global.Reader.RBAC" |
| 1/28/2025 | 0:30:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5] | "AZ.AAD.GlobalReader" |
| 1/28/2025 | 0:30:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "AZ.AAD.GlobalReader" |
| 1/29/2025 | 23:03:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "AZ.AAD.GlobalReader" |
| 1/29/2025 | 19:18:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2] | |
| 1/29/2025 | 19:18:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6] | |
| 1/29/2025 | 19:18:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-5] | |
| 1/29/2025 | 19:18:13 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-3] | |
| 1/29/2025 | 19:18:09 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4] | |
| 1/29/2025 | 17:43:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | |
| 1/29/2025 | 2:07:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/29/2025 | 2:07:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/30/2025 | 16:18:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/30/2025 | 16:17:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/30/2025 | 1:05:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4] | "hrs-mgmt-p-001.USAS.AppInsights.Reader" |
| 1/30/2025 | 1:05:24 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-mgmt-p-001.USAS.AppInsights.Reader" |
| 1/30/2025 | 1:04:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-mgmt-p-001.USAS.AppInsights.Reader" |
| 1/30/2025 | 0:31:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "AZ.Global.Reader.RBAC" |
| 1/31/2025 | 14:23:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "GHEC-OPM-OD-Members" |
| 2/7/2025 | 14:05:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4] | |
| 2/7/2025 | 14:03:18 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4] | |
| 2/7/2025 | 2:31:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-opmdata-qa-001.SubContributor.RBAC" |
| 2/7/2025 | 2:31:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-opmdata-qa-001.SubContributor.RBAC" |
| 2/7/2025 | 2:29:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2] | "hrs-opmdata-qa-001.Reader.RBAC" |
| 2/7/2025 | 2:28:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6] | "hrs-opmdata-qa-001.Reader.RBAC" |
| 2/7/2025 | 2:24:17 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2] | |
| 2/7/2025 | 2:24:16 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6] | |

| Date | Time | Service | Category | Activity | Detail | Actor |
|---|---|---|---|---|---|---|
| 2/7/2025 | 2:06:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2] |
| 2/7/2025 | 2:06:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6] |
| 2/7/2025 | 2:04:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2] |
| 2/7/2025 | 2:04:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6] |
| 2/12/2025 | 0:06:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2] |
| 2/12/2025 | 0:06:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6] |
| 2/12/2025 | 0:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4] |
| 2/12/2025 | 0:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6] |
| 2/12/2025 | 0:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-3] |
| 2/12/2025 | 0:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-5] |
| 2/12/2025 | 0:06:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4] |