# Exhibit G

VITTORIA ELLIOTT    LEAH FEIGER    POLITICS    FEB 7, 2025 2:47 PM

# A US Treasury Threat Intelligence Analysis Designates DOGE Staff as 'Insider Threat'

**An internal email reviewed by WIRED calls DOGE staff's access to federal payments systems "the single greatest insider threat risk the Bureau of the Fiscal Service has ever faced."**



The US Treasury building in Washington, DC.  PHOTOGRAPH: STEFANI REYNOLDS/GETTY IMAGES



SAVE

Members of Elon Musk's Department of Government Efficiency (DOGE) team have had access to the US Treasury Department's payment systems for over a week. On Thursday, the threat intelligence team at one of the department's agencies recommended that DOGE members be monitored as an "insider threat."

Sources say members of the Bureau of the Fiscal Service's IT division and others received an email detailing these concerns.

### Politics Lab Newsletter by Makena Kelly

Not your average politics newsletter. Makena Kelly and the WIRED Politics team help you make sense of how the internet is shaping our political reality.



**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

"There is ongoing litigation, congressional legislation, and widespread protests relating to DOGE's access to Treasury and the Bureau of the Fiscal Service," reads a section of the email titled "Recommendations," reviewed by WIRED. "If DOGE members have any access to payment systems, we recommend suspending that access immediately and conducting a comprehensive review of all actions they may have taken on these systems."

Although Treasury and White House officials have repeatedly denied it, WIRED has reported that DOGE technologists had the ability to not only read the code of sensitive payment systems but also rewrite it. Marko Elez, one of a number of young men identified by WIRED who have little to no government experience but

are associated with DOGE, was granted read and write privileges on two of the most sensitive systems in the US government: the Payment Automation Manager and Secure Payment System at the BFS, an agency that according to Treasury records paid out $5.45 trillion in fiscal year 2024.

"There is reporting at other federal agencies indicating that DOGE members have performed unauthorized changes and locked civil servants out of the sensitive systems they gained access to," the "Recommendations" portion of the email continues. "We further recommend that DOGE members be placed under insider threat monitoring and alerting after their access to payment systems is revoked. Continued access to any payment systems by DOGE members, even 'read only,' likely poses the single greatest insider threat risk the Bureau of the Fiscal Service has ever faced."

The recommendations were part of a weekly report sent out by the BFS threat intelligence team to hundreds of staffers. "Insider threat risks are something [the threat intelligence team] usually covers," a source told WIRED. "But they have never identified something inside the bureau as an insider threat risk that I know of."

The Treasury Department and the White House did not immediately respond to a request for comment.

**Got a Tip?**

Are you a current or former employee at the Treasury or Bureau of the Fiscal Service? Or other government tech worker? We'd like to hear from you. Using a nonwork phone or computer, contact the reporters securely on Signal at velliott88.18 and leahfeiger.86.

The email also details this week's Treasury lawsuit, which resulted in a federal judge granting an order on February 6 to temporarily restrict DOGE staffers from accessing and altering payment system information.

In a section of the email titled "Analyst Notes," the email delves into the fallout from the suit.

"A court order formalizing an agreement reportedly restricting DOGE's access to Treasury was issued, but specifically provides 'read only' exemptions for Marko Elez (DOGE member at Fiscal Service and Treasury) and Thomas (aka Tom) Krause (DOGE member at Treasury)," it states. "This access still poses an unprecedented insider threat risk."

Elez previously worked for SpaceX, Musk's space company, and X, Musk's social media company. Elez resigned Thursday after The Wall Street Journal inquired with the White House about his connections to "a deleted social-media account that advocated for racism and eugenics." Elez did not immediately respond to a request for comment.

In a letter to Treasury secretary Scott Bessent on February 7, Senator Ron Wyden of Oregon said that "Treasury's refusal to provide straight answers about DOGE's actions, as well as its refusal to provide a briefing requested by several Senate committees only heightens my suspicions" and requested that Bessent provide the logs of Elez and any other DOGE-affiliated personnel regarding their access to the Treasury's systems.

## You Might Also Like …

- **In your inbox:** Get Plaintext—Steven Levy's long view on tech
- Musk takeover: No, 150-year-olds aren't collecting benefits
- **Big Story:** Are you lonely? Adopt a new family on Facebook today
- The wild story behind Kendrick Lamar's Super Bowl halftime show
- **Love Bytes:** The brave new frontiers of romance



Vittoria Elliott is a reporter for WIRED, covering platforms and power. She was previously a reporter at Rest of World, where she covered disinformation and labor in markets outside the US and Western Europe. She has worked with The New Humanitarian, Al Jazeera, and ProPublica. She is a graduate of ... Read more

PLATFORMS AND POWER REPORTER



Leah Feiger is WIRED's senior politics editor. She is the former managing editor of VICE News. ... Read more

SENIOR EDITOR

TOPICS    ELON MUSK    SECURITY    POLITICS    GOVERNMENT    DOGE

# Politics Lab Newsletter by Makena Kelly

Not your average politics newsletter. Makena Kelly and the WIRED Politics team help you make sense of how the internet is shaping our political reality.



**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

MORE LIKE THIS

## DOGE's Foreign Aid Cuts Have Sparked 'Total Chaos' Around the World

Human rights organizations say the cuts have undermined years of global democracy-building and free-speech initiatives and put the lives of their staff at risk.

VITTORIA ELLIOTT

# DOGE Now Has Access to the Top US Cybersecurity Agency

DOGE technologists Edward Coristine—the 19-year-old known online as "Big Balls"—and Kyle Schutt are now listed as staff at the Cybersecurity and Infrastructure Security Agency.

KIM ZETTER

### DOGE's USDS Purge Included the Guy Who Keeps Veterans' Data Safe Online

The cybersecurity lead for VA.gov was fired last week. He tells WIRED that the Veterans Affairs digital hub will be more vulnerable without someone in his role.

LILY HAY NEWMAN

TRENDING STORIES

### DOGE Sows Surveillance Fear Across the US Government

## DOGE Sparks Surveillance Fear Across the US Government

The US government has increased the use of monitoring tools over the past decade. But President Donald Trump's employee purges are making workers worry about how their data could be abused.

**PARESH DAVE**

## Federal Workers Launch New Lawsuit to Fight DOGE's Data Access

The Electronic Frontier Foundation filed the complaint on behalf of US federal workers, arguing that DOGE's data access is illegal and should be cut off.

**KATE KNIBBS**

## Pentagon Cuts Threaten Programs That Secure Loose Nukes and Weapons of Mass Destruction

Documents obtained by WIRED show the US Department of Defense is considering cutting up to 75 percent of workers who stop the spread of chemical, biological, and nuclear weapons.

JUSTIN LING



YOUR PRIVACY CHOICES

Plans to redevelop a Northern Virginia warehouse site have long been complicated by the area's worst-kept secret—the presence of a CIA facility. The GSA put the site up for sale anyway.

DHRUV MEHROTRA