**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| American Federation of Teachers, *et al.*, | Case No. 8:25-cv-00430-DLB |
| *Plaintiffs*, | |
| vs. | Date:    March 17<br>Time:    10:30am |
| SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*, | Place:   Greenbelt Courthouse<br>Judge:   Hon. Deborah Boardman |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTRA-RECORD DISCOVERY**

Having reviewed the Complaint, Administrative Record, briefing, and declarations submitted by the Parties, it is hereby

**ORDERED** that the Temporary Restraining Order issued by the Court on February 24, 2025, ECF No. 35, is hereby **CONVERTED** into a Preliminary Injunction.

It is further **ORDERED** that the Parties shall complete all extra-record discovery into the claims against Defendants U.S. Department of Treasury and Scott Bessent within three weeks of this Order.  Discovery shall be limited to the categories of information described in Plaintiffs' Memorandum of Law.  Promptly after discovery concludes, the parties shall file a joint status report proposing an expedited briefing schedule and timely hearing date for Plaintiffs' Preliminary Injunction Motion against Defendants Treasury and Bessent.

It is further **ORDERED** that the Parties shall complete all extra-record discovery into the claims against all Defendants within three months of this Order.  The parties shall meet and confer to discuss a schedule for the ensuing Cross-Motions for Summary Judgment and shall file a joint status report proposing a briefing schedule within one week of this Order.

**SO ORDERED.**


Dated: March ___, 2025                    _____

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTRA-RECORD DISCOVERY

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2025, copies of the Motion for Extra-Record Discovery, Memorandum in Support of Plaintiffs' Motion for Extra-Record Discovery, and Proposed Order were filed via CM/ECF.


Dated:  March 8, 2025

_/s/ Xiaonan April Hu_
Xiaonan April Hu

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTRA-RECORD DISCOVERY