**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

American Federation of Teachers, *et al.*,

*Plaintiffs*,

vs.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*,

*Defendants*.

Case No. 8:25-cv-00430-DLB

Date: March 17, 2025
Time: 10:30am
Place: Greenbelt Courthouse
Judge: Hon. Deborah Boardman

# PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs American Federation of Teachers, International Association of Machinists and Aerospace Workers, National Active and Retired Federal Employees Association, National Federation of Federal Employees, International Federation of Professional & Technical Engineers, Donald Martinez, Jason Cain, Clifford Grambo, Thomas Fant, Christopher Purdy, and Kristofer Goldsmith (collectively, "Plaintiffs") hereby move for a preliminary injunction.  Plaintiffs respectfully request that the Court enjoin Defendants Scott Bessent, the United States Department of the Treasury ("Treasury"), Charles Ezell, the United States Office of Personnel Management ("OPM"), Denise L. Carter, and the United States Department of Education ("Education") from disclosing the personally identifiable information of Plaintiffs to any Department of Government Efficiency ("DOGE") affiliates,[1] including by providing access to systems of records, sharing records contained within those systems, or otherwise disclosing the substance of such records to DOGE affiliates.  Plaintiffs also request that the Court order Defendants to make the following witnesses available for questioning during the March 17, 2025, hearing, to the extent the Court denies—in whole or in part—Plaintiffs' Motion for Extra-Record Discovery, ECF Nos. 53, 53-1:

- Joseph Gioeli, III (Department of Treasury)
- Adam Ramada (DOGE, Department of Education)
- Thomas Flagg (Department of Education)
- Charles Ezell (Office of Personnel Management)
- Greg Hogan (Office of Personnel Management)

---

[1] As used here and in Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction, DOGE affiliates refers to (i) personnel at Treasury, Education, and OPM who are working on the DOGE agenda, as defined in ECF No. 38 at 5 n.2; and (ii) Defendant agency employees working principally on the DOGE agenda who have been granted access to Defendants' records for the principal purpose of implementing the DOGE agenda (other than OPM Chief Information Officer Greg Hogan).

As set forth in further detail in the accompanying memorandum, Defendants have unlawfully provided access to their respective systems of records and to Plaintiffs' personally identifiable information contained within to DOGE affiliates, in violation of the Privacy Act of 1974.  Defendants' actions should be enjoined under the Administrative Procedure Act because they are unlawful, arbitrary and capricious, and in excess of their statutory authority.  Plaintiffs will suffer imminent and irreparable injury if (1) the temporary restraining order previously entered by this Court as to OPM and Education Defendants, ECF No. 38, expires with no preliminary injunction in place and (2) preliminary injunctive relief is not granted as to Treasury Defendants.

DATED: March 10, 2025

By: <u>*/s/Xiaonan April Hu*</u>
Xiaonan April Hu

Xiaonan April Hu (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 220-1123
April.Hu@mto.com

John L. Schwab (*pro hac vice*)
Wendy Q. Xiao (*pro hac* forthcoming)
Liam Gennari (*pro hac* forthcoming)
MUNGER, TOLLES & OLSON LLP
350 S Grand Ave 50th Floor
Los Angeles, California 90071
(213) 683-9260
John.Schwab@mto.com

Carson Scott (*pro hac vice*)
Roman Leal (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
(415) 512-4000
Carson.Scott@mto.com
Roman.Leal@mto.com

Mark Hanna (Fed. Bar No. 16031)
David J. Rodwin (Fed. Bar No. 18615)
MURPHY ANDERSON, PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
T: (202) 223-2620 | F: (202) 296-9600
mhanna@murphypllc.com
drodwin@murphypllc.com

Daniel McNeil (*pro hac vice*)
General Counsel
American Federation of Teachers, AFL-CIO
555 New Jersey Ave. NW
Washington, DC 20001
T: (202) 393-6305 | F: (202) 393-6385
dmcneil@aft.org

Benjamin L. Berwick (*pro hac* forthcoming)
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Jessica A. Marsden (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
510 Meadowmount Village Circle, No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Kristy Parker (*pro hac vice*)
Jane Bentrott (*pro hac vice*)
Shalini Goel Agarwal (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
202-843-3092
kristy.parker@protectdemocracy.org
jane.bentrott@protectdemocracy.org
shalini.agarwal@protectdemocracy.org

Laurence M. Schwartztol (*pro hac vice*)
DEMOCRACY AND RULE OF LAW CLINIC
Harvard Law School 1525 Massachusetts Avenue
Cambridge, MA 02138 (617) 998-1877
lschwartztol@law.harvard.edu