# Exhibit A

🇺🇸 An official website of the United States government  Here's how you know ˅

GRANTS.GOV
FIND. APPLY. SUCCEED.℠

MENU

GRANTS.GOV  >  Learn Grants  >  Grant-Making Agencies  >  U.S. Department of Education (ED)



- **Grants 101**
- **Grant Policies**
- **Grant Eligibility**
- **Grant Terminology**
- **Grant-Making Agencies**
  - U.S. Agency

# U.S. DEPARTMENT OF EDUCATION (ED)

## Mission and Vision

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access. Created in 1980 by combining offices from several federal agencies, the department's 4,400

**About**

**Website:**

https://www.ed.gov

**Report Fraud:** OIG Hotline

**Point of Contact:**

Holly Clark

**Find Department of**

- for International Development (USAID)
- AmeriCorps (AC)
- U.S. Department of Agriculture (USDA)
- U.S. Department of Commerce (DOC)
- U.S. Department of Defense (DOD)
- **U.S. Department of Education (ED)**
- U.S. Department of Energy (DOE)
- U.S. Department of Health and Human

employees and $68 billion budget are dedicated to establishing policies on federal financial aid for education, and distributing as well as monitoring those funds; collecting data on America's schools and disseminating research; focusing national attention on key educational issues; and prohibiting discrimination and ensuring equal access to education.

## Grant Program Highlights

Institute of Education Sciences

The mission of the Institute of Education Sciences (IES) is to provide rigorous and relevant evidence on which to ground education practice and policy and share this information broadly. By identifying what works, what doesn't, and why, IES aims to improve educational outcomes for all students, particularly those at risk of failure. IES is the research arm of the U.S. Department of Education.

Academic Improvement and Teacher Quality Programs

Academic Improvement and Teacher Quality (AITQ) Programs administer several major formula and discretionary grant programs authorized by the Elementary and Secondary Education Act of 1965, and reauthorized by the

Education Grants

- Recent Grants on Grants.gov

Department of Education Grant Spending

USAspending.gov Grant Summary

Offices

- ED Offices

3/9/25, 1:44 PM
U.S. Department of Education (ED) | Grants.gov
Case 8:25-cv-00430-DLB    Document 59-3    Filed 03/10/25    Page 4 of 7

- Services (HHS)
- [U.S. Department of Homeland Security (DHS)](#)
- [U.S. Department of Housing and Urban Development (HUD)](#)
- [U.S. Department of the Interior (DOI)](#)
- [U.S. Department of Justice (DOJ)](#)
- [U.S. Department of Labor (DOL)](#)
- [U.S. Department of State (DOS)](#)

No Child Left Behind Act of 2001. These programs provide financial assistance to state and local educational agencies, institutions of higher education, community and faith-based organizations, and other entities. Funding supports activities designed to recruit and retain a high-quality teaching staff for America's schools, to strengthen the quality of elementary and secondary education, including through after-school programs, to test and disseminate information on new approaches for improving educational results, to improve literacy skills for children and students from birth through 12th grade, and to raise the educational achievement of at-risk students, such as Native Hawaiian and Alaska Native children and youth.

[Click here for information about many other Department of Education programs offering grants »](#)

3/9/25, 1:44 PM
U.S. Department of Education (ED) | Grants.gov
Case 8:25-cv-00430-DLB     Document 59-3     Filed 03/10/25     Page 5 of 7

- U.S. Department of Transportation (DOT)
- U.S. Department of the Treasury (TREAS)
- U.S. Department of Veterans Affairs (VA)
- Environmental Protection Agency (EPA)
- Institute of Museum and Library Services (IMLS)
- National Aeronautics and Space Administration (NASA)
- National Archives and

- Records Administration (NARA)
        - National Endowment for the Arts (NEA)
        - National Endowment for the Humanities (NEH)
        - National Science Foundation (NSF)
        - Small Business Administration (SBA)
        - Social Security Administration (SSA)
        - Other Grant-Making Agencies
- **Grant Systems**
- **Grant Programs**

- **Grant Careers**
- **Grant Reporting**
- **Grant Fraud**

[Return to top](#)

## Connect with Us

Blog

Twitter

YouTube

Alerts

RSS

XML Extract

Get Adobe Reader

## Health & Human Services

HHS.gov

EEOC / No Fear Act

Accessibility

Privacy

Vulnerability Disclosure Policy

Disclaimers

Site Map

## Community

USA.gov

WhiteHouse.gov

USAspending.gov

SBA.gov

SAM.gov

Report Fraud

## Additional Help

Chat now with Grant

Frequently Asked Questions



