# Exhibit B

 An official website of the United States government   Here's how you know ⌄



# 🏛 U.S. Department of Education

≡

HOME / ABOUT US / AN OVERVIEW OF THE DEPARTMENT OF EDUCATION / REQUIRED NOTICES / PRIVACY PROGRAM

# Privacy Act System of Record Notice Issuances

A System of Records Notice (SORN) is a formal notice to the public that identifies the purpose for which PII is collected, from whom and what type of PII is collected, how the PII is shared externally (routine uses), and how to access and correct any PII maintained by ED. Agencies must publish SORNs in the Federal Register. Some Federal agencies have responsibility for one or more systems of records which are applicable to all agencies, Government-wide. This negates the need for ED to publish a system notice if it maintains a record under a Government-wide system of records notice

## Department System of Record Notices

- Office of Secretary (OS)
- Office of Finance and Operations (OFO)
- Office of the Chief Information Officer (OCIO)
- Office of Communications and Outreach (OCO)
- Office of Legislation and Congressional Affairs (OLCA)
- Office for Civil Rights (OCR)
- Office of the General Counsel (OGC)
- Office of Inspector General (OIG)
- Federal Student Aid (FSA)
- Office of Postsecondary Education (OPE)
- Institute of Education Sciences (IES)
- Office of Elementary and Secondary Education (OESE)
- Office of Planning, Evaluation, and Policy Development (OPEPD)
- Office of Special Educational and Rehabilitative Services (OSERS)

## Government – Wide System of Records

- Department of Labor (DOL)
- Environmental Protection Agency (EPA)

- [Equal Employment Opportunity Commission (EEOC)](#)
- [Federal Emergency Management Agency (FEMA)](#)
- [General Services Administration (GSA)](#)
- [Merit Systems Protection Board (MSPB)](#)
- [Office of Government Ethics (OGE)](#)
- [Office of Personnel Management (OPM)](#)
- [Office of Special Counsel (OSC)](#)

### Office of Secretary (OS)

| | |
|---|---|
| **System of Record Notice** | **Secretary's Communications Control System** |
| **SORN Number** | [18-01-01](#) |
| **Federal Register Date** | April 14, 2018 |
| **System of Record Notice** | **Education Senior Management Biographies** |
| **SORN Number** | [18-01-02](#) |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Freedom of Information Act and Privacy Act Tracking System** |
| **SORN Number** | [18-05-20](#) |
| **Federal Register Date** | May 29, 2015 |

### Office Finance and Operations (OFO)

Case 8:25-cv-00430-DLB     Document 59-4     Filed 03/10/25     Page 4 of 30

| | |
|---|---|
| **System of Record Notice** | **Debarment and Suspension Proceedings under EO 12549, the Drug Free Workplace, and the Federal Acquisition Regulation** |
| **SORN Number** | 18-03-01 |
| **Federal Register Date** | December 24, 2015 |
| **System of Record Notice** | **Emergency Notification System (ENS)** |
| **SORN Number** | 18-03-06 |
| **Federal Register Date** | April 3, 2023 |
| **System of Record Notice** | **Reasonable Accommodation Program Files (RAPF)** |
| **SORN Number** | 18-03-07 |
| **Federal Register Date** | September 18, 2023 |
| **System of Record Notice** | **Departmental Parking Control Policy** |
| **SORN Number** | 18-05-01 |
| **Federal Register Date** | February 16, 2018 |
| **System of Record Notice** | **Federal Personnel Payroll System** |
| **SORN Number** | 18-05-03 |
| **Federal Register Date** | December 27, 1999 |
| **System of Record Notice** | **Grievances Filed Formally Under the Administrative Grievance Procedure** |

| SORN Number | 18-05-05 |
| --- | --- |
| **Federal Register Date** | December 27, 1999 |
| **System of Record Notice** | **Grievance Records Filed Under Procedures Established By Labor Management Negotiations** |
| **SORN Number** | 18-05-06 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Unfair Labor Practice Records** |
| **SORN Number** | 18-05-07 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Voluntary Leave Transfer (VLT) Program** |
| **SORN Number** | 18-05-09 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Training Registration and Information System (TRAINS)** |
| **SORN Number** | 18-05-11 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Alternative Dispute Resolution (ADR) Center Case Tracking System** |
| **SORN Number** | 18-05-12 |
| **Federal Register Date** | November 9, 2012 |

| | |
|---|---|
| **System of Record Notice** | **Child Care Subsidy Program System** |
| **SORN Number** | 18-05-13 |
| **Federal Register Date** | June 20, 2000 |
| **System of Record Notice** | **Student Loan Repayment Benefits Case File** |
| **SORN Number** | 18-05-15 |
| **Federal Register Date** | February 16, 2018 |
| **System of Record Notice** | **Investigatory Material Compiled for Personnel Security and Suitability, Positive Identification Verification and Access Control for the Department of Education Security Tracking and Reporting System (EDSTAR)** |
| **SORN Number** | 18-05-17 |
| **Federal Register Date** | November 27, 2007 |
| **System of Record Notice** | **Education Publications Center (ED PUBS)** |
| **SORN Number** | 18-05-18 |
| **Federal Register Date** | September 23, 2005 |
| **System of Record Notice** | **The Office of Hearings & Appeals (OHA) Records System** |
| **SORN Number** | 18-05-19 |
| **Federal Register Date** | October 22, 2013 |

Case 8:25-cv-00430-DLB      Document 59-4      Filed 03/10/25      Page 7 of 30

## Office of the Chief Information Officer (OCIO)

| | |
|---|---|
| **System of Record Notice** | **Education Central Automated Processing System (EDCAPS)** |
| **SORN Number** | 18-04-04 |
| **Federal Register Date** | December 24, 2015 |
| **System of Record Notice** | **Department of Education Cybersecurity Excellence Award** |
| **SORN Number** | 18-04-05 |
| **Federal Register Date** | August 4, 2020 |
| **System of Record Notice** | **Education Enterprise Identity, Credential, and Access Management System (ED ICAM)** |
| **SORN Number** | 18-04-05 |
| **Federal Register Date** | July 7, 2021 |
| **NOTES:** | This SORN has been incorrectly numbered 18-04-05, but should be numbered 18-04-06. We apologize for any confusion. |

## Office of Communications and Outreach (OCO)

| | |
|---|---|
| **System of Record Notice** | **Federal Advisory Committee Membership Files** |
| **SORN Number** | 18-06-01 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Telephone Directory/Locator System** |
| **SORN Number** | 18-06-02 |
| **Federal Register Date** | June 4, 1999 |

| System of Record Notice | Presidential Scholars Program Files and PSAonline Application System |
|---|---|
| SORN Number | 18-06-03 |
| Federal Register Date | October 27, 2005 |
| System of Record Notice | Satellite Event Participant Registration System |
| SORN Number | 18-06-04 |
| Federal Register Date | December 27, 1999 |

## Office of Legislation and Congressional Affairs (OLCA)

| System of Record Notice | Congressional Member's Biographies System |
|---|---|
| SORN Number | 18-07-01 |
| Federal Register Date | June 4, 1999 |
| System of Record Notice | Congressional Grant Notification Control System |
| SORN Number | 18-07-02 |
| Federal Register Date | December 27, 1999 |

## Office for Civil Rights (OCR)

| System of Record Notice | Complaint Files and Log |
|---|---|

3/9/25, 1:45 PM
Privacy Act System of Record Notice Issuances | U.S. Department of Education
Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 9 of 30

| SORN Number | 18-08-01 |
|---|---|
| Federal Register Date | March 22, 2018 |

## Office of the General Counsel (OGC)

| System of Record Notice | Administrative Claims |
|---|---|
| SORN Number | 18-09-01 |
| Federal Register Date | June 4, 1999 |
| System of Record Notice | OGC Attorney Applicant Files |
| SORN Number | 18-09-02 |
| Federal Register Date | June 4, 1999 |
| System of Record Notice | Employee Conduct — Government Ethics |
| SORN Number | 18-09-03 |
| Federal Register Date | March 15, 2004 |
| System of Record Notice | Litigation Files, Administrative Complaints, and Adverse Personnel |
| SORN Number | 18-09-04 |
| Federal Register Date | June 4, 1999 |
| System of Record | Department of Education Federal Docket Management System (EDFDMS) |

Notice

| SORN Number | 18-09-05 |
|---|---|
| **Federal Register Date** | May 3, 2017 |

## Office of Inspector General (OIG)

| System of Record Notice | **Investigative Files of the Inspector General** |
|---|---|
| **SORN Number** | 18-10-01 |
| **Federal Register Date** | September 30, 2021 |
| **System of Record Notice** | **Office of the Inspector General Data Analytics System (ODAS)** |
| **SORN Number** | 18-10-02 |
| **Federal Register Date** | May 14, 2012 |
| **System of Record Notice** | **Non-Federal Auditor Referral, Suspension, and Debarment File** |
| **SORN Number** | 18-10-03 |
| **Federal Register Date** | December 27, 1999 |

## Federal Student Aid (FSA)

| System of Record Notice | **Common Origination and Disbursement System (COD)** |
|---|---|
| **SORN Number** | 18-11-02 |

3/9/25, 1:45 PM
Privacy Act System of Record Notice Issuances | U.S. Department of Education
Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 11 of 30

| | |
|---|---|
| **Federal Register Date** | June 28, 2023 |
| **System of Record Notice** | **National Student Loan Data System (NSLDS)** |
| **SORN Number** | 18-11-06 |
| **Federal Register Date** | May 21, 2024 |
| **System of Record Notice** | **Postsecondary Education Participants System (PEPS)** |
| **SORN Number** | 18-11-09 |
| **Federal Register Date** | September 11, 2018 |
| **System of Record Notice** | **Student Aid Internet Gateway (SAIG), Participant Management System** |
| **SORN Number** | 18-11-10 |
| **Federal Register Date** | March 1, 2018 |
| **System of Record Notice** | **Person Authentication Service (PAS)** |
| **SORN Number** | 18-11-12 |
| **Federal Register Date** | July 28, 2023 |
| **System of Record Notice** | **Common Services for Borrowers (CSB)** |
| **SORN Number** | 18-11-16 |
| **Federal Register Date** | July 27, 2023 |
| **System of Record Notice** | **Financial Management System (FMS)** |
| **SORN Number** | 18-11-17 |
| **Federal Register Date** | January 2, 2008 |

| System of Record Notice | Data Challenges and Appeals Solutions (DCAS) System |
| --- | --- |
| SORN Number | <u>18-11-18</u> |
| Federal Register Date | September 21, 2015 |
| System of Record Notice | Health Education Assistance Loan (HEAL) |
| SORN Number | <u>18-11-20</u> |
| Federal Register Date | August 14, 2018 |
| System of Record Notice | Aid Awareness and Application Processing (AAAP) |
| SORN Number | <u>18-11-21</u> |
| Federal Register Date | May 30, 2024 |
| System of Record Notice | Enterprise Data Management and Analytics Platform Services (EDMAPS) |
| SORN Number | <u>18-11-22</u> |
| Federal Register Date | July 28, 2023 |
| System of Record Notice | FUTURE Act System (FAS) |
| SORN Number | <u>18-11-23</u> |
| Federal Register Date | June 29, 2023 |

## Office of Postsecondary Education (OPE)

| System of Record Notice | Title IV Foreign Language and Area Studies Fellowships (FLAS) |
| --- | --- |
| SORN Number | <u>18-12-01</u> |

| Federal Register Date | June 4, 1999 |
|---|---|
| **System of Record Notice** | **Fulbright Hays — Doctoral Dissertation Research Abroad (DDRA) and Seminars Abroad (SA)** |
| **SORN Number** | 18-12-02 |
| **Federal Register Date** | August 13, 2019 |
| **System of Record Notice** | **Jacob K. Javits Fellowship System** |
| **SORN Number** | 18-12-03 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Title VI International Research and Studies Program (IRS)** |
| **SORN Number** | 18-12-04 |
| **Federal Register Date** | March 28, 2018 |
| **System of Record Notice** | **Graduate Assistance in Areas of National Need (GAANN) Program Assessment System** |
| **SORN Number** | 18-12-05 |
| **Federal Register Date** | December 27, 1999 |
| **System of Record Notice** | **Teacher Quality Recruitment Scholarship System** |
| **SORN Number** | 18-12-06 |
| **Federal Register Date** | October 10, 2000 |
| **System of Record Notice** | **TRIO Programs Annual Performance Report (APR) System (TRIO APR)** |
| **SORN Number** | 18-12-07 |
| **Federal Register Date** | January 23, 2009 |

| | |
|---|---|
| **System of Record Notice** | **Erma Byrd Scholarship Program (EBSP) System** |
| **SORN Number** | <u>18-12-08</u> |
| **Federal Register Date** | August 4, 2009 |

## Institute of Education Sciences (IES)

| | |
|---|---|
| **System of Record Notice** | **National Center for Education Statistics Longitudinal Studies and the School and Staffing Surveys** |
| **SORN Number** | <u>18-13-01</u> |
| **Federal Register Date** | November 14, 2018 |
| **System of Record Notice** | **National Center for Education Statistics (NCES) Longitudinal, Cross-sectional, and International Studies** |
| **SORN Number** | <u>88 FR 2896</u> |
| **Federal Register Date** | January 18, 2023 |
| **System of Record Notice** | **National Center for Education Statistics (NCES) Affidavits of Nondisclosure** |
| **SORN Number** | <u>18-13-02</u> |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **National Center for Education Statistics National Assessment of Educational Progress** |
| **SORN Number** | <u>18-13-03</u> |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **What Works Clearinghouse Database** |

3/9/25, 1:45 PM
Privacy Act System of Record Notice Issuances | U.S. Department of Education
Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 15 of 30

| | |
|---|---|
| **SORN Number** | 18-13-06 |
| **Federal Register Date** | March 1, 2004 |
| **System of Record Notice** | **DC Choice Program Evaluation** |
| **SORN Number** | 18-13-07 |
| **Federal Register Date** | April 23, 2004 |
| **System of Record Notice** | **Even Start Classroom Literacy Interventions and Outcomes Study** |
| **SORN Number** | 18-13-09 |
| **Federal Register Date** | December 6, 2006 |
| **System of Record Notice** | **Impact Evaluation of Teacher Preparation Models** |
| **SORN Number** | 18-13-10 |
| **Federal Register Date** | December 26, 2012 |
| **System of Record Notice** | **Evaluation of the Impact of Teacher Induction Programs** |
| **SORN Number** | 18-13-11 |
| **Federal Register Date** | December 26, 2012 |
| **System of Record Notice** | **Evaluation of the Impact of Supplemental Literacy Interventions in Freshman Academies (The Adolescent Literacy Project)** |
| **SORN Number** | 18-13-12 |
| **Federal Register Date** | June 24, 2005 |
| **System of Record Notice** | **Impact Evaluation of Academic Instruction for After-School Programs** |
| **SORN Number** | 18-13-13 |

Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 16 of 30

| | |
|---|---|
| **Federal Register Date** | December 26, 2012 |
| **System of Record Notice** | **Impact Evaluation of the U.S. Department of Education's Student Mentoring Program** |
| **SORN Number** | 18-13-14 |
| **Federal Register Date** | December 26, 2012 |
| **System of Record Notice** | **Impact Evaluation of a School-based Violence Prevention Program** |
| **SORN Number** | 18-13-15 |
| **Federal Register Date** | October 2, 2006 |
| **System of Record Notice** | **Impact Evaluation of Upward Bound's Increased Focus on Higher-Risk Students** |
| **SORN Number** | 18-13-17 |
| **Federal Register Date** | December 26, 2012 |
| **System of Record Notice** | **Evaluation of Conversion Magnet Schools** |
| **SORN Number** | 18-13-18 |
| **Federal Register Date** | August 31, 2007 |
| **System of Record Notice** | **Adult English as a Second Language (ESL) Literacy Impact Study** |
| **SORN Number** | 18-13-19 |
| **Federal Register Date** | April 25, 2008 |
| **System of Record Notice** | **Impact Evaluation of Title I Supplemental Educational Services** |
| **SORN Number** | 18-13-20 |
| **Federal Register Date** | January 16, 2009 |

| System of Record Notice | Evaluation of Moving High-Performing Teachers to Low-Performing Schools |
|---|---|
| SORN Number | 18-13-21 |
| Federal Register Date | March 24, 2009 |
| System of Record Notice | Teacher Survey Response Incentive |
| SORN Number | 18-13-22 |
| Federal Register Date | April 28, 2009 |
| System of Record Notice | National Longitudinal Transition Study-2 (NLTS2) |
| SORN Number | 18-13-23 |
| Federal Register Date | November 3, 2009 |
| System of Record Notice | Evaluation of Teacher Residency Programs |
| SORN Number | 18-13-24 |
| Federal Register Date | April 5, 2011 |
| System of Record Notice | Predoctoral Survey, Postdoctoral Survey, Special Education Postdoctoral Survey |
| SORN Number | 18-13-25 |
| Federal Register Date | October 24, 2011 |
| System of Record Notice | Records-Principal Investigator/Application File and Associated Records |
| SORN Number | 18-13-26 |
| Federal Register Date | October 12, 2012 |
| System of Record Notice | National Longitudinal Transitions Study 2012 |

| SORN Number | 18-13-27 |
| --- | --- |
| **Federal Register Date** | April 27, 2012 |
| **System of Record Notice** | **National Title I Study of Implementation and Outcomes; Early Childhood Language Development** |
| **SORN Number** | 18-13-28 |
| **Federal Register Date** | November 7, 2013 |
| **System of Record Notice** | **Study of Teacher Preparation Experiences and Early Teacher Effectiveness** |
| **SORN Number** | 18-13-29 |
| **Federal Register Date** | February 2, 2015 |
| **System of Record Notice** | **Evaluation of Response to Intervention Practices for Elementary School Reading** |
| **SORN Number** | 18-13-30 |
| **Federal Register Date** | May 9, 2013 |
| **System of Record Notice** | **Evaluation of the Pell Grant Experiments Under the Experimental Sites Initiative – 2012** |
| **SORN Number** | 18-13-31 |
| **Federal Register Date** | January 8, 2013 |
| **System of Record Notice** | **Impact Evaluation of Race to the Top and School Improvement Grants** |
| **SORN Number** | 18-13-32 |
| **Federal Register Date** | October 12, 2012 |
| **System of Record Notice** | **Free Application for Federal Student Aid (FAFSA) Completion Study** |

3/9/25, 1:45 PM
Privacy Act System of Record Notice Issuances | U.S. Department of Education
Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 19 of 30

| SORN Number | 18-13-34 |
|---|---|
| **Federal Register Date** | March 15, 2013 |
| **System of Record Notice** | **Impact Evaluation of Math Professional Development** |
| SORN Number | 18-13-35 |
| **Federal Register Date** | July 12, 2013 |
| **System of Record Notice** | **Study of Enhanced College Advising in Upward Bound** |
| SORN Number | 18-13-36 |
| **Federal Register Date** | September 15, 2014 |
| **System of Record Notice** | **Impact Evaluation of Support for Principals** |
| SORN Number | 18-13-37 |
| **Federal Register Date** | March 17, 2015 |
| **System of Record Notice** | **Impact Evaluation of Training in Multi-Tiered Systems of Support for Behavior** |
| SORN Number | 18-13-38 |
| **Federal Register Date** | March 30, 2015 |
| **System of Record Notice** | **Impact Evaluation of Data Driven Instruction Professional Development for Teachers** |
| SORN Number | 18-13-39 |
| **Federal Register Date** | December 2, 2015 |
| **System of Record Notice** | **Impact Study of Feedback for Teachers based on Classroom Videos** |
| SORN Number | 18-13-40 |

| | |
|---|---|
| **Federal Register Date** | March 14, 2018 |
| **System of Record Notice** | **Text ED: A Study of Text Messaging to Improve College Enrollment Rates among Disadvantaged Adults** |
| **SORN Number** | 18-13-41 |
| **Federal Register Date** | December 14, 2018 |
| **System of Record Notice** | **Impact Evaluation of Parent Messaging Strategies on Student Attendance** |
| **SORN Number** | 18-13-42 |
| **Federal Register Date** | April 12, 2018 |
| **System of Record Notice** | **Impact Evaluation of Academic Language Intervention** |
| **SORN Number** | 18-13-43 |
| **Federal Register Date** | June 18, 2018 |
| **System of Record Notice** | **Impact Evaluation of Departmentalized Instruction in Elementary Schools** |
| **SORN Number** | 18-13-44 |
| **Federal Register Date** | June 18, 2018 |
| **System of Record Notice** | **National Evaluation of the Striving Readers Comprehensive Literacy and Comprehensive Literacy State Development Programs** |
| **SORN Number** | 18-13-45 |
| **Federal Register Date** | July 27, 2020 |
| **System of Record Notice** | **Connecting Adults To Success: Evaluation of Career Navigator Training** |
| **SORN Number** | 18-13-46 |

3/9/25, 1:45 PM
Privacy Act System of Record Notice Issuances | U.S. Department of Education
Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 21 of 30

| | |
|---|---|
| **Federal Register Date** | October 20, 2023 |
| **System of Record Notice** | **Impact Evaluation of Training in Multi-Tiered Systems of Support for Reading (MTSS-R) in Early Elementary School** |
| **SORN Number** | 18-13-48 |
| **Federal Register Date** | October 11, 2024 |

**Office of Elementary and Secondary Education (OESE)**

| | |
|---|---|
| **System of Record Notice** | **Educationally Disadvantaged Students Attending Private Schools Served Through Bypass Contracts** |
| **SORN Number** | 18-14-01 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Fellowships for Indian Students — Applications and Awards** |
| **SORN Number** | 18-14-02 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Native Hawaiian Education Council Membership** |
| **SORN Number** | 18-14-03 |
| **Federal Register Date** | June 6, 2002 |
| **System of Record Notice** | **Migrant Student Information Exchange (MSIX)** |
| **SORN Number** | 18-14-04 |
| **Federal Register Date** | July 10, 2019 |
| **System of Record Notice** | **Migrant Education Bypass Program Student Database** |

Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 22 of 30

| | |
|---|---|
| **SORN Number** | 18-14-06 |
| **Federal Register Date** | January 24, 2012 |

### Office of Planning, Evaluation, and Policy Development (OPEPD)

| | |
|---|---|
| **System of Record Notice** | **Family Educational Rights and Privacy Act (FERPA) and the Protection of Pupil Rights Amendments (PPRA) Records Systems** |
| **SORN Number** | 18-05-02 |
| **Federal Register Date** | June 4, 1999 |
| **System of Record Notice** | **Presidential Cybersecurity Education Award** |
| **SORN Number** | 18-15-01 |
| **Federal Register Date** | October 3, 2019 |

### Office of Special Educational and Rehabilitative Services (OSERS)

| | |
|---|---|
| **System of Record Notice** | **OSEP Customer Tracking Service System** |
| **SORN Number** | 18-16-01 |
| **Federal Register Date** | August 11, 2003 |
| **System of Record Notice** | **RSA-911 Case Service Report** |
| **SORN Number** | 18-16-02 |
| **Federal Register Date** | July 31, 2020 |

Case 8:25-cv-00430-DLB     Document 59-4     Filed 03/10/25     Page 23 of 30

| | |
|---|---|
| **System of Record Notice** | **Personnel Development Program Data Collection System (PDPDCS)** |
| **SORN Number** | 18-16-04 |
| **Federal Register Date** | July 10, 2019 |

## Department of Labor (DOL)

| | |
|---|---|
| **System of Record Notice** | **Office of Worker's Compensation Programs, Federal Employees' Compensation Act File** |
| **SORN Number** | DOL/GOVT-1 |
| **Federal Register Date** | April 29, 2016 |
| **System of Record Notice** | **Job Corps Student Records** |
| **SORN Number** | DOL/GOVT-2 |
| **Federal Register Date** | April 29, 2016 |

## Environmental Protection Agency (EPA)

| | |
|---|---|
| **System of Record Notice** | **Emissions Inspection and Maintenance Records for Federal Employees Parking at Federal Parking Facilities** |
| **SORN Number** | EPA/GOVT-1 |
| **Federal Register Date** | October 1, 2001 |
| **System of Record Notice** | **Federal Docket Management System (FDMS)** |
| **SORN Number** | EPA/GOVT-2 |

| | |
|---|---|
| **Federal Register Date** | February 18, 2014 |

## Equal employment Opportunity Commission (EEOC)

| | |
|---|---|
| **System of Record Notice** | **Equal Employment Opportunity in the Federal Government Complaint and Appeal Records** |
| **SORN Number** | EEOC/GOVT–001 |
| **Federal Register Date** | November 17, 2016 |

## Federal Emergency Management Agency (FEMA)

| | |
|---|---|
| **System of Record Notice** | **Federal Emergency Management Agency National Defense Executive Reserve System** |
| **SORN Number** | DHS/FEMA/GOVT–001 |
| **Federal Register Date** | November 21, 2013 |

## General Services Administration (GSA)

| | |
|---|---|
| **System of Record Notice** | **Employment Under Commercial Activities Contracts** |
| **SORN Number** | GSA/GOVT-2 |
| **Federal Register Date** | February 10, 1983 |
| **System of Record Notice** | **Travel Charge Card Program** |

| | |
|---|---|
| **SORN Number** | GSA/GOVT-3 |
| **Federal Register Date** | April 3, 2013 |
| **System of Record Notice** | **Contracted Travel Services Program** |
| **SORN Number** | GSA/GOVT-4 |
| **Federal Register Date** | June 3, 2009 |
| **System of Record Notice** | **GSA SmartPay Purchase Charge Card Program** |
| **SORN Number** | GSA/GOVT-6 |
| **Federal Register Date** | April 25, 2008 |
| **System of Record Notice** | **Personal Identity Verification Identity Management System (PIV IDMS)** |
| **SORN Number** | GSA/GOVT-7 |
| **Federal Register Date** | October 23, 2015 |
| **System of Record Notice** | **System for Award Management (SAM)** |
| **SORN Number** | GSA/GOVT-9 |
| **Federal Register Date** | February 19, 2013 |
| **System of Record Notice** | **Federal Acquisition Regulation (FAR) Data Collection System** |
| **SORN Number** | GSA/GOVT-10 |
| **Federal Register Date** | March 2, 2017 |

## Merit Systems Protection Board (MSPB)

| System of Record Notice | Appeals and Case Records |
|---|---|
| SORN Number | MSPB/GOVT-1 |
| Federal Register Date | October 25, 2012 |

## Office of Government Ethics (OGE)

| System of Record Notice | Executive Branch Personnel Public Financial Disclosure Reports and Other Name-Retrieved Ethics Program Records |
|---|---|
| SORN Number | OGE/GOVT-1 |
| Federal Register Date | September 9, 2019 |
| System of Record Notice | Executive Branch Confidential Financial Disclosure Reports |
| SORN Number | OGE/GOVT-2 |
| Federal Register Date | September 9, 2019 |

## Office of Personnel Management (OPM)

| System of Record Notice | General Personnel Records |
|---|---|
| SORN Number | OPM/GOVT-1 |

| | |
|---|---|
| **Federal Register Date** | December 11, 2012 |
| **System of Record Notice** | **Employee Performance File System Records (EPF** |
| **SORN Number** | OPM/GOVT-2 |
| **Federal Register Date** | November 30, 2015 |
| **System of Record Notice** | **Records of Adverse Actions, Performance Based Reduction in Grade and Removal Actions, and Termination of Probationers** |
| **SORN Number** | OPM/GOVT-3 |
| **Federal Register Date** | June 19, 2006 |
| **System of Record Notice** | **Recruiting, Examining, and Placement Records** |
| **SORN Number** | OPM/GOVT-5 |
| **Federal Register Date** | March 26, 2014 |
| **System of Record Notice** | **Personnel Research and Test Validation Records** |
| **SORN Number** | OPM/GOVT-6 |
| **Federal Register Date** | November 30, 2015 |
| **System of Record Notice** | **Applicant Race, Sex, National Origin, and Disability Status Records** |
| **SORN Number** | OPM/GOVT-7 |
| **Federal Register Date** | June 19, 2006 |
| **System of Record** | **File on Position Classification Appeals, Job Grading Appeals, and Retained Grade or Pay Appeals, and Fair Labor Standard Act (FLSA)** |

Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 28 of 30

| Notice | Claims and Complaints |
|---|---|
| **SORN Number** | OPM/GOVT-9 |
| **Federal Register Date** | October 1, 2013 |
| **System of Record Notice** | **Employee Medical File System Records** |
| **SORN Number** | OPM-GOVT-10 |
| **Federal Register Date** | June 21, 2010 |

## Office of Special Counsel (OSC)

| **System of Record Notice** | **OSC Complaint, Litigation, Political Activity, and Disclosure Files** |
|---|---|
| **SORN Number** | OSC/GOVT-1 |
| **Federal Register Date** | April 23, 2012 |

**Office of Planning, Evaluation, and Policy Development (OPEPD)**

Page Last Reviewed: January 14, 2025

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

Press Releases

Homeroom Blog

Subscriptions

## Site Notices and Privacy Policies

Accessibility Support

Case 8:25-cv-00430-DLB    Document 59-4    Filed 03/10/25    Page 30 of 30

**ED Archive**

# U.S. Department of Education

     

ES

## Contact Us
### 1-800-USA-LEARN



**www.ed.gov**

**An official website of the Department of Education**

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy          ED Archive

Looking for U.S. government information and services? **Visit USA.gov**