# Exhibit E

"

# Privacy and Civil Liberties Impact Assessment

**Template version 4.4**

Automated Standard Application for Payments (ASAP)

6/18/2019

**Bureau Certifying Official**
David J. Ambrose
Chief Security Officer and Chief Privacy Officer
Bureau of the Fiscal Service
Department of the Treasury

The mission of the Bureau of the Fiscal Service (Fiscal Service) is to promote the financial integrity and operational efficiency of the federal government through exceptional accounting, financing, collections, payments, and shared services.

This Privacy and Civil Liberties Impact Assessment (PCLIA) is a public document and will be made available to the general public via the Fiscal Service Privacy and Civil Liberties Impact Assessment (PCLIA) webpage (PCLIA WEBPAGE).

# Section 1: Introduction

It is the policy of the Department of the Treasury ("Treasury" or "Department") and its Bureaus to conduct a Privacy and Civil Liberties Impact Assessment ("PCLIA") when personally identifiable information ("PII") is maintained in a system or by a project. PCLIAs are required for all systems and projects that collect, maintain, or disseminate PII, regardless of the manner in which the information is retrieved.

This assessment is being completed pursuant to Section 208 of the E-Government Act of 2002 ("E-Gov Act"), 44 U.S.C. § 3501, Office of the Management and Budget ("OMB") Memorandum 03-22, "OMB Guidance for Implementing the Privacy Provisions of the E-Government Act of 2002," and Treasury Directive 25-07, "Privacy and Civil Liberties Impact Assessment (PCLIA)."

# Section 2: Definitions

**Agency** – means any entity that falls within the definition of the term "executive agency" as defined in 31 U.S.C. § 102.

**Certifying Official** – The Bureau Privacy and Civil Liberties Officer(s) who certify that all requirements in TD and TD P 25-07 have been completed so a PCLIA can be reviewed and approved by the Treasury Deputy Assistant Secretary for Privacy, Transparency, and Records.

**Collect (including "collection")** – means the retrieval, receipt, gathering, or acquisition of any PII and its storage or presence in a Treasury system. This term should be given its broadest possible meaning.

**Contractors and service providers** – are private companies that provide goods or services under a contract with the Department of the Treasury or one of its bureaus. This includes, but is not limited to, information providers, information processors, and other organizations providing information system development, information technology services, and other outsourced applications.

**Data mining –** means a program involving pattern-based queries, searches, or other analyses of 1 or more electronic databases, where – (a) a department or agency of the federal government, or a non-federal entity acting on behalf of the federal government, is conducting the queries, searches, or other analyses to discover or locate a predictive pattern or anomaly indicative of terrorist or criminal activity on the part of any individual or individuals; (b) the queries, searches, or other analyses are not subject-based and do not use personal identifiers of a specific individual, or inputs associated with a specific individual or group of individuals, to retrieve information from the database or databases; and (c) the purpose of the queries, searches, or other analyses is not solely – (i) the detection of fraud, waste, or abuse in a government agency or program; or (ii) the security of a government computer system.

**Disclosure** – When it is clear from its usage that the term "disclosure" refers to records provided to the public in response to a request under the Freedom of Information Act (5 U.S.C. § 552, "FOIA") or the Privacy Act (5 U.S.C. § 552a), its application should be limited in that manner. Otherwise, the term should be interpreted as synonymous with the terms "sharing" and "dissemination" as defined in this manual.

**Dissemination** – as used in this manual, is synonymous with the terms "sharing" and "disclosure" (unless it is clear from the context that the use of the term "disclosure" refers to a FOIA/Privacy Act disclosure).

**E-Government** – means the use of digital technologies to transform government operations to improve effectiveness, efficiency, and service delivery.

**Federal information system –** means a discrete set of information resources organized for the collection, processing, maintenance, transmission, and dissemination of information owned or under the control of a federal agency, whether automated or manual.

**Final Rule –** After the NPRM comment period closes, the agency reviews and analyzes the comments received (if any). The agency has the option to proceed with the rulemaking as proposed, issue a new or modified proposal, or withdraw the proposal before reaching its final decision. The agency can also revise the supporting analyses contained in the NPRM (e.g., to address a concern raised by a member of the public in response to the NPRM).

**Government information** – means information created, collected, used, maintained, processed, disseminated, or disposed of by or for the federal government.

**Individual** – means a citizen of the United States or an alien lawfully admitted for permanent residence. If a question does not specifically inquire about or an issue does not clearly involve a Privacy Act system of records, the term should be given its common, everyday meaning. In certain contexts, the term individual may also include citizens of other countries who are covered by the terms of an international or other agreement that involves information stored in the system or used by the project.

**Information** – means any representation of knowledge such as facts, data, or opinions in any medium or form, regardless of its physical form or characteristics. This term should be given the broadest possible meaning. This term includes, but is not limit to, information contained in a Privacy Act system of records.

**Information technology (IT)** – means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use: (i) of that equipment; or (ii) of that equipment to a significant extent in the performance of a service or the furnishing of a product. It includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance),

peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but does not include any equipment acquired by a federal contractor incidental to a federal contract. Clinger-Cohen Act of 1996, 40 U.S.C. § 11101(6).

**Major Information system** – embraces "large" and "sensitive" information systems and means "a system or project that requires special management attention because of its importance to an agency mission; its high development, operating, or maintenance costs; or its significant role in the administration of agency programs, finances, property, or other resources." OMB Circular A-130, § 6.u. This definition includes all systems that contain PII and are rated as "MODERATE or HIGH impact" under Federal Information Processing Standard 199.

**National Security systems –** a telecommunications or information system operated by the federal government, the function, operation or use of which involves: (1) intelligence activities, (2) cryptologic activities related to national security, (3) command and control of military forces, (4) equipment that is an integral part of a weapon or weapons systems, or (5) systems critical to the direct fulfillment of military or intelligence missions, but does not include systems used for routine administrative and business applications, such as payroll, finance, logistics, and personnel management. Clinger-Cohen Act of 1996, 40 U.S.C. § 11103.

**Notice of Proposed Rule Making (NPRM)** – the Privacy Act (Section (J) and (k)) allow agencies to use the rulemaking process to exempt particular systems of records from some of the requirements in the Act. This process is often referred to as "notice-and-comment rulemaking." The agency publishes an NPRM to notify the public that the agency is proposing a rule and provides an opportunity for the public to comment on the proposal before the agency can issue a final rule.

**Personally Identifiable Information (PII)** –any information that can be used to distinguish or trace an individual's identity, either alone or when combined with other personal or identifying information that is linked or linkable to a specific individual.

**Privacy and Civil Liberties Impact Assessment (PCLIA) –** a PCLIA is:

(1) a *process* conducted to: (a) identify privacy and civil liberties risks in systems, programs, and other activities that maintain PII; (b) ensure that information systems**,** programs, and other activities comply with legal, regulatory, and policy requirements; (c) analyze the privacy and civil liberties risks identified; (d) identify remedies, protections, and alternative or additional privacy controls necessary to mitigate those risks; and (e) provide notice to the public of privacy and civil liberties protection practices.
(2) a *document* that catalogues the outcome of that privacy and civil liberties risk assessment process.

**Protected Information** – as the term is used in this PCLIA, protected information the same definition given to that term in TD 25-10, section 4.

**Privacy Act Record –** any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, the individual's education, financial transactions, medical history, and criminal or employment history and that contains the individual's name, or the identifying number, symbol, or other identifying particular assigned to the individual, such as a finger or voice print or a photograph. 5 U.S.C. § 552a (a)(4).

**Reviewing Official –** The Deputy Assistant Secretary for Privacy, Transparency, and Records who reviews and approves all PCLIAs as part of her/his duties as a direct report to the Treasury Senior Agency Official for Privacy.

**Routine Use** – with respect to the disclosure of a record outside of Treasury (i.e., external sharing), the sharing of such record for a purpose which is compatible with the purpose for which it was collected 5 U.S.C. § 552a(a)(7).

**Sharing** – any Treasury initiated distribution of information to government employees or agency contractors or grantees, including intra- or inter-agency transfers or exchanges of Treasury information, regardless of whether it is covered by the Privacy Act. It does not include responses to requests for agency records under FOIA or the Privacy Act. It is synonymous with the term "dissemination" as used in this assessment. It is also synonymous with the term "disclosure" as used in this assessment unless it is clear from the context in which the term is used that it refers to disclosure to the public in response to a request for agency records under FOIA or the Privacy Act.

**System –** as the term used in this manual, includes both federal information systems and information technology.

**System Owner –** Official responsible for the overall procurement, development, integration, modification, or operation and maintenance of a system.

**System of Records –** a group of any records under the control of Treasury from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual. 5 U.S.C. § 552a (a)(5).

**System of Records Notice** – Each agency that maintains a system of records shall publish in the *Federal Register* upon establishment or revision a notice of the existence and character of the system of records, which notice shall include: (A) the name and location of the system; (B) the categories of individuals on whom records are maintained in the system; (C) the categories of records maintained in the system; (D) each routine use of the records contained in the system, including the categories of users and the purpose of such use; (E) the policies and practices of the agency regarding storage, retrievability, access controls, retention, and disposal of the records; (F) the title and business address of the agency official who is responsible for the system of records; (G) the agency procedures whereby an individual can be notified at her/his request if the system of records contains a record pertaining to him; (H) the agency procedures whereby an individual can be notified at her/his request how she/he can gain access to any record pertaining to him contained in the system of records, and how she/he can contest its content; and (I) the categories of sources of records in the system. 5 U.S.C. § 552a (e)(4).

# Section 3: System Overview

## Section 3.1: System/Project Description and Purpose

The purpose of ASAP is to assist federal agencies in disbursing monies to states, municipalities, nonprofit and for profit entities, universities, and financial institutions.
PII is used to disburse monies appropriately and retrieve information.
It supports the mission of the Bureau by meeting government obligations through this payment/collection program.

| **Estimated Number of Individuals Whose Personally Identifiable Information is Maintained in the System or by the Project** | | |
|---|---|---|
| ☐ **0 – 999** | ☐ **1000 – 9,999** | ☒ **10,000 – 99,999** |
| ☐ **100,000 – 499,999** | ☐ **500,000 – 999,999** | ☐ **1,000,000 – 9,999,999** |
| ☐ **10,000,000 – 99,999,999** | ☐ **100,000,000 – 999,999,999** | ☐ **1,000,000,000 +** |

## Section 3.2: Authority to Collect

The authorities for operating this system or performing this project are: 31 U.S.C. 3321,. 31 U.S.C. 3325

# Section 4: Information Collection

## Section 4.1: Relevant and Necessary

**Section 4.1(a)** Please check all of the following that are true:

1. ☐ None of the PII maintained in the system or by the project is part of a Privacy Act system of records;
2. ☒ All of the PII maintained in the system or by the project is part of a system of records and none of it is exempt from the Privacy Act relevant and necessary requirement;
3. ☐ All of the PII maintained in the system or by the project is part of a system of records and all of it is exempt from the Privacy Act relevant and necessary requirement;
4. ☐ Some, but not all, of the PII maintained in the system or by the project is part of a system of records and the records to which the Privacy Act applies are exempt from the relevant and necessary requirement; and
5. ☐ Some, but not all, of the PII maintained in the system or by the project is part of a system of records and none of the records to which the Privacy Act applies are exempt from the relevant and necessary requirement.

**Section 4.1(b)** ☒ Yes ☐ No ☐ N/A With respect to PII maintained in the system or by the project that is subject to the Privacy Act's relevant and necessary requirement, was an

assessment conducted prior to collection (e.g., during Paperwork Reduction Act analysis) to determine which PII types (see Section 4.2 below) were relevant and necessary to meet the system's or project's mission requirements?

**Section 4.1(c)** ☒ Yes ☐ No ☐ N/A  With respect to PII currently maintained in the system or by the project that is subject to the Privacy Act's relevant and necessary requirement, is the PII limited to only that which is relevant and necessary to meet the system's or project's mission requirements?

**Section 4.1(d)** ☒ Yes ☐ No ☐ N/A  With respect to PII maintained in the system or by the project that is subject to the Privacy Act's relevant and necessary requirement, is there a process to continuously reevaluate and ensure that the   PII remains relevant and necessary?

## Section 4.2: PII and/or information types or groupings

To perform their missions, federal agencies must necessarily collect various types of information.  The checked boxes below represent the types of information maintained in the system or by the project.  Information identified below is used by the system or project to fulfill the purpose stated in Section 3.2 – Authority to Collect.

| Biographical/General Information | | |
|---|---|---|
| ☒  Name | ☐  Gender | ☒  Group/Organization Membership |
| ☐  Date of Birth | ☐  Race | ☐  Military Service Information |
| ☐  Home Physical/Postal Mailing Address | ☐  Ethnicity | ☐  Personal Home Phone or Fax Number |
| ☒  Zip Code | ☐  Personal Cell Number | ☐  Alias (including nickname) |
| ☒  Business Physical/Postal Mailing Address | ☒  Business Cell Number | ☒  Business Phone or Fax Number |
| ☐  Personal e-mail address | ☐  Nationality | ☐  Mother's Maiden Name |
| ☒  Business e-mail address | ☐  Country of Birth | ☐  Spouse Information |
| ☐  Personal Financial Information (including loan information) | ☐  City or County of Birth | ☐  Children Information |
| ☒  Business Financial Information (including loan information) | ☐  Immigration Status | ☐  Information about other relatives. |
| ☐  Marital Status | ☐  Citizenship | ☐  Professional/personal references or other information about an individual's friends, associates or acquaintances. |
| ☐  Religion/Religious Preference | ☐  Device settings or preferences (e.g., security level, sharing options, ringtones). | ☐  Global Positioning System (GPS)/Location Data |
| ☐  Sexual Orientation | ☐  User names, avatars, etc. | ☐  Secure Digital (SD) Card or Other Data stored on a card or other technology |

| | | |
|---|---|---|
| ☐ Cell tower records (e.g., logs. user location, time etc.) | ☐ Network communications data | ☐ Cubical or office number |
| ☐ Contact lists and directories (known to contain personal information) | ☐ Contact lists and directories (not known to contain personal information, but uncertain) | ☐ Contact lists and directories (known to contain only business information) |
| ☐ Education Information | ☐ Resume or curriculum vitae | ☐ Other (please describe): |
| ☐ Other (please describe): | ☐ Other (please describe): ______________________ | ☐ Other (please describe): ______________________ |

| Identifying Numbers | |
|---|---|
| ☒ Full Social Security number | ☐ Health Plan Beneficiary Number |
| ☐ Truncated/Partial Social Security number (e.g., last 4 digits) | ☐ Alien Registration Number |
| ☐ Personal Taxpayer Identification Number | ☐ Business Taxpayer Identification Number (If known: ☐ sole proprietor; ☐ non-sole proprietor) |
| ☐ Personal Credit Card Number | ☐ Business Credit Card Number (If known: ☐ sole proprietor; ☐ non-sole proprietor) |
| ☐ Personal Vehicle Identification Number | ☐ Business Vehicle Identification Number (If known: ☐ sole proprietor; ☐ non-sole proprietor) |
| ☐ Personal License Plate Number | ☐ Business License Plate Number (If known: ☐ sole proprietor; ☐ non-sole proprietor) |
| ☐ File/Case ID Number (individual) | ☐ File/Case ID Number (business) (If known: ☐ sole proprietor; ☐ non-sole proprietor) |
| ☐ Personal Professional License Number | ☐ Business Professional License Number (If known: ☐ sole proprietor; ☐ non-sole proprietor) |
| ☒ Employee Identification Number | ☐ Patient ID Number |
| ☒ Business Bank Account Number | ☐ Personal Bank Account Number |
| ☐ Commercially obtained internet navigation/purchasing habits of individuals | ☐ Government obtained internet navigation/purchasing habits of individuals |
| ☐ Business License Plate Number (non-sole-proprietor) | ☐ Driver's License Number |
| ☐ Personal device identifiers or serial numbers | ☐ Other Identifying Numbers (please describe):_____________________________ |
| ☐ Passport Number and Passport information (including full name, passport number, DOB, POB, sex, nationality, issuing country photograph and signature) (use "Other" if some but not all elements are collected) | ☐ Other Identifying Numbers (please describe):_____________________________ |

| Medical/Emergency Information Regarding Individuals | | |
|---|---|---|
| ☐ Medical/Health Information | ☐ Worker's Compensation Act Information | ☐ Patient ID Number |
| ☐ Mental Health Information | ☐ Disability Information | ☐ Emergency Contact Information (e.g., a third party to contact in case of emergency) |
| ☐ Other (please describe): _______________________________________________________ | | |

| Biometrics/Distinguishing Features/Characteristics of Individuals |
|---|

| | | |
|---|---|---|
| ☐ Physical description/ characteristics (e.g., hair, eye color, weight, height, sex, gender) | ☐ Signatures | ☐ Vascular scans |
| ☐ Fingerprints | ☐ Photos | ☐ Retina/Iris Scans |
| ☐ Palm prints | ☐ Video | ☐ Dental Profile |
| ☐ Voice audio recording | ☐ Scars, marks, tattoos | ☐ DNA Sample or Profile |
| ☐ Other (please describe): ______________________ | ☐ Other (please describe): ______________________ | ☐ Other (please describe): ______________________ |

| Specific Information/File Types | | |
|---|---|---|
| ☐ Taxpayer Information/Tax Return Information | ☐ Law Enforcement Information | ☐ Security Clearance/Background Check Information |
| ☐ Civil/Criminal History Information/Police Records (government source) | ☐ Credit History Information (government source) | ☐ Bank Secrecy Act Information |
| ☐ Civil/Criminal History Information/Police Records (commercial source) | ☐ Credit History Information (commercial source) | ☐ National Security/Classified Information |
| ☐ Protected Information (as defined in Treasury Directive 25-10) | ☐ Case files | ☐ Personnel Files |
| ☐ Information provided under a confidentiality agreement | ☐ Information subject to the terms of an international or other agreement | ☐ Other (please describe): ______________________ |

| Audit Log and Security Monitoring Information | | |
|---|---|---|
| ☒ User ID assigned to or generated by a user of Treasury IT | ☒ Date and time an individual accesses a facility, system, or other IT | ☒ Files accessed by a user of Treasury IT (e.g., web navigation habits) |
| ☐ Passwords generated by or assigned to a user of Treasury IT | ☐ Internet or other queries run by a user of Treasury IT | ☐ Contents of files accessed by a user of Treasury IT |
| ☐ Biometric information used to access Treasury facilities or IT | ☐ Video of individuals derived from security cameras | ☒ Public Key Information (PKI). |
| ☐ Information revealing an individual's presence in a particular location as derived from security token/key fob, employee identification card scanners or other IT or devices | ☐ Still photos of individuals derived from security cameras. | ☒ Internet Protocol (IP) Address |
| ☐ Other (please describe): | ☐ Other (please describe): | ☐ Other (please describe): ______________________ |

| Other | |
|---|---|
| ☐ Other (please describe: _______________ | ☐ Other (please describe: ________________ |
| ☐ Other (please describe: _______________ | ☐ Other (please describe: ________________ |

## Section 4.3: Sources of information and the method and manner of collection

| ASAP.gov | | | <<Source name>> |
|---|---|---|---|

| Specific PII identified in Section 4.2 that was acquired from this source:_ Name, Group, Zip Code, Mailing Address, Business Cell Number, Business Phone or Fax, Business email, Business financial Information, SSN, EIN, Business Bank Account Number, User ID_________ (identify all). | Specific PII identified in Section 4.2 that was acquired from this source:___________ (identify all). | Specific PII identified in Section 4.2 that was acquired from this source:___________ (identify all). | Specific PII identified in Section 4.2 that was acquired from this source:___________ (identify all). |
|---|---|---|---|
| Manner in which information is acquired from source by the Treasury project/system: (select all that apply): | Manner in which information is acquired from source by the Treasury project/system: (select all that apply): | Manner in which information is acquired from source by the Treasury project/system: (select all that apply): | Manner in which information is acquired from source by the Treasury project/system: (select all that apply): |
| ☐ From a paper or electronic form provided to individuals, the public or members of a particular group | ☐ From a paper or electronic form provided to individuals, the public or members of a particular group | ☐ From a paper or electronic form provided to individuals, the public or members of a particular group | ☐ From a paper or electronic form provided to individuals, the public or members of a particular group |
| Please identify the form name (or description) and/or number (e.g., OMB Control Number): ___________________ | Please identify the form name (or description) and/or number (e.g., OMB Control Number): ___________________ | Please identify the form name (or description) and/or number (e.g., OMB Control Number): ___________________ | Please identify the form name (or description) and/or number (e.g., OMB Control Number): ___________________ |
| ☐ Received in paper format other than a form. | ☐ Received in paper format other than a form. | ☐ Received in paper format other than a form. | ☐ Received in paper format other than a form. |
| ☐ Delivered to the project on disk or other portable device and uploaded to the system. | ☐ Delivered to the project on disk or other portable device and uploaded to the system. | ☐ Delivered to the project on disk or other portable device and uploaded to the system. | ☐ Delivered to the project on disk or other portable device and uploaded to the system. |
| ☒ Accessed and downloaded or otherwise acquired via the internet | ☐ Accessed and downloaded or otherwise acquired via the internet | ☐ Accessed and downloaded or otherwise acquired via the internet | ☐ Accessed and downloaded or otherwise acquired via the internet |
| ☐ Email | ☐ Email | ☐ Email | ☐ Email |
| ☐ Scanned documents uploaded to the system. | ☐ Scanned documents uploaded to the system. | ☐ Scanned documents uploaded to the system. | ☐ Scanned documents uploaded to the system. |
| ☐ Bulk transfer | ☐ Bulk transfer | ☐ Bulk transfer | ☐ Bulk transfer |
| ☐ Extracted from particular technology (e.g., radio frequency identification data (RFID) devices, video or photographic cameras, | ☐ Extracted from particular technology (e.g., radio frequency identification data (RFID) devices, video or photographic cameras, | ☐ Extracted from particular technology (e.g., radio frequency identification data (RFID) devices, video or photographic cameras, | ☐ Extracted from particular technology (e.g., radio frequency identification data (RFID) devices, video or photographic cameras, |

| biometric collection devices). | biometric collection devices). | biometric collection devices). | biometric collection devices). |
|---|---|---|---|
| ☐ Fax | ☐ Fax | ☐ Fax | ☐ Fax |
| ☐ Extracted from notes of a phone interview or face to face contact | ☐ Extracted from notes of a phone interview or face to face contact | ☐ Extracted from notes of a phone interview or face to face contact | ☐ Extracted from notes of a phone interview or face to face contact |
| ☐ Other: Please describe: ________________ | ☐ Other: Please describe: ________________ | ☐ Other: Please describe: ________________ | ☐ Other: Please describe: ________________ |
| ☐ Other: Please describe: ________________ | ☐ Other: Please describe: ________________ | ☐ Other: Please describe: ________________ | ☐ Other: Please describe: ________________ |

## Section 4.4: Privacy and/or civil liberties risks related to collection

**Notice of Authority, Principal Uses, Routine Uses, and Effect of not Providing Information**

When federal agencies use a form to obtain information from an individual that will be maintained in a system of records, they must inform the individual of the following: "(A) the authority (whether granted by statute, or by executive order of the President) which authorizes the solicitation of the information and whether disclosure of such information is mandatory or voluntary; (B) the principal purpose or purposes for which the information is intended to be used; (C) the routine uses which may be made of the information as published pursuant to paragraph (4)(D) of this subsection; and (D) the effects on her/him, if any, of not providing all or any part of the requested information." 5 U.S.C § 522a(e)(3).

**Section 4.4(a)** ☐ Yes ☒ No Is any of the PII maintained in the system or by the project collected directly from an individual?

**Section 4.4(b)** ☐ Yes ☐ No ☒ N/A Was the information collected from the individual using a form (paper or electronic)?

**Section 4.4(c)** ☐ Yes ☐ No ☒ N/A If the answer to Section 4.4(b) was "yes," was the individual notified (on the form in which the PII was collected or on a separate form that can be retained by the individual) about the following at the point where the information was collected (e.g., in a form; on a website).

☐ The authority (whether granted by statute, or by Executive order of the President) which authorizes the solicitation of the information.
☐ Whether disclosure of such information is mandatory or voluntary.
☐ The principal purpose or purposes for which the information is intended to be used.
☐ The individuals or organizations outside of Treasury with whom the information may be/ will be shared.

☐ The effects on the individual, if any, if they decide not to provide all or any part of the requested information.

## Use of Social Security Numbers

Social Security numbers ("SSNs") are commonly used by identity thieves to commit fraudulent acts against individuals. The SSN is one data element that has a heightened ability to harm the individual and requires more protection when used. Therefore, in an effort to reduce risk to individuals and federal agencies, government-wide initiatives aimed at eliminating unnecessary collection, use, and display of SSN have been underway since OMB required agencies to review their SSN practices in 2007.

In addition, the Privacy Act provides that: "It shall be unlawful for any federal, state or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security account number." Pub. L. No. 93–579, § 7. This provision does not apply to: (1) any disclosure which is required by federal statute; or (2) any disclosure of an SSN to any federal, state, or local agency maintaining a system of records in existence and operating before January 1, 1975, if such disclosure was required under statute or regulation adopted prior to such date to verify the identity of an individual. *Id.* at § 7(a)(2)(A)-(B).

**Section 4.4(d)** ☒ Yes ☐ No ☐ N/A Does the system or project maintain SSNs?

**Section 4.4(e)** ☒ Yes ☐ No ☐ N/A Are there any alternatives to the SSNs as a personal identifier?

**Section 4.4(f)** ☐ Yes ☒ No ☐ N/A Will an individual be denied any right, benefit, or privilege provided by law if the individual refuses to disclose their SSN? If yes, please check the applicable box::

☐ SSN disclosure is required by Federal statute or Executive Order. ; or

☐ the SSN is disclosed to any federal, state, or local agency maintaining a system of records in existence and operating before January 1, 1975, and disclosure was required under statute or regulation adopted prior to such date to verify the identity of an individual. *If checked, please provide the name of the system of records below.*

**Section 4.4(g)** ☐ Yes ☐ No ☒ N/A When the SSN is collected, are individuals given notice whether disclosure is mandatory or voluntary, the legal authority such number is solicited, and what uses will be made of it?

## First Amendment Activities

The Privacy Act provides that federal agencies "maintain no record describing how any individual exercises rights guaranteed by the First Amendment unless expressly authorized by

statute or by the individual about whom the record is maintained or unless pertinent to and within the scope of an authorized law enforcement activity." 5 U.S.C. § 552a(e)(7).

**Section 4.4(h)** ☐ Yes ☒ No Does the system or project maintain any information describing how an individual exercises their rights guaranteed by the First Amendment?

**Section 4.4(i)** If the system or project maintains information describing how an individual exercises their rights guaranteed by the First Amendment, do any of the following exceptions apply (the information may be maintained if any of the exceptions apply)?

☒ N/A (system or project does not maintain any information describing how an individual exercises their rights guaranteed by the First Amendment so no exceptions are needed)
☐ The individual about whom the information was collected or maintained expressly authorizes its collection/maintenance.
☐ The information maintained is pertinent to and within the scope of an authorized law enforcement activity.
☐ There is a statute that expressly authorizes its collection.

## Section 5: Maintenance, use, and sharing of the information

The following sections require a clear description of the system's or project's use of information.

### Section 5.1: Describe how and why the system or project uses the information it collects and maintains

Please describe all of the uses of the information types and groupings collected and maintained by the system or project (see Section 4.2), including a discussion of why the information is used for this purpose and how it relates to the mission of the bureau or office that owns the system.

*The information collected and maintained in the system is used for the following purposes: (1)Funds management for Federal Program Agencies to Recipient Organizations (2)Funds management on the Recipient Organization (RO) end .*

*The membership organization information determines which Agency or RO. All biographical and identifying numbers collected are for this purpose. This usage is consistent with the Bureau of Fiscal Service mission for Payment Management.*

**Collecting Information Directly from the Individual When Using it to Make Adverse Determinations About Them**

The Privacy Act requires that federal agencies "collect information to the greatest extent practicable directly from the subject individual when the information may result in adverse determinations about an individual's rights, benefits, and privileges under federal programs." 5 U.S.C. § 552a(e)(2).

**Section 5.1(a)** ☐ Yes ☒ No Is it possible that the information maintained in the system or by the project may be used by Treasury to make an adverse determination about an individual's rights, benefits, and privileges under federal programs (e.g., decisions about whether the individual will receive a financial benefit, get a clearance or access to a Treasury facility, obtain employment with Treasury)?

**Section 5.1(b)** ☐ Yes ☒ No Is it possible that Treasury will share information maintained in the system or by the project with a third party external to the Department that will use the information to make an adverse determination about an individual's rights, benefits, and privileges under federal programs?

**Section 5.1(c)** ☐ Yes ☐ No ☒ N/A If information could potentially be used to make an adverse determination about an individual's rights, benefits, and privileges under federal programs, does the system or project collect information (to the greatest extent practicable) directly from the individual?

**Data Mining**

As required by Section 804 of the Implementing the 9/11 Commission Recommendations Act of 2007 ("9-11 Commission Act"), Treasury reports annually to Congress on its data mining activities. For a comprehensive overview of Treasury's data mining activities, please review the Department's Annual Privacy reports available at: http://www.treasury.gov/privacy/annual-reports.

**Section 5.1(d)** ☐ Yes ☒ No Is information maintained in the system or by the project used to conduct "data-mining" activities as that term is defined in the Implementing the 9-11 Commission Act?

## Section 5.2: Ensuring accuracy, completeness, and timeliness of information collected, maintained, and shared

**Exemption from Accuracy, Relevance, Timeliness, and Completeness Requirements**

The Privacy Act requires that federal agencies "maintain all records which are used by the agency in making any determination about any individual with such accuracy, relevance, timeliness, and completeness as is reasonably necessary to assure fairness to the individual in the determination." 5 U.S.C. § 552a(e)(5). If a particular system of records meets certain requirements (including the NPRM process defined in Section 2 above), an agency may exempt the system of records (or a portion of the records) from this requirement.

**Section 5.2(a)** ☐ Yes ☒ No Is all or any portion of the information maintained in the system or by the project: (a) part of a system of records and (b) exempt from the accuracy, relevance, timeliness, and completeness requirements in sections (e)(5) of the Privacy Act?

## Computer Matching

The Computer Matching and Privacy Protection Act of 1988 amended the Privacy Act, imposing additional requirements when Privacy Act systems of records are used in computer matching programs.

Matching programs must be conducted pursuant to a matching agreement between the source and recipient agencies. The matching agreement describes the purpose and procedures of the matching **and** establishes protections for matching records.

**Section 5.2(b)** ☐ Yes ☒ No Is any of the information maintained in the system or by the project (a) part of a system of records and (b) used as part of a matching program?

**Section 5.2(c)** ☐ Yes ☐ No ☒ N/A Is there a matching agreement in place that contains the information required by Section (o) of the Privacy Act?

**Section 5.2(d)** ☐ Yes ☐ No ☒ N/A Are assessments made regarding the accuracy of the records that will be used in the matching program?

**Section 5.2(e)** ☐ Yes ☐ No ☒ N/A Does the bureau or office that owns the system or project independently verify the information, provide the individual notice and an opportunity to contest the findings, or obtain Data Integrity Board approval in accordance with Section (p) of the Privacy Act before taking adverse action against the individual?

## Ensuring Fairness in Making Adverse Determinations About Individuals

Federal agencies are required to "maintain all records which are used by the agency in making any determination about any individual with such accuracy, relevance, timeliness, and completeness as is reasonably necessary to assure fairness to the individual in the determination." 5 U.S.C. § 552a(e)(5). This requirement also applies when merging records from two or more sources where the merged records are used by the agency to make any determination about any individual.

**Section 5.2(f)** ☒ Yes ☐ No With respect to the information maintained in the system or by the project, are steps taken to ensure all information used to make a determination about an individual is maintained with such accuracy, relevance, timeliness, and completeness as is reasonably necessary to assure fairness to the individual in the determination?

## Merging Information About Individuals

**Section 5.2(g)** ☒ Yes ☐ No Is information maintained in the system or by the project merged with electronic or non-electronic information from internal or external sources (e.g., other files or systems)? ASAP information is also maintained in LDAP.

**Section 5.2(h)** ☐ Yes ☒ No ☐ N/A Once merged, is the information used in making determinations about individuals (e.g., decisions about whether the individual will receive a financial benefit or payment, get a clearance or access to a Treasury facility, obtain employment with Treasury, etc.)?

**Section 5.2(i)** ☒ Yes ☐ No ☐ N/A Are there documented policies or procedures for how information is merged?

**Section 5.2(j)** ☒ Yes ☐ No ☐ N/A Do the documented policies or procedures address how to proceed when partial matches (where some, but not all of the information being merged matches a particular individual) are discovered after the information is merged?

**Section 5.2(k)** ☐ Yes ☐ No ☒ N/A If information maintained in the system or by the project is used to make a determination about an individual, are steps taken to ensure the accuracy, relevance, timeliness, and completeness of the information as is reasonably necessary to assure fairness to the individual?

## Policies and Standard Operating Procedures or Technical Solutions Designed to Ensure Information Accuracy, Completeness, and Timeliness

**Section 5.2(l)** ☐ Yes ☐ No ☒ N/A If information maintained in the system or by the project is used to make any determination about an individual (even if it is an exempt system of records), are there documented policies or standard operating procedures for the system or project that address the accuracy, completeness, and timeliness of the information?

**Section 5.2(m)** ☐ Yes ☒ No Does the system or project use any software or other technical solutions designed to improve the accuracy, completeness, and timeliness of the information used to make an adverse determination about an individual's rights, benefits, and/or privileges (regardless of if it is an exempt system of records)?

## Accuracy, Completeness, and Timeliness of Information Received from the Source

**Section 5.2(n)** ☐ Yes ☒ No Did Treasury or the bureau receive any guarantee, assurance, or other information from any information source(s) regarding the accuracy, timeliness and completeness of the information maintained in the system or by the project?

## Disseminating Notice of Corrections of or Amendments to PII

**Section 5.2(o)** ☐ Yes ☐ No ☒ N/A Where feasible and appropriate, is there a process in place for disseminating corrections of or amendments to the PII maintained in the system or by the project to all internal and external information-sharing partners?

**Section 5.2(p)** ☐ Yes ☐ No ☒ N/A Where feasible and appropriate, does the process for disseminating corrections or amendments include notifying the individual whose information is corrected or amended?

## Section 5.3: Information sharing within the Department of the Treasury

**Internal Information Sharing**

**Section 5.3(a)** ☐ Yes ☒ No Is PII maintained in the system or by the project shared with other Treasury bureaus?

**Section 5.3(b)** ☒ Yes ☐ No Does the Treasury bureau or office that receives the PII limit access to those Treasury officers and employees who have a need for the PII in the performance of their official duties (i.e., those who have a "need to know")?

**Memorandum of Understanding (MOU)/Other Agreements Limiting Treasury's Internal Use/Disclosure of PII**

**Section 5.3(c)** ☐ Yes ☒ No ☐ N/A Is any of the PII maintained in the system or by the project subject to the requirements of a Memorandum of Understanding or other agreement (e.g., agreement with another federal or state agency that provided the information to the Treasury or subject to an international agreement or treaty) that limits or places conditions on Treasury's internal use, maintenance, handling, or disclosure of the PII?

## Section 5.4: Information sharing with external (i.e., outside Treasury) organizations and individuals

**External Information Sharing**

**Section 5.4(a)** ☐ Yes ☒ No Is PII maintained in the system or by the project shared with agencies, organizations, or individuals external to Treasury?

**Accounting of Disclosures**

**Section 5.4(b)** ☐ Yes ☐ No ☒ N/A With respect to records maintained in the system or by the project that are subject to the Privacy Act, do you maintain a paper or electronic log or other record of the date, nature, and purpose of each disclosure (not including intra-agency

disclosures and FOIA disclosures) of a record to any person or to another agency (outside of Treasury) and the name and address of the person or agency to whom the disclosure is made? *See* 5 U.S.C § 552a(c).

**Section 5.4(c)** ☐ Yes ☐ No ☒ N/A If you do not keep a running tabulation of every disclosure at the time it is made, are you able to reconstruct an accurate and complete accounting of disclosures so as to be able to respond to Privacy Act requests in a timely fashion?

**Section 5.4(d)** ☐ Yes ☐ No ☒ N/A With respect to records maintained in the system or by the project that are subject to the Privacy Act, do you retain the log or other record of the date, nature, and purpose of each disclosure, for at least five years or the life of the record, whichever is longer, after the disclosure for which the accounting is made?

**Section 5.4(e)** ☐ Yes ☒ No ☐ N/A With respect to records maintained in the system or by the project that are subject to the Privacy Act, does your bureau or office exempt the system of records (as allowed by the Privacy Act in certain circumstances) from the requirement to make the accounting available to the individual named in the record?

**Section 5.4(f)** ☐ Yes ☒ No ☐ N/A With respect to records maintained in the system or by the project that are subject to the Privacy Act, does your bureau or office exempt the system of records (as allowed by the Privacy Act in certain circumstances) from the requirement to inform any person or other agency about any correction or notation of dispute made by the agency of any record that has been disclosed to the person or agency if an accounting of the disclosure was made?

## Statutory or Regulatory Restrictions on Disclosure

**Section 5.4(g)** ☐ Yes ☒ No In addition to the Privacy Act, are there any other statutory or regulatory restrictions on the sharing of any of the PII maintained in the system or by the project (e.g., 26 U.S.C § 6103 for tax returns and return information)?

## Memorandum of Understanding Related to External Sharing

**Section 5.4(h)** ☐ Yes ☒ No ☐ N/A Has Treasury (including bureaus and offices) executed a Memorandum of Understanding, or entered into any other type of agreement, with any external agencies, organizations, or individuals with which/whom it shares PII maintained in the system or by the project?

## Memorandum of Understanding Limiting Treasury's Use or Disclosure of PII

**Section 5.4(i)** ☐ Yes ☒ No Is any of the PII maintained in the system or by the project subject to the requirements of a Memorandum of Understanding or other agreement (e.g., agreement with another federal or state agency, an international agreement or treaty, or contract with private vendor that provided the information to Treasury or one of its bureaus)

that limits or places conditions on Treasury's internal use or external (i.e., outside Treasury) sharing of the PII?

**Memorandum of Understanding Limiting External Party's Use or Disclosure of PII**

**Section 5.4(j)** ☐ Yes ☒ No Is any of the PII maintained in the system or by the project subject to the requirements of a Memorandum of Understanding or other agreement in which Treasury limits or places conditions on an external party's use, maintenance, handling, or disclosure of PII shared by Treasury?

**Obtaining Consent Prior to New Disclosures Not Included in the SORN or Authorized by the Privacy Act**

**Section 5.4(k)** ☐ Yes ☐ No ☒ N/A  Is the individual's consent obtained, where feasible and appropriate, prior to any **new** disclosures of previously collected records in a system of records (those not expressly authorized by the Privacy Act or contained in the published SORN (e.g., in the routine uses))?

# Section 6: Compliance with federal information management requirements

Responses to the questions below address the practical, policy, and legal consequences of failing to comply with one or more of the following federal information management requirements (to the extent required) and how those risks were or are being mitigated: (1) the Privacy Act System of Records Notice Requirement; (2) the Paperwork Reduction Act; (3) the Federal Records Act; (4) the E-Gov Act security requirements; and (5) Section 508 of the Rehabilitation Act of 1973.

## Section 6.1: Privacy Act System of Records Notice (SORN)

For collections of PII that meet certain requirements, the Privacy Act requires that the agency publish a SORN in the *Federal Register*.

**System of Records**

**Section 6.1(a)**  ☒ Yes ☐ No Does the system or project retrieve records about an individual using an identifying number, symbol, or other identifying particular assigned to the individual? (See items selected in Section 4.2 above).
(Treasury/Fiscal Service SORNs: https://fiscal.treasury.gov/privacy.html)

**Section 6.1(b)**  ☒ Yes ☐ No  ☐ N/A  Was a SORN published in the *Federal Register* for this system of records?

*002 Payment Records*

## Section 6.2: The Paperwork Reduction Act

The PRA requires OMB approval before a federal agency may collect standardized data from 10 or more respondents within a 12 month period. OMB requires agencies to conduct a PIA (i.e., PCLIA) when initiating, consistent with the PRA, a new electronic collection of PII for 10 or more persons (excluding agencies, instrumentalities, or employees of the federal government).

| Paperwork Reduction Act Compliance |
|---|
| **Section 6.2(a)** ☒ Yes ☐ No Does the system or project maintain information obtained from individuals and organizations who are not federal personnel or an agency of the federal government (i.e., outside the federal government)?<br><br>**Section 6.2(b)** ☒ Yes ☐ No ☐ N/A Does the project or system involve a new collection of information in identifiable form for 10 or more persons from outside the federal government?<br><br>**Section 6.2(c)** ☐ Yes ☐ No ☒ N/A Did the project or system complete an Information Collection Request ("ICR") and receive OMB approval? |

## Section 6.3: Records Management - NARA/Federal Records Act Requirements

Records retention schedules determine the maximum amount of time necessary to retain information in order to meet the needs of the project or system. Information is generally either disposed of or sent to the NARA for permanent retention upon expiration of this period.

| NARA Records Retention Requirements |
|---|
| **Section 6.3(a)** ☒ Yes ☐ No Are the records used in the system or by the project covered by NARA's General Records Schedules ("GRS") or Treasury/bureau Specific Records Schedule (SRS)?<br><br>**Section 6.3(b)** ☒ Yes ☐ No Did NARA approved a retention schedule for the records maintained in the system or by the project?<br><br>**Section 6.3(c)** ☐ Yes ☐ No ☒ N/A If NARA did not approve a retention schedule for the records maintained in the system or by the project and the records are not covered by NARA's GRS or Treasury/bureau SRS, has a draft retention schedule (approved by all applicable Treasury and/or Bureau officials) been developed for the records used in this project or system? |
| *All Treasury owned data maintained by this system is retained and destroyed in accordance with the Fiscal Service File Plan. All Treasury owned records schedules and categories within the Fiscal Service File Plan are approved by NARA.* |

## Section 6.4: E-Government Act/NIST Compliance

The completion of Federal Information Security Modernization Act (FISMA) Security Assessment & Authorization (SA&A) process is required before a federal information system may receive Authority to Operate ("ATO"). Different security requirements apply to National Security Systems.

| Federal Information System Subject to FISMA Security Assessment and Authorization |
|---|
| **Section 6.4(a)** ☒ Yes ☐ No ☐ N/A Is the system a federal information system subject to FISMA requirements?<br><br>**Section 6.4(b)** ☒ Yes ☐ No ☐ N/A Has the system or project undergone a SA&A and received an ATO? |

| Access Controls and Security Requirements |
|---|
| **Section 6.4(c)** ☒ Yes ☐ No Does the system or project include access controls to ensure limited access to information maintained by the system or project? |

| Security Risks in Manner of Collection |
|---|
| **Section 6.4(d)** ☐ Yes ☒ No In Section 4.3 above, you identified the sources for information used in the system or project and the method and manner of collection. Were any security, privacy, or civil liberties risks identified with respect to the manner in which the information is collected from the source(s)? |

| Security Controls When Sharing Internally or Externally |
|---|
| **Section 6.4(e)** ☒ Yes ☐ No ☐ N/A Are all Treasury/bureau security requirements met in the method of transferring information (e.g., bulk transfer, direct access by recipient, portable disk, paper) from the Treasury project or system to internal or external parties? |

| Monitoring of Individuals |
|---|
| **Section 6.4(f)** ☒ Yes ☐ No Will this system or project have the capability to identify, locate, and monitor individuals or groups of people? |

| Audit Trails |
|---|
| **Section 6.4(g)** ☒ Yes ☐ No Are audit trails regularly reviewed for appropriate use, handling, and disclosure of PII maintained in the system or by the project inside or outside of the Department? |

## Section 6.5: Section 508 of the Rehabilitation Act of 1973

When federal agencies develop, procure, maintain, or use Electronic and Information Technology ("EIT"), Section 508 of the Rehabilitation Act of 1973 (as amended in 1998) requires that individuals with disabilities (including federal employees) must have access and use (including privacy policies and directives as well as redress opportunities) that is comparable to that which is available to individuals who do not have disabilities.

| Applicability of and Compliance With the Rehabilitation Act |
|---|

| |
|---|
| **Section 6.5(a)** ☐ Yes ☒ No Will the project or system involve the development, procurement, maintenance or use of EIT as that term is defined in Section 508 of the Rehabilitation Act of 1973 (as amended in 1998)?<br><br>**Section 6.5(b)** ☒ Yes ☐ No ☐ N/A Does the system or project comply with all Section 508 requirements, thus ensuring that individuals with disabilities (including federal employees) have access and use (including access to privacy and civil liberties policies) that is comparable to that which is available to individuals who do not have disabilities? |

# Section 7: Redress

| Access Under the Freedom of Information Act and Privacy Act |
|---|
| **Section 7.0(a)** ☒ **Yes** ☐ No Does the agency have a published process in place by which individuals may seek records under the Freedom of Information Act and Privacy Act? |
| ***The Treasury FOIA and PA disclosure regulations can be found at 31 C.F.R. Part 1, Subtitle A, Subparts A and C.*** |

| Privacy Act Access Exemption |
|---|
| **Section 7.0(b)** ☐ Yes ☒ No Was any of the information that is maintained in system of records and used in the system or project exempted from the access provisions of the Privacy Act? |

| Additional Redress Mechanisms |
|---|
| **Section 7.0(c)** ☐ Yes ☒ No With respect to information maintained by the project or system (whether or not it is covered by the Privacy Act), does the bureau or office that owns the project or system have any additional mechanisms other than Privacy Act and FOIA remedies (e.g., a customer satisfaction unit; a complaint process) by which an individual may request access to and/or amendment of their information and/or contest adverse determinations about denial of their rights, benefits, and privileges under federal programs |

| (e.g., decisions about whether the individual will receive a financial benefit, get a clearance or access to a Treasury facility, obtain employment with Treasury)? |
| --- |
|  |