# Exhibit G

1

```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
                           SOUTHERN DIVISION
 _____
                                )
 AMERICAN FEDERATION OF          )
 TEACHERS, et al.,               )
                                 )
              Plaintiffs,        )
                                 )
     v.                          )  Case No. 8:25-cv-00430-DLB
                                 )
 SCOTT BESSENT, et al.,          )
                                 )
              Defendants.        )
 _____)

                                     Greenbelt, Maryland
                                     February 19, 2025
                                     10:11 a.m.


                            MOTIONS HEARING
                BEFORE THE HONORABLE DEBORAH L. BOARDMAN
                     United States District Judge


                        A P P E A R A N C E S

 ON BEHALF OF THE PLAINTIFFS:

     MUNGER, TOLLES & OLSON LLP
     601 Massachusetts Avenue, N.W., Suite 500 E
     Washington, D.C.  20001
     BY:  XIAONAN APRIL HU, ESQUIRE
          (202) 220-1123
          april.hu@mto.com

                             (Continued)




                        PATRICIA KLEPP, RMR
                    Federal Official Court Reporter
                    6500 Cherrywood Lane, Suite 200
                      Greenbelt, Maryland  20770
                           (301) 344-3228
```

```
 1                    A P P E A R A N C E S (Cont'd)

 2   ON BEHALF OF THE PLAINTIFFS: (Continued)

 3       MURPHY ANDERSON PLLC
         1401 K Street, N.W., Suite 300
 4       Washington, DC  20005
         BY:  MARK HANNA, ESQUIRE
 5            (202) 223-2620
              mhanna@murphypllc.com
 6
         PROTECT DEMOCRACY
 7       2020 Pennsylvania Avenue, N.W., Suite 163
         Washington, D.C.  20006
 8       BY:  KRISTY PARKER, ESQUIRE
              (202) 424-9906
 9            kristy.parker@protectdemocracy.org

10   ON BEHALF OF THE DEFENDANTS:

11       UNITED STATES DEPARTMENT OF JUSTICE
         Civil Division, Office of the Assistant Attorney General
12       950 Pennsylvania Avenue, N.W.
         Washington, D.C.  20530
13       BY:  EMILY MARGARET HALL, TRIAL ATTORNEY
              (202) 307-6482
14            emily.hall@usdoj.gov

15       UNITED STATES DEPARTMENT OF JUSTICE
         Civil Division, Federal Programs Branch
16       Poc Agostinho, Jean
         1100 L Street, N.W., Suite 8142
17       Washington, D.C.  20530
         BY:  ELIZABETH J. SHAPIRO, DEPUTY DIRECTOR
18            (202) 307-0340
              elizabeth.shapiro@usdoj.gov
19
         UNITED STATES ATTORNEY'S OFFICE
20       36 S. Charles Street, 4th Floor
         Baltimore, Maryland  21201
21       BY:  ARIANA WRIGHT ARNOLD, ASSISTANT U.S. ATTORNEY
              (410) 209-4813
22            ariana.arnold@usdoj.gov

23   ALSO PRESENT:

24       CHRISTOPHER HEALY, SENIOR ADVISOR TO THE GENERAL COUNSEL,
           DEPARTMENT OF THE TREASURY
25
```

| | |
|---|---|
| 1 | MS. HALL: Your Honor, we might invoke the routine use |
| 2 | exception as an alternative. |
| 3 | THE COURT: Understood, but -- |
| 4 | MS. HALL: Yes, Your Honor. |
| 5 | THE COURT: -- if the facts prove that these were |
| 6 | employees, you would be relying on the need to know exception. |
| 7 | MS. HALL: Yes, Your Honor. |
| 8 | THE COURT: Okay. |
| 9 | All right. Well, listen, let's just -- let's talk |
| 10 | about it since you're here, and I'll ask the plaintiff some |
| 11 | follow-up questions. |
| 12 | I didn't see any discussion of compatibility. Did you |
| 13 | not address that because you didn't think the routine use |
| 14 | exception applies or because you don't have any good arguments |
| 15 | on compatibility? |
| 16 | MS. HALL: Your Honor, it was because we don't believe |
| 17 | that the routine use exception applies here. |
| 18 | THE COURT: All right. Do you have any arguments on |
| 19 | compatibility that you want to share with me? |
| 20 | MS. HALL: So Your Honor, I don't have the PIAs in |
| 21 | front of me, so to the extent that analyzing the text of those |
| 22 | is particularly important on compatibility, I'm not prepared to |
| 23 | make specific representations about the PIAs. |
| 24 | But Your Honor, I think that when the government is |
| 25 | collecting a lot of this data, part of the reason that the |

```
 1                CERTIFICATE OF OFFICIAL REPORTER
 2       I, Patricia Klepp, Registered Merit Reporter, in and for
 3   the United States District Court for the District of Maryland,
 4   do hereby certify, pursuant to 28 U.S.C. § 753, that the
 5   foregoing is a true and correct transcript of the
 6   stenographically-reported proceedings held in the above-entitled
 7   matter and the transcript page format is in conformance with the
 8   regulations of the Judicial Conference of the United States.
 9                         Dated this 23rd day of February, 2025.
10
11
                          _____/s/_____
12                        PATRICIA KLEPP, RMR
                          Official Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25
```