# Exhibit I

DOGE   DOGE employees   DOGE cuts   DOGE legality   Trump administration lawsuits

# Who's working for Elon Musk's DOGE?

Elite lawyers, a ketamine company worker and young software engineers are part of the team tasked with trimming the federal government.

Updated March 5, 2025

🎧 14 min          806

By Yeganeh Torbati, Rachel Lerman, Todd C. Frankel and Faiz Siddiqui

**Latest update:** Five new DOGE staffers have been confirmed.

Billionaire Elon Musk's U.S. DOGE Service has ricocheted across Washington identifying spending cuts, accessing public data and screening federal workers in a chaotic blitz that critics have blasted as illegal.

"We are moving fast, so we will make mistakes," Musk said in an Oval Office appearance on Feb. 11, adding that "we will fix the mistakes very quickly."

But who is "we"?

Musk asserted that no "organization has been more transparent than the DOGE organization," a commission President Donald Trump established within the White House, but neither Musk nor Trump officials has provided much public information about DOGE's structure, operations or workforce.

DOGE staff member Katie Miller referred questions to the White House. White House spokesman Harrison Fields said in a statement provided by email that its work falls under the Presidential Records Act, which shields presidential records from public disclosure until five years after the president leaves office. Fields declined to respond to detailed questions.

DOGE's work "aligns with its purpose to advise and assist the President on how to make government more efficient," Fields said.

The Washington Post assembled the following list of people who work in connection with DOGE, as well as Musk allies who now control key nerve centers in Washington. Much about them remains unknown: exact titles, precise roles — in some cases, even which agencies they work for. The list reflects available information, including ties to Musk, if any.

These workers were identified through agency records obtained by The Post and interviews with at least a dozen federal workers who shared details of their interactions. The Post then scoured public records and social media profiles to learn more about them and attempted to contact them directly or through their workplaces. It is being updated periodically as new information comes to light.

 Background or role

 25 or younger

 Link to Musk

 Government experience

Here's what we know so far:

# Office of Personnel Management

Independent agency that serves as the human resources department for millions of federal workers. OPM issued the controversial "deferred resignation" offer in an email with a subject line that Musk has used in the past: "A Fork in the Road."

The Post was able to identify five Musk allies at the agency:

## Amanda Scales

 Chief of staff

 xAI

Amanda Scales came from Musk's artificial intelligence company, xAI, where she worked for a few months in recruiting. Previously, she worked in talent acquisition at Uber, according to her LinkedIn profile, and the venture capital firm Human Capital, which was co-founded by Musk ally Baris Akis, a Turkish-born venture capitalist.

## Brian Bjelde

 Senior adviser

 SpaceX

Brian Bjelde is a veteran SpaceX human resources executive. Bjelde was one of several leaders at Musk companies sued by former Twitter workers for allegedly neglecting to make severance payments after they were fired when Musk bought the social media company. The lawsuit is ongoing.

  Expert

  SpaceX

Stephen Duarte has worked in human resources for SpaceX, according to his LinkedIn.

## Christina Hanna

  Expert

  SpaceX

Christina Hanna has worked as a senior manager for human resources at SpaceX for almost nine years, according to her LinkedIn profile.

## Bryanne-Michelle Mlodzianowski

  Expert

  SpaceX

Bryanne-Michelle Mlodzianowski has worked as an HR director at SpaceX, according to her LinkedIn.

# General Services Administration

Independent agency that provides support, supplies and office space to federal agencies, now a hub for Musk's efforts to corral federal technology and shed government real estate. The director of the GSA's Technology Transformation Services unit, a Musk ally and Tesla alumnus, has described those staffers as "Swiss army knives" who can work across agencies. A GSA spokeswoman, Stephanie Joseph, said in an email that the agency's "founding purpose is to deliver effective and efficient government for the American people, and our agency will work closely with the DOGE team in fulfillment of our mission."

The Post was able to identify two DOGE allies at the agency:

## Stephen Ehikian

  Acting administrator and deputy administrator

Stephen Ehikian's previous work in Silicon Valley, including at Salesforce. He also co-founded a company, Arkifi.ai, which used artificial intelligence to create customer service agents for e-commerce companies.

## Thomas Shedd

   Director of Technology Transformation Services

   Tesla

Thomas Shedd spent eight years working at Tesla as a software engineer.

# Treasury Department

Cabinet-level agency that manages the nation's finances, including collecting taxes and making more than $5 trillion in payments annually.

## Tom Krause

   Fiscal assistant secretary

Tom Krause is a Musk ally and the chief executive of Cloud Software Group, a holding company that resulted from a private-equity transaction combining Citrix and TIBCO, two software companies. He told his employees in early February that he would keep his job at the company even as he works at Treasury, according to an email the company shared with The Post. He oversees Treasury's Bureau of the Fiscal Service (BFS), replacing veteran civil servant David A. Lebryk, who resigned after a dispute with Musk surrogates, including Krause, over access to sensitive payment systems.

## Marko Elez

   Former DOGE staffer at the Treasury Department

   SpaceX

   25 or younger

Marko Elez was a DOGE staffer at the Treasury Department who gained access to the sensitive BFS payment systems. He resigned in February after the Wall Street Journal linked him to a social media account that had made racist posts. Musk said he would be rehired, and later in February, his email appeared in a DOGE employee directory. He was also listed under a separate email address in a Social Security Administration email directory.

# Other agencies

Federal agencies have a DOGE team lead to "advise their respective Agency Heads on implementing the President's DOGE Agenda," according to the executive order that established DOGE in January. Here are a few advisers whom The Post has identified within agencies, though it is unclear whether they are team leads.

## Nate Cavanaugh

 Adviser at GSA

Nate Cavanaugh, an adviser to Shedd at GSA, is an entrepreneur who has founded multiple start-ups. He co-founded intellectual property management start-up Brainbase at the age of 19 before dropping out of Indiana University, according to a 2021 Forbes "30 Under 30" profile. His LinkedIn page lists him as co-founder and chairman of FlowFi, an accounting software company.

## Justin Fulcher

 Senior adviser at the Department of Veterans Affairs

Justin Fulcher, adviser at the Department of Veterans Affairs, is an entrepreneur and the co-founder of RingMD, a digital health-care platform.

## Scott Langmack

 Senior adviser at Housing and Urban Development

Scott Langmack is a senior adviser at the Department of Housing and Urban Development, which provides housing assistance for the poor and oversees national housing policy. Langmack previously worked as the chief operating officer of Kukun, an AI-powered property technology platform for homeowners and real estate investors, according to his LinkedIn.

# U.S. DOGE Service

Body established within the Executive Office of the President to house Musk's cost-cutting initiative, known as the Department of Government Efficiency. It replaces the U.S. Digital Service, which was launched by President Barack Obama.

# Key officials at DOGE

| | |
|---|---|
|  | Administrator |
|  | U.S. Digital Service, DOGE's predecessor agency |

Amy Gleason is administrator of the U.S. DOGE Service, according to a White House official. She is former chief product officer at Russell Street Ventures, founded by health-care entrepreneur Brad Smith, a key DOGE leader. Before that she worked for the U.S. Digital Service, DOGE's predecessor agency, during Trump's first term.

## Steve Davis

| | |
|---|---|
|  | Leader |
|  | Boring Co. |

Steve Davis is president of Musk's tunneling company, Boring Co. He is one of Musk's most trusted deputies and oversaw cost-cutting at the social media platform Twitter, which Musk bought in 2022 and renamed X.

## Brad Smith

| | |
|---|---|
|  | Leader |
|  | Centers for Medicare and Medicaid Services |

Brad Smith is a health-care entrepreneur and Rhodes Scholar who served in Trump's first administration as head of the office devoted to Medicare and Medicaid innovations.

## Katie Miller

| | |
|---|---|
|  | DOGE staffer |
|  | Vice President Mike Pence's office, Department of Homeland Security |

Katie Miller served as press secretary and communications director for former vice president Mike Pence. She is also the wife of Trump deputy chief of staff <u>Stephen Miller.</u> Though she previously fielded media requests for DOGE, Miller said in a text in mid-February that she doesn't do communications.

# Engineers at DOGE

## Alexandra Beynon

 Engineering

Alexandra "Aly" Beynon is a former Goldman Sachs engineer who recently worked at Mindbloom, her husband's start-up for at-home ketamine therapy.

## Riccardo Biasini

 Engineering

Boring Co.

Riccardo Biasini has worked as an engineering director at the Boring Co.

## Akash Bobba

 Engineering

 25 or younger

Akash Bobba is an engineer who graduated from the University of California at Berkeley, according to CNN and Wired, and interned at Meta and Palantir. A former classmate, recounting a blunder in which he deleted crucial computer code during a project, said Bobba stepped in and "rewrote everything from scratch in one night — better than before." "I trust him with everything I own," he wrote on X.

## Edward Coristine

 Engineering

 Neuralink

 25 or younger

Edward Coristine worked briefly for Musk's brain chip start-up Neuralink and is now posted to agencies including the State Department and the Department of Homeland Security. Known online as "Big Balls," Coristine has attracted widespread attention, including for his reported firing from a previous job at a cybersecurity firm for allegedly leaking company information to a competitor, detailed in a Bloomberg News story.

## Luke Farritor

 Engineering

 SpaceX

25 or younger

Luke Farritor attended the University of Nebraska and was the cowinner of a prestigious $700,000 prize for decoding a Roman scroll.

## Gautier Cole Killian

 Engineering

 25 or younger

Gautier "Cole" Killian studied math and computer science at McGill University and recently worked at Jump Trading, an algorithmic financial trading firm.

## Gavin Kliger

 Engineering

 25 or younger

Gavin Kliger is a software engineer and one of the DOGE employees involved in shutting down USAID. Kliger is now working at the IRS on behalf of DOGE, with the title of "senior adviser to the acting IRS commissioner," according to two people familiar with the matter who spoke on the condition of anonymity to share details. His LinkedIn previously stated that until January he worked as a senior software engineer at Databricks, an AI-focused data software firm. He worked briefly at Twitter in 2019, before Musk bought the platform. Kliger also said on his LinkedIn profile that he is a now "senior adviser to the director for technology and delivery" at the Office of Personnel Management. His LinkedIn profile appears to have been recently taken offline.

## Nikhil Rajpal

 Engineering

Nikhil Rajpal is a software engineer, according to Wired. Before joining the DOGE effort, he worked for Twitter (before Musk's acquisition) and did design work for Tesla, the publication said. "As an undergraduate, Rajpal was the leader of a libertarian-aligned student group advocating for 'minimal government, free markets, sound money, nonintervention, and maximum individual liberty,'" Wired reported.

## Ethan Shaotran

 Engineering

 Runner-up in an xAI hackathon

 25 or younger

Ethan Shaotran attended Harvard University and was a runner-up in a hackathon run by xAI, Musk's artificial intelligence company.

## Christopher Stanley

 Engineering

 X and SpaceX

 State government role in Kentucky

Christopher Stanley has worked at both X and SpaceX in security engineering, according to his LinkedIn profile. In a past role, he worked on technical infrastructure for the state of Kentucky. On his X account, Stanley has posted about helping to release the pardoned Jan. 6 rioters. And he recently wrote: "We should do a "Daily DOGE" of all the insane stuff being cut. Would be epic."

## Jordan Wick

 Engineering

Jordan Wick attended the Massachusetts Institute of Technology and then worked as a software engineer at Waymo, a self-driving-car company.

## Ryan Wunderly

 Engineering

Created with Datawrapper

Ryan Wunderly is at the Department of the Treasury as a senior advisor for information technology and modernization, according to a February court filing signed by a Trump administration official. Someone by that name has worked as a robotics engineer at Anduril Industries, whose founder Palmer Luckey is a Trump supporter. Wunderly and Anduril did not respond to an email requesting comment.

# Lawyers at DOGE

## Jacob Altik

  Law

  Former law clerk for two federal judges

Jacob Altik has a DOGE email address. ProPublica identified him as a lawyer who recently worked at law firm Weil, Gotshal & Manges as an associate. His LinkedIn profile shows he graduated University of Michigan's law school in 2021 and clerked for two federal judges. Altik has been selected to serve as a clerk for Supreme Court Justice Neil M. Gorsuch starting later this year, according to an announcement from his law school.

## James Burnham

  Law

  Department of Justice, former Supreme Court law clerk

James Burnham is a former Jones Day attorney who clerked for Supreme Court Justice Neil M. Gorsuch. More recently, Burnham founded a firm that invests in litigation, called Vallecito Capital.

## Keenan Kmiec

  Law

  Former law clerk for a federal judge and the Supreme Court

Keenan Kmiec is a lawyer who clerked for Samuel A. Alito Jr. when the Supreme Court justice was a federal judge. He also clerked for Chief Justice John G. Roberts Jr. Kmiec ran his own law firm for 10 years with a partner, which worked on insider-trading litigation. Afterward, he worked with crypto and non-fungible tokens, serving as chief executive of a now-shuttered NFT start-up.

### Noah Peters

 Law

 Federal Labor Relations Authority

Noah Peters is an attorney who worked at the Federal Labor Relations Authority. It says on his LinkedIn profile that he has worked since January as a senior adviser at OPM.

### Jeremy P. Lewin

 Law

 Former law clerk for the D.C. Circuit Court

Jeremy P. Lewin is an attorney who has worked in California and previously clerked for a judge on the D.C. Circuit, according to an online biography. At one point, he advised Ukrainian President Volodymyr Zelensky, according to the biography. An internal directory seen by The Post shows that he is working at the National Institutes of Health.

### Austin Raynor

 Law

 Department of Justice

Austin Raynor is a lawyer who previously clerked for Supreme Court Justice Clarence Thomas, according to Business Insider, and served as an assistant to the solicitor general at the Justice Department. He was a member of the Federalist Society while in law school at the University of Virginia. According to a recent bio online, he worked at the Pacific Legal Foundation, which "defends Americans' liberty pro bono against government overreach and abuse."

## Others at DOGE

### Anthony Armstrong

 Finance

 Twitter/X

Anthony Armstrong has worked as vice chairman for investment banking at Morgan Stanley and is the former director of the U.S. Ski Mountaineering Association.

 Operations

 Boring Co.

Jennifer Balajadia works closely with Musk as a top assistant and has been a manager at his tunneling company, Boring Co.

## Stephanie Holmes

 Human Resources

Stephanie Holmes started her own consulting firm, BrighterSideHR, according to 404 Media, which identified her as a DOGE staffer. She is an attorney who has represented employers in labor cases. Holmes has worked with Philanthropy Roundtable on its True Diversity initiative, including writing a paper stating that "DEI may be creating legal liability for companies and having a counterproductive impact on work environments."

## Erica Jehling

 Environmental Protection Agency

 SpaceX

Erica Jehling has worked at SpaceX and is now working at the Environmental Protection Agency, according to a person with knowledge of the appointment.

## Kendall Lindemann

 Finance

 25 or younger

Kendall Lindemann, 24, is a former college swimmer at the University of Tennessee who has worked as a McKinsey analyst and as an associate at Russell Street Ventures, a firm founded by another DOGE member, Brad Smith.

## Kathryn Loving

 Environmental Protection Agency

Kathryn Loving is the sister of CJ and Brian Armstrong, according to a public LinkedIn profile. She has worked as director at Ginkgo Bioworks, a biotechnology company. She is working at the Environmental Protection Agency, according to a person with knowledge of the appointment.

## Adam Ramada

 Finance

Adam Ramada has been identified as a Miami venture capital investor by Business Insider.

## Rachel Riley

 Department of Health and Human Services

Rachel Riley previously worked at McKinsey and is now working at the Department of Health and Human Services, according to eight current and former officials. An internal directory seen by The Post in March showed that she was working at the National Institutes of Health, which is under HHS.

## Chris Young

 Politics

Chris Young is described by the New York Times as a political strategist who recently worked at the trade organization PhRMA and previously worked for the Republican National Committee. The National Treasury Employees Union said in a court filing that he was recently added to the staff directory of the Consumer Financial Protection Bureau.

## Help us report on DOGE

The Washington Post wants to hear from people with knowledge of DOGE activities at federal agencies. You can contact our reporters by email or Signal encrypted message:

**Faiz Siddiqui:** faiz.siddiqui@washpost.com or 513-659-9944 on Signal.

**Yeganeh Torbati:** yeganeh.torbati@washpost.com or yjtorbati.94 on Signal.

**Todd Frankel:** todd.frankel@washpost.com or tcfrankel.18 on Signal.

**Rachel Lerman:** rachel.lerman@washpost.com or rachellerman.55 on Signal.

Read more about how to use Signal and other ways to securely contact The Post.

*Additional reporting and research by Alice Crites, Scott Dance, Emily Davies, Chris Dehghanpoor, Dan Diamond, Danielle Douglas-Gabriel, Evan Halper, John Hudson, Maxine Joselow, Dan Lamothe, Carol Leonnig, Jeremy Merrill, Razzan Nakhlawi, Hannah Natanson, Aaron Schaffer, Rachel Siegel, Isaac Stanley-Becker, Jeff Stein and Cat Zakrzewski. Editing by Evelyn Larrubia, Sarah Frostenson and Lori Montgomery.*

**What readers are saying**

The comments express significant concern over the transparency and qualifications of Elon Musk's DOGE organization. Many commenters highlight the lack of transparency, with some describing it as a coup or a dismantling of the government. There is a strong sentiment that the team... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.