# Exhibit J

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                     SOUTHERN DIVISION

 3   AMERICAN FEDERATION OF TEACHERS,  )
     et al.,                           )
 4                                     )
             Plaintiffs                )
 5       vs.                           )
                                       ) CIVIL NO.:
 6   SCOTT BESSENT in his Official     ) 8:25-cv-00430-DLB
     Capacity as Secretary of the      )
 7   Treasury, et al.,                 )
                                       )
 8           Defendants.               )
     _____)
 9

10                                     Greenbelt, Maryland
                                       February 26, 2025
11

12              TRANSCRIPT OF PROCEEDINGS
                    STATUS CONFERENCE
13         BEFORE THE HONORABLE DEBORAH L. BOARDMAN
                    Via Teleconference
14

15   For the Plaintiffs:

16       XIAONAN APRIL HU, Esquire
         Munger, Tolles & Olson LLP
17       601 Massachusetts Ave. NW, Suite 500E
         Washington, DC 20001
18
         JOHN L. SCHWAB, Esquire
19       Munger, Tolles & Olson LLP
         355 S. Grand Avenue
20       Los Angeles, CA 90071

21       CARSON J. SCOTT, Esquire
         Munger, Tolles & Olson LLP
22       560 Mission Street, 27th Floor
         San Francisco, CA 94105
23
         MARK HANNA, Esquire
24       Murphy Anderson PLLC
         1401 K St NW, Suite 300
25       Washington, DC 20005
```

```
 1                  A P P E A R A N C E S (Cont'd)

 2    For the Plaintiffs:

 3         LAURENCE M. SCHWARTZTOL, Esquire
           Democracy and Rule of Law Clinic
 4         Harvard Law School
           1525 Massachusetts Avenue
 5         Cambridge, MA 02138

 6

 7    For the Defendants:

 8         EMILY M. HALL, Esquire
           Civil Division, Office of the Assistant Attorney General
 9         950 Pennsylvania Ave. NW
           Washington, DC 20530
10
           ELIZABETH J. SHAPIRO, Esquire
11         Department of Justice, Civil Division
           1100 L St. N.W., Suite 8142
12         Washington, DC 20530

13         ARIANA W. ARNOLD, Esquire
           U.S. Attorney's Office - District of Maryland
14         36 S. Charles Street, 4th Floor
           Baltimore, MD 21201
15

16

17              Proceedings Recorded by Audio Recording
                 Transcript Produced By Stenographic
18                  Computer-Aided Transcription

19

20

21

22

23

24

25
```

1   manifestly incomplete and would not facilitate meaningful
2   judicial review under the circumstances.
3           **THE COURT:**  Okay.  Ms. Hall, do you care to be heard
4   on this particular issue?
5           **MS. HALL:**  Your Honor, I think on this point, we
6   would still favor the -- on the first point that Ms. Hu raised,
7   we would be fine with the schedule of briefing on the 10th, the
8   13th and 14th in order to have a March 17th hearing.  That
9   schedule is acceptable to the Government.
10       As to the discovery issue, plaintiffs could argue about
11  the incompleteness of the administrative record in their merits
12  section of the preliminary injunction brief.  If they think
13  that the record that we have provided to sustain the agency's
14  decision is insufficient, that's the core of APA review.  So if
15  they believe that we have provided an insufficient basis for
16  the agency action, that would be a reason to grant the
17  preliminary injunction and enjoin the agency action.
18          **THE COURT:**  Ms. Hu.
19          **MS. HU:**  Your Honor, I think our concern here is that
20  we understand defendant's position to be they will assemble an
21  administrative record ex post facto where they get to decide
22  effectively what they want to give us.  But courts have been
23  clear that an agency "may not unilaterally determine what
24  constitutes the administrative record."  I can certainly
25  provide the Court with citations for that.

1      **MS. HU:**  Thank you, Your Honor.

2      (Proceedings concluded at 12:08 p.m.)

5              <u>CERTIFICATE OF OFFICIAL REPORTER</u>

7      I, Patricia G. Mitchell, RMR, CRR, do hereby certify
8  that the foregoing is a correct transcript of the
9  audio-recorded proceedings in the above-entitled matter, audio
10 recorded via FTR Gold on February 26, 2025, and transcribed
11 from the audio recording to the best of my ability and that
12 said transcript has been compared with the audio recording.

14     Dated this 3rd day of March 2024.

*Patricia G. Mitchell*
_____
Patricia G. Mitchell
Official Court Reporter