# Exhibit 1

Case 8:25-cv-00430-DLB     Document 62-1     Filed 03/13/25     Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, et al., <br><br> Defendants. | Case No. 8:25-cv-430-DLB |

## DECLARATION OF STEVEN MATTESON

1. My name is Steven Matteson. I am currently employed as an Executive Project Manager at the U.S. Department of Education, Federal Student Aid. I started serving in this role in February 2023. The following is based on my personal knowledge or information provided to me in the course of performing my duties.

2. On March 7, 2025, I conducted a system access audit for the National Student Loan Data System (NSLDS), the Common Origination and Disbursement (COD) system, the FUTURE Act System (FAS), and the Financial Management System (FMS), to identify whether user accounts belonging to DOGE team members had access to, or had accessed, any of those four systems.

3. The user account of only one DOGE team member, Mr. Adam Ramada, had access to any of the four systems.

4. Mr. Ramada's user account had access to only one system: FMS. The FMS access permissions assigned to Mr. Ramada's user account were substantially limited; his account could not access any personally identifiable information.

5. Mr. Ramada's user account only accessed FMS once, on February 4, 2025. Mr. Ramada's user account did not ever again access FMS after February 4, 2025. The system's default "user account inactivity" policy requires that user accounts log in at least

once every 30 days. Since Mr. Ramada's user account did not sign in again after February 4, 2025, his user account no longer has access to FMS.

6. According to my system audit, no other DOGE team member has ever had access to, or has ever accessed, any of the four systems.

***

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 10th day of March.

STEVEN MATTESON
Digitally signed by STEVEN MATTESON
Date: 2025.03.10 15:35:50 -05'00'

Steven Matteson