UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| American Federation of Teachers, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00430-DLB<br><br><br>Date:      March 17, 2025<br>Time:     10:30 a.m.<br>Place:    Greenbelt Courthouse<br>Judge:   Hon. Deborah Boardman |

**DECLARATION OF XIAONAN APRIL HU
IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION**

I, Xiaonan April Hu, declare as follows:

1. I am over the age of eighteen and legally competent to make this declaration. I am an attorney with Munger, Tolles & Olson LLP in Washington, D.C. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as **EXHIBIT A** is a true and correct copy of an excerpted transcript of the February 19, 2025 hearing on Plaintiffs' Motion for Temporary Restraining Order in this matter.

3. Attached hereto as **EXHIBIT B** is a true and correct copy of an excepted transcript of the March 13, 2025 hearing in *Am. Fed. of Gov't Employees, AFL-CIO v. U.S. Office of Personnel Mgmt.*, Case No. 25-cv-01780.

Executed this 14th day of March, 2025, at Washington, D.C.

        */s/Xiaonan April Hu*
        Xiaonan April Hu