# Exhibit A

```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
 2                          SOUTHERN DIVISION
     _____
 3                                  )
     AMERICAN FEDERATION OF          )
 4   TEACHERS, et al.,               )
                                     )
 5               Plaintiffs,         )
                                     )
 6      v.                           )   Case No. 8:25-cv-00430-DLB
                                     )
 7   SCOTT BESSENT, et al.,          )
                                     )
 8               Defendants.         )
     _____)
 9
                                     Greenbelt, Maryland
10                                   February 19, 2025
                                     10:11 a.m.
11

12                          MOTIONS HEARING
               BEFORE THE HONORABLE DEBORAH L. BOARDMAN
13                    United States District Judge

14
                         A P P E A R A N C E S
15
     ON BEHALF OF THE PLAINTIFFS:
16
         MUNGER, TOLLES & OLSON LLP
17       601 Massachusetts Avenue, N.W., Suite 500 E
         Washington, D.C.  20001
18       BY:  XIAONAN APRIL HU, ESQUIRE
              (202) 220-1123
19            april.hu@mto.com

20                          (Continued)

21

22

23                     PATRICIA KLEPP, RMR
                   Federal Official Court Reporter
24                 6500 Cherrywood Lane, Suite 200
                     Greenbelt, Maryland  20770
25                         (301) 344-3228
```

```
 1                    A P P E A R A N C E S  (Cont'd)

 2   ON BEHALF OF THE PLAINTIFFS: (Continued)

 3        MURPHY ANDERSON PLLC
          1401 K Street, N.W., Suite 300
 4        Washington, DC  20005
          BY:   MARK HANNA, ESQUIRE
 5              (202) 223-2620
                mhanna@murphypllc.com
 6
          PROTECT DEMOCRACY
 7        2020 Pennsylvania Avenue, N.W., Suite 163
          Washington, D.C.  20006
 8        BY:   KRISTY PARKER, ESQUIRE
                (202) 424-9906
 9              kristy.parker@protectdemocracy.org

10   ON BEHALF OF THE DEFENDANTS:

11        UNITED STATES DEPARTMENT OF JUSTICE
          Civil Division, Office of the Assistant Attorney General
12        950 Pennsylvania Avenue, N.W.
          Washington, D.C.  20530
13        BY:   EMILY MARGARET HALL, TRIAL ATTORNEY
                (202) 307-6482
14              emily.hall@usdoj.gov

15        UNITED STATES DEPARTMENT OF JUSTICE
          Civil Division, Federal Programs Branch
16        Poc Agostinho, Jean
          1100 L Street, N.W., Suite 8142
17        Washington, D.C.  20530
          BY:   ELIZABETH J. SHAPIRO, DEPUTY DIRECTOR
18              (202) 307-0340
                elizabeth.shapiro@usdoj.gov
19
          UNITED STATES ATTORNEY'S OFFICE
20        36 S. Charles Street, 4th Floor
          Baltimore, Maryland  21201
21        BY:   ARIANA WRIGHT ARNOLD, ASSISTANT U.S. ATTORNEY
                (410) 209-4813
22              ariana.arnold@usdoj.gov

23   ALSO PRESENT:

24        CHRISTOPHER HEALY, SENIOR ADVISOR TO THE GENERAL COUNSEL,
             DEPARTMENT OF THE TREASURY
25
```

1  have engineers who require access to those systems and who have
2  access to those systems.
3          THE COURT:  Okay, all right.
4          So one of the issues that the plaintiffs point out
5  with this particular SORN is that the disclosure of the
6  information with personal identifiers in the EHRI is for use in
7  computer matching, and the statute defines computer matching,
8  requires a computer matching agreement, shall not be effective
9  until 30 days after it's made.
10         Is there a computer matching agreement?
11         MS. HALL:  Your Honor, I'm not aware of a computer
12 matching agreement with what would presumably be the USDS.  I
13 will -- Plaintiffs have suggested that a matching agreement
14 could not possibly be in place.  I will say that the
15 United States Digital Service, which is the office that
16 United States DOGE Service has renamed, did exist more than
17 30 days ago, but I am not aware of a computer matching agreement
18 with USDS.  And Plaintiffs have not identified what other agency
19 would need a computer matching agreement, again, because I think
20 these individuals are in fact employees of their home agencies.
21         Or -- I'm sorry, Your Honor; I'd like to correct what
22 I just said.  When I say "home agencies," I mean the agencies
23 that are named in the complaint.
24         THE COURT:  All right, okay.  Okay.
25         So let's talk about irreparable harm.  It's related to

```
 1              CERTIFICATE OF OFFICIAL REPORTER
 2       I, Patricia Klepp, Registered Merit Reporter, in and for
 3   the United States District Court for the District of Maryland,
 4   do hereby certify, pursuant to 28 U.S.C. § 753, that the
 5   foregoing is a true and correct transcript of the
 6   stenographically-reported proceedings held in the above-entitled
 7   matter and the transcript page format is in conformance with the
 8   regulations of the Judicial Conference of the United States.
 9                       Dated this 23rd day of February, 2025.
10
11
                     _____/s/_____
12                   PATRICIA KLEPP, RMR
                     Official Court Reporter
13
```