# Exhibit B

Case 8:25-cv-00430-DLB   Document 63-3   Filed 03/14/25   Page 1 of 5

```
                                              Pages 1 - 59

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William Alsup, Judge

AMERICAN FEDERATION OF            )
GOVERNMENT EMPLOYEES, AFL-CIO,    )
et al.,                           )
                                  )
          Plaintiffs,             )
                                  )
   VS.                            )   NO. 25-cv-01780-WHA
                                  )
UNITED STATES OFFICE OF           )
PERSONNEL MANAGEMENT, et al.,     )
                                  )
          Defendants.             )
_____)

                                  San Francisco, California
                                  Thursday, March 13, 2025

                  TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiffs:
                     ALTSHULER BERZON LLP
                     177 Post Street, Suite 300
                     San Francisco, CA  94108
                BY:  DANIELLE EVELYN LEONARD, ATTORNEY AT LAW
                     STACEY M. LEYTON, ATTORNEY AT LAW
                     EILEEN B. GOLDSMITH, ATTORNEY AT LAW

                     STATE DEMOCRACY DEFENDERS ACTION
                     2022 Columbia Road, NW, Suite 214
                     Washington, DC 20009-1309
                BY:  NORMAN L. EISEN, ATTORNEY AT LAW


           (APPEARANCES CONTINUED ON THE NEXT PAGE.)


REPORTED REMOTELY BY:  Kendra A. Steppler, RPR, CRR
                       Official United States Reporter
```

<u>APPEARANCES:</u> (Continued)

                STATE OF WASHINGTON ATTORNEY GENERAL
                1125 Washington Street SE
                Olympia, WA 98501-2283
      BY:  TERA M. HEINTZ, ATTORNEY AT LAW

For Defendants:

                UNITED STATES ATTORNEY'S OFFICE
                450 Golden Gate Avenue, Box 36055
                San Francisco, CA 94102
      BY:  KELSEY J. HELLAND, ASST. U.S. ATTORNEY

```
 1  available to be cross-examined, just like all of the other
 2  Government witnesses that we tried to present to the Court to
 3  have the truth of what has happened come out and that they have
 4  refused and blocked from appearing here.  They have not
 5  presented --
 6          THE COURT:  I tend to agree with you on that.  And the
 7  Government, I believe, has tried to frustrate the Judge's
 8  ability to get at the truth of what happened here and then set
 9  forth sham declarations to -- a sham declaration -- they
10  withdrew it, then substitutes another.  That's not the way it
11  works in the U.S. District Court.  I'm going to talk to the
12  Government about that in a minute.
13       I had expected to have an evidentiary hearing today in
14  which these people would testify.  And if they wanted to get
15  your people on the stand, I was going to make that happen too.
16  It would be fair.  But, instead, we've been frustrated in that.
17       But I still -- we're here on a preliminary injunction.
18  And if you want me to just wait until months go by, until we
19  ever get the evidentiary hearing, I will do that.  But we do
20  have a record here, and I'd like to hear your views on what
21  relief should be issued today -- T-O-D-A-Y -- today.
22          MS. LEONARD:  Thank you, Your Honor.
23       We are aligned in wanting that to happen, as well, and
24  believing that these issues are a distracting sideshow, however
25  important the truth is.
```

### CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Thursday, March 13, 2025

*Kendra Steppler*
_____

Kendra A. Steppler, RPR, CRR

Official Reporter, U.S. District Court