IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, et al., <br><br> Defendants. | Case No. 8:25-cv-430-DLB |

**NOTICE OF FILING**

As Defendants indicated in their opposition to Plaintiffs' motion for preliminary injunction, filed on March 13, 2025, it has come to OPM's attention that additional employees who would likely be considered "DOGE affiliates," as defined by the Court, *see* ECF No. 38 at 5 n.2—beyond those identified by anonymized monikers in the administrative record filed on March 7, 2025— were granted access to relevant OPM data systems.  Of those additional employees, only three people (OPM Chief of Staff Amanda Scales, and two employees OPM identifies as OPM-7 and OPM-8) ever logged into any of these OPM systems.  Defendants now supplement the administrative record with a revised version of the "Account Audit Creation" spreadsheet previously submitted as OPM-000076-88, additional system access and login information for all individuals that may be considered "DOGE-affiliates," and additional materials regarding the access decisions.  OPM also provides redacted employment documentation for the employees OPM identifies as OPM-7 and OPM-8.  OPM's supplement to its administrative record is attached as Exhibit A.

In addition, Defendants write to notify the Court of additional documents that the Department of the Treasury produced yesterday to the Court in *Alliance for Retired Americans v. Bessent*, No. 1:25-cv-00313-CKK (D.D.C.). Although Treasury maintains that the administrative record produced in this case on March 7, 2025 is complete, Treasury agreed in *Alliance for Retired Americans* to provide additional materials and a supplemental declaration in response to the plaintiffs' objections to Treasury's administrative record, in order to conserve the parties' resources and limit issues in dispute. Treasury also provided the court in that case with additional information regarding the Bureau of the Fiscal Service's forensic analysis of the activities of former Treasury employee Marko Elez. The materials Treasury filed yesterday in *Alliance for Retired Americans* are attached as Exhibit B.

Dated: March 15, 2025
　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　Deputy Branch Director
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

　　　　　　　　　　　　　　　　　　EMILY HALL
　　　　　　　　　　　　　　　　　　Counsel to the Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　 */s/ Bradley P. Humphreys*
　　　　　　　　　　　　　　　　　　BRADLEY P. HUMPHREYS
　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 305-0878
　　　　　　　　　　　　　　　　　　Bradley.Humphreys@usdoj.gov

　　　　　　　　　　　　　　　　　　Kelly O. Hayes
　　　　　　　　　　　　　　　　　　Interim U.S. Attorney

ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4813
Fax: (410) 962-2310
Ariana.Arnold@usdoj.gov

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I certify that on March 15, 2025, I electronically filed the foregoing and the accompanying attachments, and thereby caused a copy to be served on counsel of record.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS