**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **AMERICAN FEDERATION OF TEACHERS,** *et al.*, | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civ. No. DLB-25-0430** |
| | * | |
| **SCOTT BESSENT,** *et al.*, | * | |
| | * | |
| **Defendants.** | * | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion issued today, it is this

24th day of March, 2025 hereby ORDERED:

1.      The plaintiffs' motion for a preliminary injunction, ECF 59, is GRANTED as

      follows:

           a.      The U.S. Department of Education ("Education"); Denise L. Carter, the

                Acting Secretary of Education; and their officers, agents, servants,

                employees, and attorneys are ENJOINED from disclosing the personally

                identifiable information of the plaintiffs and the members of the plaintiff

                organizations to any DOGE affiliates, defined as individuals whose

                principal role is to implement the DOGE agenda as described in Executive

                Order 14,158 and who were granted access to agency systems of records for

                the principal purpose of implementing that agenda;

           b.      The Office of Personnel Management ("OPM"); Charles Ezell, the Acting

                Director of OPM; and their officers, agents, servants, employees, and

attorneys are ENJOINED from disclosing the personally identifiable information of the plaintiffs and the members of the plaintiff organizations to any DOGE affiliates, defined as individuals whose principal role is to implement the DOGE agenda as described in Executive Order 14,158 and who were granted access to agency systems of records for the principal purpose of implementing that agenda (DOGE affiliates does not include OPM Acting Director Ezell, Chief Information Officer Greg Hogan, and Chief of Staff Amanda Scales); and

c.   The U.S. Department of the Treasury ("Treasury"); Scott Bessent, the Secretary of the Treasury; and their officers, agents, servants, employees, and attorneys are ENJOINED from disclosing the personally identifiable information of the plaintiffs and the members of the plaintiff organizations to DOGE affiliates, defined as individuals whose principal role is to implement the DOGE agenda as described in Executive Order 14,158 and who were granted access to agency systems of records for the principal purpose of implementing that agenda (DOGE affiliates includes Thomas Krause and Ryan Wunderly);

2.   The plaintiffs' motion for extra-record discovery, ECF 53, is DENIED without prejudice;

3.   The plaintiffs' security of $10,000, which was posted on March 3, 2025, must remain in the Court registry until further order of the Court; and

4.      The parties shall meet and confer to discuss whether the government intends to file

a notice of appeal or whether the Court should enter a scheduling order. The parties

shall file a joint status report on these matters by 5:00 p.m. on March 31, 2025.


_____
Deborah L. Boardman
United States District Judge