UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, *et al.*,<br><br>Defendants. | Case No. 8:25-cv-430-DLB |

NOTICE OF APPEAL

Defendants in the above-captioned case, Scott Bessent, in his official capacity as Secretary of the Treasury; the United States Department of the Treasury; Charles Ezell, in his official capacity as Acting Director of the Office of Personnel Management; the United States Office of Personnel Management; Linda McMahon, in her official capacity as Secretary of Education;[1] and the United States Department of Education hereby give notice that they appeal to the United States Court of Appeals for the Fourth Circuit from all aspects of this Court's Preliminary Injunction and accompanying Memorandum Opinion entered on March 24, 2025. *See* ECF Nos. 68, 69.

Dated:  March 24, 2025                Respectfully submitted

                                       YAAKOV M. ROTH
                                       Acting Assistant Attorney General
                                       Civil Division

                                       ELIZABETH J. SHAPIRO
                                       Deputy Branch Director
                                       Civil Division, Federal Programs Branch

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), former Acting Secretary Denise Carter is substituted for Secretary McMahon.

EMILY HALL
Counsel to the Assistant Attorney General
Civil Division

<u>/s/ Bradley P. Humphreys</u>
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW. Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov
Kelly O. Hayes
Interim United States Attorney

Kelly O. Hayes
Interim United States Attorney

ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4813 Ph
Facsimile: (410) 962-2310 Fax
Ariana.Arnold@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                           */s/ Bradley P. Humphreys*
                                           BRADLEY P. HUMPHREYS