IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, et al., <br><br> Defendants. | Case No. 8:25-cv-430-DLB |

**JOINT STATUS REPORT**

The parties submit this status report as required by the Court's April 1, 2025 Order. ECF No. 79. On March 24, Defendants appealed to the United States Court of Appeals for the Fourth Circuit from this Court's preliminary injunction. ECF No. 70. The same day, Defendants moved for a stay of the preliminary injunction, which the Court denied on March 28, 2025. ECF No. 77. Defendants also moved for a stay of this Court's preliminary injunction in Fourth Circuit.

Yesterday, the Fourth Circuit granted the government's motion to stay the preliminary injunction and denied in an 8-7 vote a request by Judge King for initial hearing en banc. *See American Federation of Teachers, et al v. Bessent, et al.*, No. 25-1282, Dkt. 17 (4th Cir. filed Apr. 7, 2025), attached hereto. The Fourth Circuit further ordered expedited briefing on the merits: Defendants' opening brief is due on April 14, with Defendants' response due April 21, and Defendants' reply is due April 25. Oral argument is scheduled for May 5. *See* No. 25-1282, Dkt. 18 (4th Cir. Apr. 7, 2025).

In light of the ongoing and expedited appellate proceedings, the parties do not believe the Court should enter a scheduling order at this time. The parties propose to submit a joint status

report within seven days of the resolution of Defendants' appeal, or upon resolution of further appellate proceedings, if any. In addition, because of the ongoing appeal, Defendants intend to move separately for an extension of their current deadline to respond to Plaintiffs' Amended Complaint, which by Defendants' calculation is currently due April 14, 2025.

| | |
|---|---|
| Dated: April 8, 2025 | Respectfully submitted, |

 /s/ Xiaonan April Hu
Xiaonan April Hu (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 220-1123
April.Hu@mto.com

John L. Schwab (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S Grand Ave 50th Floor
Los Angeles, California 90071
(213) 683-9260
John.Schwab@mto.com

Carson Scott (*pro hac vice*)
Roman Leal (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
(415) 512-4000
Carson.Scott@mto.com
Roman.Leal@mto.com

Mark Hanna (Fed. Bar No. 16031)
David J. Rodwin (Fed. Bar No. 18615)
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
T: (202) 223-2620 | F: (202) 296-9600
mhanna@murphypllc.com
drodwin@murphypllc.com

Daniel McNeil (*pro hac vice*)
General Counsel
American Federation of Teachers, AFL-CIO

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

 /s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

Kelly O. Hayes
Interim U.S. Attorney

ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4813
Fax: (410) 962-2310
Ariana.Arnold@usdoj.gov

*Attorneys for Defendants*

2

555 New Jersey Ave. NW
Washington, DC 20001
T: (202) 393-6305 | F: (202) 393-6385
dmcneil@aft.org

Kristy Parker (*pro hac vice*)
Jane Bentrott (*pro hac vice*)
Shalini Goel Agarwal (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
202-843-3092
kristy.parker@protectdemocracy.org
jane.bentrott@protectdemocracy.org
shalini.agarwal@protectdemocracy.org

Benjamin L. Berwick (*pro hac* forthcoming)
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Jessica A. Marsden (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Laurence M. Schwartztol (*pro hac vice*)
DEMOCRACY AND RULE OF LAW CLINIC
Harvard Law School
1525 Massachusetts Avenue
Cambridge, MA 02138
(617) 998-1877
lschwartztol@law.harvard.edu

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

                                             */s/ Bradley P. Humphreys*
                                             BRADLEY P. HUMPHREYS