**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| American Federation of Teachers, *et al.*, | Case No. 8:25-cv-00430-DLB |
| *Plaintiffs*, | |
| vs. | Judge: Hon. Deborah Boardman |
| SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*, | |
| *Defendants*. | |

**PLAINTIFF JASON CAIN'S NOTICE OF VOLUNTARY DISMISSAL OF HIS CLAIMS ONLY**

Plaintiff Jason Cain, through undersigned counsel, hereby files this notice of voluntary dismissal of his claims only, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff Cain's voluntary dismissal of his claims does not affect the claims of the remaining plaintiffs.

DATED: July 1, 2025    By:    /s/ Mark Hanna
    Mark Hanna (Fed. Bar No. 16031)
    David J. Rodwin (Fed. Bar No. 18615)
    MURPHY ANDERSON PLLC
    1401 K Street NW, Suite 300
    Washington, DC 20005
    T: (202) 223-2620 | F: (202) 296-9600
    mhanna@murphypllc.com
    drodwin@murphypllc.com

    Xiaonan April Hu (*pro hac vice*)
    MUNGER, TOLLES & OLSON LLP
    601 Massachusetts Avenue NW
    Washington, DC 20001
    (202) 220-1123
    April.Hu@mto.com

John L. Schwab (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S Grand Ave 50th Floor
Los Angeles, California 90071
(213) 683-9260
John.Schwab@mto.com

Carson Scott (*pro hac vice*)
Roman Leal (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
(415) 512-4000
Carson.Scott@mto.com
Roman.Leal@mto.com

Daniel McNeil (*pro hac vice*)
General Counsel
American Federation of Teachers, AFL-CIO
555 New Jersey Ave. NW
Washington, DC 20001
T: (202) 393-6305 | F: (202) 393-6385
dmcneil@aft.org

Benjamin L. Berwick (*pro hac* forthcoming)
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Jessica A. Marsden (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
510 Meadowmount Village Circle, No. 328
Chapel Hill, NC 27517
(202) 579-4582
jess.marsden@protectdemocracy.org

Kristy Parker (*pro hac vice*)
Jane Bentrott (*pro hac vice*)
Shalini Goel Agarwal (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
202-843-3092
kristy.parker@protectdemocracy.org
jane.bentrott@protectdemocracy.org
shalini.agarwal@protectdemocracy.org

Laurence M. Schwartztol (*pro hac vice*)
DEMOCRACY AND RULE OF LAW CLINIC
Harvard Law School 1525 Massachusetts Avenue
Cambridge, MA 02138 (617) 998-1877
lschwartztol@law.harvard.edu