UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT BESSENT, et al.<br><br>　　　　　Defendants. | Case No. 8:25-cv-430-DLB |

## MOTION TO SUBSTITUTE COUNSEL

Please take notice that Natalie Villalon, Trial Attorney for the Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel for Defendants in this case, substituting for Bradley Humphreys. Accordingly, pursuant to Local Rule 101(2)(b)(1), Defendants respectfully move to withdraw the appearance of Mr. Humphreys.

Dated: September 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

 /s/ Natalie M. Villalon
NATALIE M. VILLALON
D.C. Bar. No. 90015127
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 860-9963
Natalie.m.villalon@usdoj.gov

Kelly O. Hayes
U.S. Attorney

ARIANA WRIGHT ARNOLD
USDC Md Bar No. 23000
Assistant United States Attorney 36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4813
Fax: (410) 962-2310
Ariana.Arnold@usdoj.gov

*Counsel for Defendants*

Case 8:25-cv-00430-DLB    Document 88    Filed 09/03/25    Page 2 of 4

## **CERTIFICATE OF SERVICE**

I certify that on September 3, 2025, I electronically filed the foregoing and the accompanying attachments, and thereby caused a copy to be served on counsel of record.

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, et al. <br><br> Defendants. | Case No. 8:25-cv-430-DLB |

### [PROPOSED] ORDER

Upon consideration of Defendants' motion to substitute counsel, it is hereby **ORDERED** that Natalie Villalon is substituted as counsel for Defendants in this case, replacing Bradley Humphreys, whose appearance is withdrawn.

**SO ORDERED**.

Dated: _____

                                                      Hon. Deborah L. Boardman
                                                    United States District Judge