FILED: April 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1282
(8:25-cv-00430-DLB)

———————————

AMERICAN FEDERATION OF TEACHERS; INTERNATIONAL
ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS;
NATIONAL ACTIVE AND RETIRED FEDERAL EMPLOYEES; NATIONAL
FEDERATION OF FEDERAL EMPLOYEES; DONALD MARTINEZ, c/o
Murphy Anderson PLLC; JASON CAIN, c/o Murphy Anderson PLLC;
CLIFFORD GRAMBO, c/o Murphy Anderson PLLC; THOMAS FANT, c/o
Murphy Anderson PLLC; CHRISTOPHER PURDY, c/o Murphy Anderson
PLLC; KRISTOFER GOLDSMITH, c/o Murphy Anderson PLLC;
INTERNATIONAL FEDERATION OF PROFESSIONAL & TECHNICAL
ENGINEERS

      Plaintiffs - Appellees

v.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED
STATES DEPARTMENT OF THE TREASURY; CHARLES EZELL, in his
official capacity as the Acting Director of the Office of Personnel Management;
LINDA MCMAHON, in her official capacity as the Secretary of Education;
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; UNITED
STATES DEPARTMENT OF EDUCATION

      Defendants - Appellants

———————————

O R D E R

———————————

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk